UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re:   KAISER ALUMINUM CORP., | ) | |
| a Delaware corporation, et al. | ) | Misc. 06-41 |
| | ) | |
| Debtors. | ) | |
| | ) | |

NOTICE OF FLING WITH CLERK'S OFFICE

    Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

    Hearing: 1/9/06 & 1/10/06 (Binders Volumes 1-3)

    The original documents are maintained in the case file in the Clerk's Office.

March 8, 2006                                                                                                           Clerk's Office