IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case 02-10429 (JKF) |
| Debtors | : | |
| IN RE: | : | |
| KAISER ALUMINUM CORP., et al., | : | Misc. Case No. 06-041 (JJF) |
| Debtors | : | |

**CERTIFICATE OF SERVICE**
**CASE NO. 06-41(JJF)**

I hereby certify that on March 29, 2006, the Court electronically filed the

**Memorandum Order** with the Clerk of Court using CM/ECF which will send notifications of

such filing to the following:

Kimberly D. Newmarch
newmarch@rlf.com rbgroup@rlf.com

Daniel J. DeFranceschi
defranceschi@rlf.com rbgroup@rlf.com

Jason Michael Madron
madron@rlf.com rbgroup@rlf.com

Daniel K. Hogan
dkhogan@dkhogan.com

Mark Thomas Hurford
mhurford@camlev.com

Sharon Matava Zieg
bank@ycst.com szieg@ycst.com

Paul J. Dougherty, III

pdoug@gebsmith.com

Kevin Gross
kgross@rmgglaw.com

Thomas Gerard Whalen, Jr.
tgw@stevenslee.com

Carmella P. Keener
CKeener@rmgglaw.com;
jshipley@rmgglaw.com;
rmgg@rmgglaw.com

Richard William Riley
rwriley@duanemorris.com

Richard H. Cross, Jr.
rcross@crosslaw.com

RLF1-2992855-1

I hereby certify that on March 29, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99260

Duncan J. McNeil
Spokane County Jail
MS. Jail CD# 293752
1100 W. Maloon
Spokane, WA 99260

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE 19801

/s/ Kimberly D. Newmarch
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com