# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case 02-10429 (JKF) |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |
| IN RE: | : | |
| | : | |
| KAISER ALUMINUM CORP., et al., | : | Misc. Case No. 06-041 (JJF) |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |

## CERTIFICATE OF SERVICE
## CASE NO. 06-41(JJF)

I hereby certify that on April 4, 2006, the Court electronically filed the

**Memorandum Order [Docket No. 11]** with the Clerk of Court using CM/ECF which will send

notifications of such filing to the following:

| | |
|---|---|
| Kimberly D. Newmarch<br>newmarch@rlf.com rbgroup@rlf.com | Sharon Matava Zieg<br>bank@ycst.com szieg@ycst.com |
| Daniel J. DeFranceschi<br>defranceschi@rlf.com rbgroup@rlf.com | Paul J. Dougherty, III<br>pdoug@gebsmith.com |
| Jason Michael Madron<br>madron@rlf.com rbgroup@rlf.com | Kevin Gross<br>kgross@rmgglaw.com |
| Daniel K. Hogan<br>dkhogan@dkhogan.com | Thomas Gerard Whalen, Jr<br>tgw@stevenslee.com |
| Mark Thomas Hurford<br>mhurford@camlev.com | Richard William Riley<br>rwriley@duanemorris.com |

RLF1-2997388-1

I hereby certify that on April 4, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99260

Duncan J. McNeil
Spokane County Jail
MS. Jail CD# 293752
1100 W. Maloon
Spokane, WA 99260

Richard H. Cross, Jr
Cross & Simon LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE 19801

Carmella P. Keener
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401, P.O. Box 1070
Wilmington, Delaware 19899-1070


/s/ Kimberly D. Newmarch
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com

RLF1-2997388-1