DUNCAN J. MᶜNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 98205
INDIGENT DISABLED
UNLAWFULLY INCARCERATED
PRISONER & PLAINTIFF

SERVICE ADDRESS

MO-
DATE: ~~5/10/06~~
TIME: 3/27/06

## U.S. DISTRICT COURT

~~DISTRICT~~ ~~OKLAHOMA~~

## DISTRICT OF DELAWARE

DUNCAN T. MᶜNEIL, III

~~PLAINTIFF~~

V.

KAISER ALUM. CORP.
~~UNITED STATES, AND IT'S~~
~~OFFICERS & AGENCIES, ET~~
~~AL~~

DEFENDANTS

CASE NO: ~~1:05-CV-574~~
1:06-CV-178

URGENT EX PARTE
IN SUPPORT OF
MOTION : NOTICE OF APPEAL
① TO PROCEED IFP
W/O PAYMENT OF FEES;
ON APPEAL
② FOR ELECTRONIC FILING
ACCESS TO COURT AND FOR
A WAIVER OF PACER FEE
AND ELECTRONIC FILING
FEES;
③ FOR APPOINTMENT
OF COUNSEL ON APPEAL;
④ FOR COPIES, RECORD AND FOR
SERVICE OF THE
SUMMONS AND COMPLAINT
BY THE CLERK ~~FOR US~~
~~SERVICE~~ PER FRCP 4(c)(2)

FILED

APR 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, DUNCAN J. MᶜNEIL, III, BEING SWORN
UPON OATH HEREBY DECLARE UNDER THE
PENALTY OF PERJURY THE FOLLOWING:
1. THAT I AM A "QUALIFIED INDIVIDUAL" WITH
AN ESTABLISHED SSA DISABILITY, WHO IS ENTITLED
TO REASONABLE ACCOMMODATIONS FROM THE
DEFENDANTS AND THIS COURT.
2. THAT I AM PRESENTLY UNLAWFULLY

1 OF 22

UNITED STATES, THE

1  INCARCERATED BY THE STATE OF WASHINGTON,

2  COUNTY OF SPOKANE AND THE CITY OF SPOKANE,

3  IN VIOLATION OF MY CONSTITUTIONAL AND

4  CIVIL RIGHTS.

5  3. THAT I AM AN "OFFICER OF THE

6  UNITED STATES" AS DEFINED BY 42 U.S.C. §

7  1985 (1) APPOINTED PURSUANT TO 11 U.S.C. §

8  1123 (b)(3)(B) AS THE DISBURSING AGENT AND

9  LIQUIDATING TRUSTEE AND GENERAL MANAGER

10  FOR REORGANIZED DEBTOR BROADWAY

11  BUILDINGS II, L.P., PURSUANT TO ORDER

12  OF THE U.S. BANKRUPTCY COURT, CENTRAL

13  DISTRICT OF CALIFORNIA.

14  4. THAT AS A DISABLED PERSON,

15  I HAVE BEEN THE CONTINUAL AND

16  ON GOING VITIM OF INTENTIONAL

17  DISCRIMINATION AND RETALIATION, BY

18  THE U.S., THE STATE OF WASHINGTON,

19  THE COUNTY OF SPOKANE, AND THE CITY

20  OF SPOKANE, IN A KNOWING AND

21  INTENTIONAL VIOLATION OF MY CIVIC

22  AND CONSTITUTIONAL RIGHTS, FOR

23  HAVING EXERCIZED MY COURT APPOINTED

24  DUTIES PURSUANT TO THE EXECUTION

25  AND ENFORCEMENT OF BROADWAY'S

26  CONFIRMED PLAN, PURSUANT TO U.S.

27  CONST. ART 4, § 1, FULL FADA &

28  CREDIT CLAUSE. I AM PRESENTLY UNDER
   IMMINENT DANGER OF SERIOUS PHYSICAL INJURY DUE
   MY CONDITIONS OF INCARCERATION AND THE
   WITHHOLDING OF MEDICAL CARE. 2 OF 22

5. BY THE ATTACHED IFP
APPLICATION I MOVE THE COURT FOR
AN ORDER ALLOWING ME TO
PROCEED IN THIS APPEAL WITHOUT
PREPAYMENT OF FEES, COPIES OR SERVICE.

6. I ALSO MOVE THE COURT
FOR AN ORDER ALLOWING ME
ELECTRONIC FILING STATUS, ALONG
WITH A WAIVER OF PACER AND
ELECTRONIC ACCESS, FILING AND
SERVICE FEES.

