IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: Kaiser Aluminum corp., *et al.* | : | Bankruptcy Case No. 02-10429 |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |
| | : | |
| In re: Kaiser Aluminum corp., *et al.* | : | Misc. Case No. 06-41-JJF |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |

**MEMORANDUM OF
FIRST STATE INSURANCE COMPANY,
HARTFORD ACCIDENT AND INDEMNITY COMPANY,
NEW ENGLAND REINSURANCE CORPORATION
<u>AND NUTMEG INSURANCE COMPANY</u>**

First State Insurance Company, Hartford Accident and Indemnity Company, New England Reinsurance Corporation and Nutmeg Insurance Company (collectively, "Hartford") submit this memorandum to advise the Court that: (i) Hartford has entered into a Settlement Agreement with the Debtors that, if approved by the Bankruptcy Court, will moot Hartford's appeal; (ii) the proposed settlement is the subject of a pending motion for approval that is scheduled to be heard by the Bankruptcy Court on May 15, 2006; (iii) in light of the prospect that Hartford's appeal will be mooted by approval of the pending settlement, Hartford is not filing a substantive memorandum in support of its appeal; and (iv) to the extent Hartford's appeal is not mooted by approval of the

settlement, Hartford relies upon the briefs submitted and arguments made in the Bankruptcy Court by Hartford and the other Appellants to this appeal.

April 17, 2006                                   Respectfully submitted,

                                     /s/ Jennifer L. Scoliard
                                    Joanne B. Wills, Esquire (#2357)
                                    Jennifer L. Scoliard (#4147)
                                    KLEHR, HARRISON, HARVEY,
                                    BRANZBURG & ELLERS LLP
                                    919 Market Street, Suite 1000
                                    Wilmington, DE  19801
                                    Tel: (302) 426-1189
                                    Fax: (302) 426-9193

                                    -And –

                                    Duane D. Morse
                                    James R. Wrathall
                                    WILMER CUTLER PICKERING
                                    HALE AND DORR LLP
                                    2445 M Street NW
                                    Washington, DC 20037
                                    Tel: 202-663-6895
                                    Fax: 202-663-6363

                                    Counsel for First State Insurance Company
                                    Hartford Accident And Indemnity Company
                                    New England Reinsurance Corporation and
                                    Nutmeg Insurance Company