**SERVICE LIST**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: Kaiser Aluminum corp., *et al.* | : | Bankruptcy Case No. 02-10429 |
| Debtors. | : | |
| _____ | : | _____ |
| In re: Kaiser Aluminum corp., *et al.* | : | Misc. Case No. 06-41-JJF |
| Debtors. | : | |
| _____ | : | _____ |

**<u>CERTIFICATE OF SERVICE</u>**

I, Jennifer L. Scoliard, hereby certify that on April 17, 2006, I served a copy of the *Memorandum Of First State Insurance Company, Hartford Accident And Indemnity Company, New England Reinsurance Corporation And Nutmeg Insurance Company* upon the parties on the attached service list via first class United States mail unless otherwise indicated.

    /s/ Jennifer L. Scoliard
Jennifer L. Scoliard (#4147)

## SERVICE LIST

| | |
|---|---|
| Edward F. Houff, Esq.<br>c/o Lynn Stewart & Tammy Nero<br>Kaiser Aluminum Corporation<br>5847 San Felipe – Suite 2400<br>Houston, TX 77057 | Gregory M. Gordon, Esq.<br>Daniel P. Winikka, Esq.<br>Nick Bowen, Esq.<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201 |
| John Donnan<br>Kaiser Aluminum Corporation<br>27422 Portola Pkwy, Suite 350<br>Foothill Ranch, CA 92610-2831 | Richard Chesley, Esq.<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601 |
| Lisa Beckerman, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022 | *Via Hand Delivery*<br>Daniel J. DeFranceschi, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>Wilmington, DE 19899 |
| *Via Hand Delivery*<br>William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Brian A. Kilmer, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1111 Louisiana – 44th Fl.<br>Houston, TX 77002 |

## SERVICE LIST

*Via Hand Delivery*
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
Wilmington, DE 19899

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170

*Via Hand Delivery*
Marion M. Quirk, Esquire
Skadden Arps Slate
Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899

*Via Hand Delivery*
Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

George A. Davis, Esq.
Diane Harvey, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Christine P. Hsu, Esq.
Weil, Gotshal & Manges LLP
1501 K Street NW – Suite 100
Washington, DC 20005

*Via Hand Delivery*
Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. – 10th Fl.
Wilmington, DE 19801

PHIL1 669950-1

**SERVICE LIST**

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive – Suite 3700
Chicago, IL 60606-1698

Kristin K. Going, Esq.
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005

Anthony Callaghan, Esq.
Evans Wohlforth, Esq.
David N. Crapo, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One River Front Plaza
Newark, NJ 07102

*Via Hand Delivery*
Duane D. Werb, Esq.
Jennifer H. Unhoch, Esq.
Werb & Sullivan
300 Delaware Ave. – 13th Fl.
Wilmington, DE 19899

*Via Hand Delivery*
Laurie Schenker Polleck, Esq.
Jaspan Schlesinger Hoffman
913 Market Street – 12th Floor
Wilmington, DE 19801

Isaac M. Pachulski, Esq.
K. John Shaffer, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

*Via Hand Delivery*
David J. Baldwin, Esq.
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

*Via Hand Delivery*
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goodness, P.
919 Market Street, Suite 1401
Wilmington, Delaware 19801

PHIL1 669950-1

**SERVICE LIST**

Rodney L. Eshelman
Alison V. Lippa
Raymond J. Tittman
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street
San Francisco, California 94101

Lewis S. Rosenbloom
David C. Christian II
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, Illinois 60606-5096

Brad A. Berish, Esq.
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard - Suite 1050
Chicago, IL 60604

*Via Hand Delivery*
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green
222 Delaware Avenue, 15th Floor, PNC Ba
Wilmington, DE 19801

*Via Hand Delivery*
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Peter Van Lockwood, Esq.
Ronald E. Reinsel
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

Elihu Insulbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152

Anne M. Ferazzi
Legal Representative
for Future Silica Claimants
11923 Winwood
Houston, TX 77024

PHIL1 669950-1

**SERVICE LIST**

| | |
|---|---|
| *Via Hand Delivery*<br>Daniel K. Hogan, Esq.<br>The Hogan Law Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | Peter C. D'Apice<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 |
| Steven A. Buxbaum<br>Haynes and Boone, LLP<br>One Houston Center<br>1221 McKinney St., Suite 2100<br>Houston, TX  77010 | *Via Hand Delivery*<br>Thomas G. Whalen, Jr., Esq.<br>Stevens & Lee<br>1105 North Market Street, 7th Floor<br>Wilmington, DE 19801 |
| Leonard P. Goldberger, Esq.<br>Stevens & Lee<br>1818 Market Street<br>29th Floor<br>Philadelphia, PA 19103 | Seth W. Wiener, Esq.<br>Leboeuf, Lamb, Greene & Macrae<br>One Embarcadero Center, Suite 400<br>San Francisco, California 94111-3619 |
| Jared M. Katz, Esq.<br>Leboeuf, Lamb, Greene & Macrae<br>725 South Figueroa Street, Suite 3100<br>Los Angeles, California  90017-5404 | David M. Ross, Esq.<br>Leboeuf, Lamb, Greene & Macrae<br>1875 Connecticut Avenue, N.W., Suite 120<br>Washington, D.C.  20009-5728 |