7. I FURTHER MOVE THE
COURT FOR APPOINTMENT OF
COUNSEL, IN THIS APPEAL, PURSUANT
TO 28 USC §1915 (E) (1), FOR THE
FOLLOWING REASONS:

(9) TO ATTAIN DUE PROCESS OF LAW:
THE PLAINTIFF, INDIGENT & UNLAWFULLY
INCARCERATED, ASSERTS IN BRINGING
THIS ACTION THAT THE PLAINTIFF HAS
BEEN DENIED HIS FUNDAMENTAL RIGHTS
TO DUE PROCESS OF LAW, AND HAS BEEN
UNLAWFULLY DENIED ACCESS TO THE
COURTS, WARRANTING APPOINTMENT OF
COUNSEL IN THIS PARTICULAR CASE, SEE
HATFIELD V. BAILLEAUX, 290 F. 2d 632
(9TH CIR 1961);

4 OF 22
PG 3 OF

(b) THE PLAINTIFF'S ACTION IS
NECESSITATED AND BROUGHT ABOUT
BY THE DEFENDANT'S ALLEGED
CONSPIRACY TO CONCEAL THE PLAINTIFF'S
UNLAWFUL ARRESTS, AND TO OBTAIN
INVALID CRIMINAL CONVICTIONS, THEREBY
WARRANTING THE APPOINTMENT OF
COUNSEL, SEE WHITE V. WALSH, 649
F.2d 560 (8TH CIR 1981);

(c) THE DENIAL OF COUNSEL IN
THE PARTICULAR CASE, WOULD RESULT IN
A FUNDAMENTAL UNFAIRNESS, DUE TO
PLAINTIFF'S CONTINUED DENIAL OF ACCESS
TO COURTS/LAW LIBRARY, INFRINGING
UPON THE INDIGENT PRISONER'S DUE
PROCESS RIGHTS, THEREBY REQUIRING
APPOINTMENT, SEE CHILDS V. DUCKWORTH
705 F.2d 915 (7TH CIR. 1983);

(d) APPOINTMENT OF COUNSEL IS
NECESSARY WHEN AN INDIGENT PRISONER
AS IN THIS CASE, IS PROHIBITED ADEQUATE
ACCESS TO LAW LIBRARY, COPIER, TYPEWRITER,
AND OTHER RESOURCES NEEDED TO PROSECUTE
THE CASE, SEE RAYES V. JOHNSON,
969 F.2d 700 (8TH CIR. 1992);

(e) THE INDIGENT PRISONER IS
PERMENANTLY DISABLED, WITH A CHRONIC

5 OF 22
#

21 OF 22

SPECIFICALLY pg ~~9~~ 14 22 22 22

(SEE pgs 1 OF __ TO __ OF __ ATTACHED)

① DIBILIANG DISEASE, CHRONIC DISEASE,
WHICH LIMITS AND INTERFERES WITH
THE INDIGENT DISABLED PRISONER'S
ABILITY TO PRESENT HIS CASE TO THE
COURT, AND RECIEVE A FAIR TRIAL
SEE McCARTHY v. WEINBERG, 753 F.2d 836
(10TH CIR 1985); JACKSON v. COUNTY OF
McLEAN, 953 F.2d 1070 (7TH CIR 1992).

8. THE SUBJECT ACTION RELATES
TO SIGNIFICANT CONSTITUTIONAL ISSUES,
OF PUBLIC IMPORTANCE, AS TO FULL FAITH
& CREDIT, ACCESS TO COURTS, & FALSIFIED
CRIMINAL HISTORY AND INDIVIDUAL AGENCY
RECORDS, WHICH WARRANT THE
APPOINTMENT OF COUNSEL, AS THE
CASE RAISES SEVERAL ISSUES
OF FIRST IMPRESSION, WHICH COULD
LEAD TO SIGNIFICANT PRECEDENTIAL
AUTHORITY.

9. THE PLAINTIFF MOVES THE
COURT FOR AN ORDER REQUIRING SERVICE
AND PREPARATION OF THE RECORD IN THIS APPEAL
~~OF THE SUMMONS & COMPLAINT ON THE~~
~~DEFENDANTS BY THE U.S. MARSHAL~~
~~SERVICE~~ AT THE COST OF THE U.S.
I DECLARE THE FOREGOING IS TRUE AND
CORRECT UNDER THE PENALTY OF PERJURY OF
THE LAWS OF THE UNITED STATES.
DATED: ~~3/9/06~~ 6 OF 22
3/27/06

① THAT I HAVE CONTINUED OVER 30 PUBLIC
DEFENDER OFFICES, SEEKING APPOINTMENT OF
COUNSEL IN CASTERO DAYS AND EACH HAS
DECLINED DUE TO COMPLEXITY OF CASE

AND LIKEWISE COUNSEL SEEKING APPOINTMENT OR ASSISTANCE WHILE REVIEWING
COUNSEL IN CASTERO DAYS AND EACH HAS EITHER FAILED TO REPLY OR
DECLINED DUE TO COMPLEXITY OF CASE

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of ~~UNITED STATES~~ *DELEWARE*

*DUNCAN J. MNEIL*

Plaintiff

V.