PHIL1 669950-1

**SERVICE LIST**

Peter B. Ackerman, Esq.
Duane Morris
633 West Fifth Street, Suite 4600
Los Angeles, CA 90071

Philip R. Matthews
Paul J. Killion
Hancock, Rothert & Bunshoft
Four Embarcadero Center
San Francisco, CA 94111-4168

Russell W. Roten
Katherine M. Windler
Peter B. Ackerman
Coudert Brothers LLP
333 South Hope Street, 23rd Floor
Los Angeles, CA 90071

Robert T. Aulger, Esq.
Kristi J. Doughty, Esq.
Whittington & Aulger
313 N. Dupont Hwy., Ste. 110
Odessa, DE 19730

*Via Hand Delivery*
James L. Patton, Esq.
Sharon M. Zieg, Esq.
Donald Brown, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

James L. Eggeman, Esq.
Pension Benefit Guaranty Corporation
Office of General Counsel1
200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026

Martin J. Murphy, Esq.
Davis & Young
1700 Midland Bldg.
101 Prospect Avenue, West
Cleveland, OH 44115

*Via Hand Delivery*
Kevin J. Connors, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1220 Market Street, 5th Floor
Wilmington, DE 19801

PHIL1 669950-1

## SERVICE LIST

Robert P. Siegel, Esq.
Traub Eglin Lieberman Strauss LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10576

*Via Hand Delivery*
David M. Klauder, Esq.
Trial Attorney
Office of the United States TrusteeJ.
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Kenneth H. Sumner, Esq.
Sinnott, Dito, Moura & Puebla, P.C.
555 Montgomery Street, Suite 720
San Francisco, California 94111

Mary E. McPherson, Esq.
Tressler, Soderstrom, Maloney & Priess
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067

Nicholas Banko, Esq.
James R. Tenero, Esq.
Selman Breitman LLP
33 New Montgomery Street, Sixth Floor
San Francisco, CA 94105

Harry Lee, Esq.
John O'Connor, Esq.
George R. Calhoun, V, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Via Hand Delivery*
Paul J. Dougherty III, Esq.
Gebhardt & Smith LLP
901 Market St., Ste. 451
Wilmington, DE 19801

Andrew R. McCloskey, Esq.
Riedl, McCloskey & Waring LLP
550 West "C" Street, Suite 500
San Diego, CA 92101

## SERVICE LIST

Christopher J. Borders, Esq.
McMillan & Shureen LLP
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95404-4952

Donald L Uttrich, Esq.
Jackson & Campbell, P.C.
1120 20th Street, N.W. South Tower
Washington, DC 20036-3437

David C. Christian, II, Esq.
Mohsin N. Khambati, Esq.
Jason J. DeJoinker, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096 USA

Michael S. Davis, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

*Via Hand Delivery*
Ellen W. Slights
U.S. Attorney's Office
1201 Market Street, Suite 1100
Wilmington, DE 19899 USA

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, IL 60606

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669

*Via Hand Delivery*
Christopher Simon, Esq.
Cross & Simon LLC
913 North Market Street  - 11th Floor
Wilmington, DE 19801

**SERVICE LIST**

Timothy R. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slater, Meagher
& Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 1910

Douglas R. Gooding, P.C.
G. Mark Edgerton, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

*Via Hand Delivery*
Jeffrey R. Waxman, Esq.
Cozen O'Connor
1201 N. Market Street, Suite1400
Wilmington, DE 19801

*Via Hand Delivery*
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street – Suite1200
Wilmington, DE 19801

Mitchell L Lathrop, Esq.
Bridget K. Moorhead, Esq.
Duane Morris LLP
101 West Broadway Street – 9th Floor
San Diego, CA 92101

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Malson Edelman Borman & Brand LLP
3300 Wells Fargo Center
90 South Seventh Street
Minniapolis, MN 55402-4140

Duncan J. McNeil, III
Spokane County Jail #293752
2030 West Spofford
Spokane WA 99205

**SERVICE LIST**

Russell W. Roten, Esq.
Jeff D. Kahane, Esq.
Duane Morris LLP
333 South Hope Street
Los Angeles, CA 90071

PHIL1 669950-1