~~UNITED STATES~~
*KAISER ALUM CORP.*

Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: *05-CV-574
06-CV-178*

I, *DUNCAN J. MNEIL* declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant/respondent   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒ Yes     ☐ No          (If "No," go to Part 2)

   If "Yes," state the place of your incarceration   *SPOKANE CO. JAIL*

   Are you employed at the institution? *NO* Do you receive any payment from the institution? *NO*

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      ☐ Yes      ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.   (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
      *SSA DISABLED SINCE 10/00*

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment      ☐ Yes     ☒ No
   b. Rent payments, interest or dividends                ☐ Yes     ☒ No
   c. Pensions, annuities or life insurance payments      ☐ Yes     ☒ No
   d. Disability or workers compensation payments         ☒ Yes     ☐ No    *SSA #380/MO.*
   e. Gifts or inheritances                              ☐ Yes     ☒ No    *SUSPENDED UNLAWFULLY*
   f. Any other sources                                  ☐ Yes     ☒ No    *WHILE UNLAWFULLY*
                                                                           *INCARCERATED*

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

   *NONE*

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

   *D.J. MENTON, SON, 15*
   *PAIGE MENTON, DAUGHTER, 10*
   *$585/mo.*
   *PAID BY SSA*
   *EXCEPT WHILE*
   *UNLAWFULLY*
   *INCARCERATED*

I declare under penalty of perjury that the above information is true and correct.

_____
Date    3/27/06

_____
Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## ORDER OF THE COURT

| | |
|---|---|
| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
| | |
| _____  _____ <br> United States Judge           Date | _____  _____ <br> United States Judge           Date |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF _DELAWARE_

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: _MCNEIL_ v. _KAISER ALUM CORP._

Civil Action No. _____

I, _DUNCAN J. MCNEIL # CW#283752_, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $250.00 filing fee is paid in full.

If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $250.00 filing fee is paid in full.

By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
Signature of Plaintiff

9 OF 22

SPOKANE COUNTY JAIL

Resident Account Summary
Friday, June 24, 2005  @08:43

For IDENT Number: 293752    MCNEIL, DUNCAN J

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|------|-------------|-------------|--------|---------|------|------|-----------|
| 06/20/2005 | INP | OID:100055342-ComisaryPur | 3.50 | 0.00 | 670.40 | 0.00 | |
| 06/13/2005 | INP | OID:100054904-ComisaryPur | 3.50 | 0.00 | 666.90 | 0.00 | |
| 06/06/2005 | INP | OID:100054462-ComisaryPur | 3.50 | 0.00 | 663.40 | 0.00 | |
| 06/02/2005 | MEDICAL | RX APRIL | 35.85 | 0.00 | 659.90 | 0.00 | |
| 06/02/2005 | MEDICAL | RX MARCH | 40.70 | 0.00 | 624.05 | 0.00 | |
| 05/27/2005 | INP | OID:100054023-ComisaryPur | 3.50 | 0.00 | 583.35 | 0.00 | |
| 05/20/2005 | MEDICAL | DENTAL 5/19/05 | 12.00 | 0.00 | 579.85 | 0.00 | |
| 05/18/2005 | INP | OID:100053331-ComisaryPur | 3.50 | 0.00 | 567.85 | 0.00 | |
| 05/11/2005 | INP | OID:100052806-ComisaryPur | 3.50 | 0.00 | 564.35 | 0.00 | |
| 05/04/2005 | INP | OID:100052439-ComisaryPur | 3.50 | 0.00 | 560.85 | 0.00 | |
| 04/27/2005 | INP | OID:100052018-ComisaryPur | 3.70 | 0.00 | 557.15 | 0.00 | |
| 04/20/2005 | INP | OID:100051599-ComisaryPur | 3.70 | 0.00 | 553.45 | 0.00 | |
| 04/13/2005 | INP | OID:100051172-ComisaryPur | 3.37 | 0.00 | 549.75 | 0.00 | |
| 04/06/2005 | INP | OID:100050768-ComisaryPur | 3.70 | 0.00 | 546.38 | 0.00 | |
| 03/30/2005 | INP | OID:100050336-ComisaryPur | 3.70 | 0.00 | 542.68 | 0.00 | |
| 03/23/2005 | INP | OID:100049966-ComisaryPur | 3.54 | 0.00 | 538.98 | 0.00 | |
| 03/16/2005 | MEDICAL | DENTAL 3/15/05 | 12.00 | 0.00 | 535.44 | 0.00 | |
| 03/16/2005 | MEDICAL | MD 3/14/05 | 12.00 | 0.00 | 523.44 | 0.00 | |
| 03/14/2005 | INP | OID:100049080-ComisaryPur | 3.54 | 0.00 | 511.44 | 0.00 | |
| 03/11/2005 | MEDICAL | RX FEB | 47.45 | 0.00 | 507.90 | 0.00 | |
| 03/09/2005 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 460.45 | 0.00 | |
| 02/18/2005 | MEDICAL | RX JANUARY | 6.00 | 0.00 | 460.45 | 0.00 | |
| 02/14/2005 | INP | OID:100047349-ComisaryPur | 3.54 | 0.00 | 454.45 | 0.00 | |
| 02/07/2005 | MEDICAL | MD 2/7/05 | 12.00 | 0.00 | 450.91 | 0.00 | |
| 02/07/2005 | INP | OID:100046882-ComisaryPur | 3.54 | 0.00 | 438.91 | 0.00 | |
| 01/31/2005 | INP | OID:100046399-ComisaryPur | 3.54 | 0.00 | 435.37 | 0.00 | |
| 01/19/2005 | MEDICAL | RX DECEMBER | 36.00 | 0.00 | 431.83 | 0.00 | |
| 12/20/2004 | INP | OID:100043439-ComisaryPur | 3.51 | 0.00 | 395.83 | 0.00 | |
| 12/16/2004 | MEDICAL | RX NOVEMBER | 12.00 | 0.00 | 392.32 | 0.00 | |
| 12/10/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 380.32 | 0.00 | |
| 12/10/2004 | <INTAKE FEE | Payment for INTAKE FEE on | -1.47 | 0.00 | 291.20 | 0.00 | |
| 12/10/2004 | BOOKIN CASH | INITIAL DEPOSIT | 1.47 | 1.47 | 292.67 | 0.00 | |
| 11/19/2004 | MEDICAL | RX OCT | 30.00 | 0.00 | 292.67 | 0.00 | |
| 11/08/2004 | INP | OID:100040537-ComisaryPur | 4.05 | 0.00 | 262.67 | 0.00 | |
| 11/01/2004 | INP | OID:100039969-ComisaryPur | 4.05 | 0.00 | 258.62 | 0.00 | |
| 10/25/2004 | INP | OID:100039555-ComisaryPur | 4.05 | 0.00 | 254.57 | 0.00 | |
| 10/20/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 250.52 | 0.00 | |
| 10/18/2004 | INP | OID:100039049-ComisaryPur | 4.05 | 0.00 | 250.52 | 0.00 | |
| 10/13/2004 | MEDICAL | RX SEPTEMBER | 24.00 | 0.00 | 246.47 | 0.00 | |
| 10/11/2004 | INP | OID:100038546-ComisaryPur | 4.05 | 0.00 | 222.47 | 0.00 | |
| 10/05/2004 | MEDICAL | MD 10/4/04 | 12.00 | 0.00 | 218.42 | 0.00 | |
| 10/04/2004 | INP | OID:100037931-ComisaryPur | 4.05 | 0.00 | 206.42 | 0.00 | |
| 09/30/2004 | MEDICAL | MILK OF MAGNESIA _PREP H | 6.60 | 0.00 | 202.37 | 0.00 | |
| 09/27/2004 | INP | OID:100037599-ComisaryPur | 3.73 | 0.00 | 195.77 | 0.00 | |
| 09/20/2004 | INP | OID:100036903-ComisaryPur | 3.73 | 0.00 | 192.04 | 0.00 | |
| 09/14/2004 | INTAKE FEE | MCNEIL, DUNCAN J | 89.12 | 0.00 | 188.31 | 0.00 | |
| 09/14/2004 | BOOKIN CASH | INITIAL DEPOSIT - REINSTA | 0.00 | 0.00 | 99.19 | 0.00 | |
| 05/04/2004 | INTAKE FEE | 1-1-04 TO 5-4-04 | 89.12 | 0.00 | 99.19 | 0.00 | |
| 04/28/2004 | <MEDICAL> | MD | -1.93 | 0.00 | 10.07 | 0.00 | |
| 04/28/2004 | MEDICAL | MD | 12.00 | 1.93 | 12.00 | 0.00 | |
| 04/28/2004 | EPR | OID:100027639-ComisaryPur | -18.07 | 1.93 | 0.00 | 0.00 | |
| 04/27/2004 | RECEIPT CHK | ALAN MCNEIL USPS MO 06994 | 20.00 | 20.00 | 0.00 | 0.00 | |
| 04/22/2004 | PAYOUT REL | DSHS IN 4871523 546-25-42 | -40.00 | 0.00 | 0.00 | 0.00 | |
| 04/21/2004 | RECEIPT CAS | FROM SHELLEY TOONE | 40.00 | 40.00 | 0.00 | 0.00 | |

# Social Security Administration
## Retirement, Survivors and Disability Insurance
### Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: September 2, 2003
Claim Number: 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HA

0127 MCS,PC71,8A,7137,859,151
DUNCAN J MCNEIL III
PO BOX 2906
SPOKANE, WA 99220-2906

You are entitled to monthly disability benefits beginning May 2003.

**The Date You Became Disabled**

We found that you became disabled under our rules on November 5, 2002. This is different from the date given on the application.

Also, you have to be disabled for 5 full calendar months in a row before you can be entitled to benefits. For these reasons, your first month of entitlement to benefits is May 2003.

**What We Will Pay And When**

- You will receive $3,080.00 around September 8, 2003.

- This is the money you are due for May 2003 through August 2003.

- Your next payment of $770.00, which is for September 2003, will be received on or about the third Wednesday of October 2003.

- After that you will receive $770.00 on or about the third Wednesday of each month.

- These and any future payments will go to the financial institution you selected. Please let us know if you change your mailing address, so we can send you letters directly.

The day we make payments on this record is based on your date of birth.

Enclosure(s):
Pub 05-10153
Pub 05-10058

C

See Next Page

PG /1 OF 22

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HA

Page 2 of 3

### Other Social Security Benefits

The benefit described in this letter is the only one you can receive from Social
Security. If you think that you might qualify for another kind of Social Security
benefit in the future, you will have to file another application.

### Your Responsibilities

The decisions we made on your claim are based on information you gave us. If
this information changes, it could affect your benefits. For this reason, it is
important that you report changes to us right away.

We have enclosed a pamphlet, "When You Get Social Security Disability
Benefits...What You Need To Know." It will tell you what must be reported and
how to report. Please be sure to read the parts of the pamphlet which explain
what to do if you go to work or if your health improves.

A provider of employment or vocational rehabilitation services may contact you
about getting help to go to work. The provider may be a State vocational
rehabilitation agency or a provider under contract with the Social Security
Administration.

If you go to work, special rules allow us to continue your cash payments and
health care coverage. For more information about how work and earnings affect
disability benefits, call or visit any Social Security office and ask for the following
publications:

- Social Security - Working While Disabled...How We Can Help (SSA
  Publication No. 05-10095).

- Social Security - If You Are Blind--How We Can Help (SSA Publication
  No. 05-10052).

### Do You Disagree With The Decision?

If you disagree with this decision, you have the right to appeal. We will review
your case and consider any new facts you have. A person who did not make the
first decision will decide your case. We will correct any mistakes. We will review
those parts of the decision which you believe are wrong and will look at any new
facts you have. We may also review those parts which you believe are correct
and may make them unfavorable or less favorable to you.

- You have 60 days to ask for an appeal.

- The 60 days start the day after you get this letter. We assume you got
  this letter 5 days after the date on it unless you show us that you did not
  get it within the 5-day period.

- You must have a good reason for waiting more than 60 days to ask for an
  appeal.

- You have to ask for an appeal in writing. We will ask you to sign a Form
  SSA-561-U2, called "Request for Reconsideration". Contact one of our
  offices if you want help.



PG ═══ 12 OF 22

20030002-Y-46-SSA-Award-Letter may

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HA                                        Page 3 of 3

Please read the enclosed pamphlet, "Your Right to Question the Decision Made on Your Social Security Claim". It contains more information about the appeal.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## If You Want Help With Your Appeal

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

## If You Have Any Questions

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-509-353-2591. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:



SOCIAL SECURITY
SUITE A
811 E SPRAGUE AVE
SPOKANE, WA 99202

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Jo Anne B. Barnhart*

Jo Anne B. Barnhart
Commissioner
of Social Security





## Social Security Administration
## Retirement, Survivors, and Disability Insurance
Important Information

M7

> Office of Central
> Operations
> 1500 Woodlawn Drive
> Baltimore, Maryland 21241-1500
> Date: November 30, 2003
> Claim Number: 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 HA

Duncan McNeil III
PO Box 2906
Spokane WA  99220

We are writing to you about court order number IN4871523.

In an earlier letter, we told you that we might have to take
money out of your Social Security payments to satisfy the court
order. Washington State Support Registry has ordered us to take
money out to collect child support and/or alimony. Therefore,
we will reduce the monthly payments beginning November 2003.

**What We Will Take Out**

We will take out $385.00 from each monthly payment to collect
what you owe. ~~You will receive a check for $365.00 each month~~
beginning with the check you receive around December 3, 2003.

**If You Disagree With The Decision**

If you disagree with the decision of Washington State Support
Registry, you will need to contact them directly, or have a
lawyer do this for you. They can be contacted at:

> Washington State Support Registry
> PO Box 45868
> Olympia WA  98504

**If You Have Any Questions**

We invite you to visit our website at www.socialsecurity.gov on
the Internet to find general information about Social Security.
If you have any specific questions, you may call us toll-free
at 1-800-772-1213, or call your local Social Security office at
1-509-353-2591. We can answer most questions over the phone.
If you are deaf or hard of hearing, you may call our TTY
number, 1-800-325-0778.

SEE NEXT PAGE

Sent By: LINOLEUM AND CARPET CITY;        5093269438;        Dec-8-03  1:46PM;        Page 2/2

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 HA                                            Page 2

You can also write or visit any Social Security office.  The
office that serves your area is located at:

                    SOCIAL SECURITY
                    SUITE A
                    811 E SPRAGUE AVE
                    SPOKANE,WA 99202

If you do call or visit an office, please have this letter with
you.  It will help us answer your questions.  Also, if you plan
to visit an office, you may call ahead to make an appointment.
This will help us serve you more quickly when you arrive at the
office.

                    W. Burnell Hurt
                    W. Burnell Hurt
                    Associate Commissioner for
                      Central Operations

From: Duncan J. McNeil To: James R. Larsen                Date: 7/30/2004 Time: 4:02:18 PM                Page 9 of 14

Nov 07 03 01:50p                                                                                          p.2
From: Duncan J. McNeil 508-271-3775 To: MD Dr. Charles W. Laudenbach          Date: 11/7/2003 Time: 10:40:20 AM          Page 2 of 2

Oct 08 03 03:34p                                                                                          p.2



**ROCKWOOD CLINIC, P.S.**

400 East Fifth Avenue, P.O. Box 3449
Spokane, WA 99220-3649
Phone: (509) 838-2531 /1-800-786-4348
Fax: (509) 459-1597
www.rockwoodclinic.com

SATELLITE CLINICS
Cheney Medical Center
Medical Lake Family Practice
Rockwood Clinic Cardiology
Rockwood Clinic Center of Bone Nephrology
Rockwood Clinic Eye Center
Rockwood Clinic Gastroenterology
Rockwood Clinic Moses Prairie
Rockwood Clinic North
Rockwood Clinic North Nephrology
Rockwood Clinic Physical Therapy
Rockwood Clinic Research
Rockwood Clinic South
Valley Rockwood Clinic
Valley Rockwood Physical Therapy

September 22, 2003

Duncan J McNeil III                        RE:
P.O. Box 2906                              MCNEIL, DUNCAN III J
Spokane, WA 99220-2906                     1571942
                                          DOB: 03/14/1957

TO WHOM IT MAY CONCERN:

Mr. McNeil is a patient whom I have seen since January of 2001. Mr. McNeil,
unfortunately has a medical condition resulting in his inability to appear
in court. I would appreciate it if this can be taken into consideration and
possibly a telephone appearance could be allowed in this case.

Thank you for your consideration.

Sincerely,

C. Laudenbach MD

Charles Laudenbach, MD
Internal Medicine

400/J:1351822/D:1484656/CL:10
D:  09/22/2003 17:57:38
T:  09/24/2003 08:15:48

P6 _____ 16 of 22

Our mission: Rockwood Clinic is a physician-owned, multi-specialty medical practice. Our team of doctors and staff is dedicated to the delivery of the best patient care available.
We strive to provide it in a professional and rewarding environment. Our values: compassion • excellence • teamwork • service • integrity • value.

20030922 X-44 Letter from Dr Laudenbach SIGNED re telephone appearance.max

Sent By: LINOLEUM AND CARPET CITY;          5093269438;          Sep-5-03  3:39PM;          Page 1/1
To: ESG EFAX              At: 92713775

# Ronald M. Klein, Ph.D.
Behavioral Medicine Service
601 West Main Avenue, Suite 1011
Spokane, WA 99201   (509) 838-1285

09/02/2003

Division of Disability Determination

Spokane, WA

re: Duncan McNeill          DOB: 3/14/1957

Dear Sir/Madam:

Mr. McNeill was a patient of mine three years ago. With his consent, I am providing you
with the following information. His dates of service were:
    11-14-00; 11-21-00; 11-28-00; 12-5-00; and 12-29-00.
He had been referred by his physician Dr. Creel at Rockwood Clinic. After my initial
evaluation of him on 11-14-00, I diagnosed Mr. McNeill with [redacted confidential]
[redacted confidential]          He appeared to be reacting to a newspaper story published at
that time about his ongoing legal dispute with well known public officials. Mr. McNeill
felt he had been characterized in that story in a grossly unfair manner. He was also being
treated by his physician for ongoing [redacted] and was being medicated for that. I
provided [redacted] to Mr. McNeill during those sessions and also made
recommendations to his physician regarding use of [redacted confidential]          I have not
seen him clinically since 12-29-00. I did have a recent phone conversation with him
during which he informed me that his symptoms have continued on since that time and
that your agency has found him to be disabled. It is my understanding that Mr. McNeill
has undergone [redacted confidential] with other practitioners over these past 3 years.

Sincerely,

Ronald M. Klein, Ph.D.
Behavioral Medicine Service



## Community Health Association of Spokane

**07/13/2004**

**RE: Dj McNeil**

To Whom it may Concern;

Mr. McNeil has been diagnosed with colitis. He was last seen in clinic 05/24/04. He phoned the clinic 07/08/04 and stated he was having a flare of colitis. He phoned the clinic again today asking for a letter stating that he is having a flare of colitis, is bedridden, and is unable to appear in court on 07/14/04. Since the patient has not been seen in this clinic since May 24 of this year, I cannot verify his current health status relative to his colitis; nonetheless, he requested a letter to inform the court of the foregoing.

Thank you for your consideration.

Sincerely,

Bill Lawson

Bill Lawson, PA-C

CC: Patient file

| | | | |
|---|---|---|---|
| **Maple CHAS Clinic** | **DT CHAS Clinic** | **Valley CHAS Clinic** | **NE CHAS Clinic** |
| 3919 North Maple Street | 1001 W 2nd Ave. | 9227 E. Main St. | 4001 N. Cook St |
| Spokane, WA 99205 | Spokane, WA 99201 | Spokane, WA 99206 | Spokane, WA 99207 |
| (509) 444-7801 | (509) 835-1205 | (509) 444-8200 | (509) 487-1604 |

PG 16 - 18 OF 22



## Community Health Association of Spokane

**09/03/2004**

**RE:  Dj  McNeil**

To:  Whom It May Concern

This person has anxiety and is on treatment for it.  He may do better to have telephone appearances for his court hearings.

Sincerely,

Alisa ML Hideg, MD

CC: Patient file

**Maple CHAS Clinic**
**3919 North Maple Street**
**Spokane, WA  99205**
**(509) 444-7801**

**DT CHAS Clinic**
**1001 W 2nd Ave.**
**Spokane, WA  99201**
**(509) 835-1205**

**Valley CHAS Clinic**
**9227 E. Main St.**
**Spokane, WA 99206**
**(509) 444-8200**

**NE CHAS Clinic**
**4001 N. Cook St**
**Spokane, WA  99207**
**(509) 487-1604**

PG 19 of 22

## Community Health Association of Spokane

| 3919 North Maple St. | 9227 E. Main St | 1001 W. 2nd | 4001 N. Cook St |
|---|---|---|---|
| Spokane, WA 99205 | Spokane, WA 99206 | Spokane, WA 99201 | Spokane, WA 99207 |
| (509) 444-7801 | (509) 444-8200 | (509) 835-1205 | (509) 487-1604 |

**Encounter Date:** 09/03/2004 **Provider:** Alisa Hideg MD
**Patient Name:** McNeil , Dj    **Date of Birth:** 03/14/1957

### Pt. here for Follow-up OV.
47 Years old, male  Pt. here for Follow-up OV.

### CHIEF COMPLAINT

**1. Colitis (follow-up)** Comments: Pt states that he is having a faire up of his colitis again. Pt feels he is having burning w/ urination and stools passing. Pt has not had much blood in his stool for 6 weeks. He had bleeding for approximately 6 days in his emesis and stools at that time 6 weeks ago. Nauseated  x two and 1/2 weeks now.

**2. Anxiety (follow-up)** Comments:                           He denies caffeine use. Pt is going to court re: charges against him – not specific. Has friend who is here w/ him. Pt wants medication to use when anxious about going outside

### CHRONIC CONDITIONS
1. ASTHMA.
2. Anxiety state NOS.

### CURRENT MEDICATIONS

| Brand Name | Dose Note | Route Desc | Sig Desc |
|---|---|---|---|
| Prevacid daily (PT ASSISTANCE) | 30mg | Oral | Take one capsule by mouth |
| Advair Diskus twice daily | 100/50 | Inhalation | Inhale 1 puff into your lungs |
| Celebrex | 200mg | Oral | one tablet by mouth daily |
| Albuterol | 90mcg | Inhalation | |
| Flovent | 110mcg | Inhalation | |
| Prilosec | 20mg | Oral | |

### ALLERGIES

| Description | Reaction: |
|---|---|
| No Known Drug Allergies | |

**Nurse/MA Comments:**
Allergy List Confirmed. Medications Confirmed. Immunizations Confirmed.
        Immunizations Up-to-Date

### Physical Examination:

**Vital Signs:**
Height: 72.00 inches. (182.88 cm), Weight: 216.00 lbs.  (98.18 kgs). BMI = 29.32;
Temperature: 97.00 F.  (36.11 C) Respirations: 16
 170/120 Right arm sitting. (used Regular Adult cuff).
Pulse rate is 84 per minute,  regular.
Orthostatic B/Ps: L arm supine, B/P is 160/100; Pulse L arm supine is 84 beats/minute.

### Constitutional:



McNeil, Dj                           1

 



Alisa Hideg MD

No acute distress. Well nourished.
Appearance: disheveled.

**Abdomen:** Abdomen soft, non-tender, non-distended; normal bowel tones; no hepatosplenomegaly. No palpable mass; no CVA tenderness.

## P.H.Q.

1. Feeling down, depressed or hopeless?
   **Nearly every day.**
2. Little interest or pleasure in doing things.
   **Not at all.**
3. Trouble falling asleep or sleeping too much
   **Nearly every day.**
4. Feeling tired or having little energy
   **Nearly every day.**
5. Poor appetite or overeating
   **Nearly every day.**
6. Feeling bad about yourself--or that you are a failure or have let yourself or your family down.
   **Nearly every day.**
7. Trouble concentrating on things, such as reading the newspaper or watching television.
   **Nearly every day.**
8. Moving or speaking so slowly that other people could have noticed?    Or the opposite--being so fidgety or restless that you have been moving around a lot more than usual?
   **Nearly every day.**
9. Thoughts that you would be better off dead, or of hurting yourself in some way?
   **Not at all.**
10. If you are experiencing any of these problems, how difficult have these problems made it for you to do your work, take care of things at home or get along with other people?
    **Extremely difficult.**
11. If these problems have caused you difficulty, have they caused you difficulty for two years or more?
    **Yes, I have had difficulty with these problems for 2 years or more.**

How many days in the last two weeks have you missed doing things because you are depressed?
**14 Day(s)**

**Depression symptom score is 0;**
**Severity score is 21;          Severe Depression.**

**Client has significant functionability impairment.**
**Consider DX of Dysthymia.**
**Client is in CHAPPY Registry.**
Next PHQ due in 4-8 weeks, (10/01/2004).

**In-House labs:**
Urine Dipstick values:
Spec gravity: 1.015; Ph: 5; Leukocytes: negative; Nitrites: negative; Protein: negative; Glucose: normal; Ketones: negative; Urobilinogen: normal; Bilirubin: negative;
Blood: negative;
Blood glucose: 96mg/dl.

## ASSESSMENT / PLAN

McNeil, Dj                                      2                              Alisa Hideg MD

**1. Colitis, ulcerative NOS** (Re: eval & TX of ICD-9 556.9).
 - Start Asacol
F/U w/ GI
**2. Panic disorder** (Re: eval & TX of ICD-9 300.01).

Pt to increase zoloft dose
Use hydroxyzine prn

**Medications ordered this visit:** (Potential adverse drug reactions discussed.)

| Brand Name | Dose | Rx Refills | Rx Quanity | Sig Desc |
|---|---|---|---|---|
| Asacol | 400mg | 0 | 30 | one tablet by mouth three times dai |
| Metamucil | | 0 | 0 | 1 tbsp po BID |
| Zoloft | 100mg | 3 | 30 | two tablets by mouth daily |
| Atarax | 100mg | 1 | 90 | 1/2 to 1 tab po q 4-6 hrs prn anxiety |

MA/Nurse: Mark E. Brooks
Alisa Hideg MD

U.S.M
X-RAY

≡159≡ U.S. POSTAGE

PB METER
7148396

SPOKANE
MR 05 06
WA

Duncan J. McNeil, III
Spokane Co. Jail
1100 W. Mallon
Spokane, WA 99260

Clerk
U.S. District Court
844 King Street
Lock Box 18
Wilmington, DE 19801-3570

Legal Mail

RECEIVED

APR 11 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Duncan J. McNeill
Spokane County Jail, # 293752
2030 W. Spofford
Spokane WA 99205

INMATE'S MAIL
Spokane County Jail
1100 W Mallon
Spokane, WA 99260-0320

REQUEST FOR REASONABLE
ACCOMMODATIONS TO:

U.S. DISTRICT COURT.
- DISTRICT OF DELAWARE