# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Misc. Case No. 06-041 (JJF) |
| KAISER ALUMINUM CORP., et al., | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance as counsel for Tig Insurance Company in the above captioned case.

The undersigned requests that he be removed from the matrix maintained by the Clerk in this case and that no further notices given, or required to be given, and no further documents served, or required to be served, in these cases be given to or served upon him.

Dated: April 21, 2006        */s/ Paul J. Dougherty III*
                              Paul J. Dougherty III (#3825)
                              901 Market Street, Suite 451
                              Wilmington, Delaware  19801
                              302-656-9002
                              302-429-5953

                              *Counsel for Tig Insurance Company*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
|    Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Misc. Case No. 06-041 (JJF) |
| KAISER ALUMINUM CORP., et al., | ) | |
| | ) | |
|    Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Paul J. Dougherty, Esquire, hereby certify that on this 21st day of April, 2006, a true and correct copy of the Notice of Withdrawal of Appearance by Paul J. Dougherty was served, by first class mail, upon the parties listed on the attached service list.

                  /s/ Paul J. Dougherty
                  Paul J. Dougherty (#3825)
                  901 Market Street, Suite 451
                  Wilmington, Delaware  19801
                  302-656-9002
                  302-429-5953 (facsimile)

**SERVICE LIST**

| | |
|---|---|
| Edward F. Houff, Esq.<br>c/o Lynn Stewart & Tammy Nero<br>Kaiser Aluminum Corporation<br>5847 San Felipe – Suite 2400<br>Houston, TX 77057<br>E-mail: lynn.stewart@kaiseral.com<br>E-mail: tammy.nero@kaiseral.com<br>(Debtors) | Lisa Beckerman, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>E-mail: lbeckerman@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Gregory M. Gordon, Esq.<br>Daniel P. Winikka, Esq.<br>Nick Bowen, Esq.<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-Mail: gmgordon@jonesday.com<br>E-Mail: dpwinikka@jonesday.com<br>E-Mail: mbowen@jonesday.com<br>(Outside Counsel to Debtors) | Brian A. Kilmer, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1111 Louisiana – 44th Fl.<br>Houston, TX 77002<br>E-Mail: bkilmer@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Daniel J. DeFranceschi, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richard, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br>(Delaware Counsel to Debtors) | William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>E-Mail: wbowden@ashby-geddes.com<br>(Delaware Counsel to Official Committee of Unsecured Creditors) |
| Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8011<br>E-Mail: efutrell@joneswalker.com<br>(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee) | Anthony Callaghan, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One River Front Plaza<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br>E-Mail: acallaghan@gibbonslaw.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St., Suite 904<br>Wilmington, DE 19899<br>Telephone:  (302) 575-1555<br>Facsimile:  (302) 575-1714<br>E-Mail: ttacconelli@ferryjoseph.com<br>          mjoseph@ferryjoseph.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) | Clark T. Whitmore, Esq.<br>Alain M. Baudry, Esq.<br>Christina A. Smith, Esq.<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8335<br>Facsimile: (612) 642-8335<br>E-mail:  alain.baudry@maslon.com<br>            clark.whitmore@maslon.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) |
| Karen C. Bifferato, Esq.<br>Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail:  Kbifferato@cblh.com<br>          mphillips@cblh.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | George A. Davis, Esq.<br>Diane Harvey, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>          george.davis@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) |
| Christine P. Hsu, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street NW – Suite 100<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>E-mail: Chsu@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. – 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |
| Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive – Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-Mail: mhebbeln@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) | Kristin K. Going, Esq.<br>Gardner Carton & Douglas LLP<br>1301 K Street, N.W.<br>Suite 900, East Tower<br>Washington, DC 20005<br>Telephone: (202) 230-5177<br>Facsimile: (202) 230-5377<br>E-mail: kgoing@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |
| Duane D. Werb, Esq.<br>Jennifer H. Unhoch, Esq.<br>Werb & Sullivan<br>300 Delaware Ave. – 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100 | Isaac M. Pachulski, Esq.<br>K. John Shaffer, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788 |

| | |
|---|---|
| Facsimile: (302) 652-1111<br>E-mail: dwerb@werbsullivan.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) | (Counsel to Liverpool) |
| David J. Baldwin, Esq.<br>Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>(Counsel to Liverpool) | Brad A. Berish, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604<br>Telephone: (312) 435-1050<br>Facsimile (312) 435-1059<br>(Counsel to Allstate Insurance Company) |
| Peter B. Ackerman, Esq.<br>Coudert Brothers LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>(Counsel to London Market Insurers) | James L. Eggeman, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026<br>Telephone: (202) 326-4020 (Ext. 6833)<br>Facsimile: (202) 326-4112<br>(Counsel to Pension Benefit Guaranty Corporation) |
| Leonard P. Goldberger<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395<br>Telephone: (215) 864-7000<br>Facsimile: (215) 864-7123<br>(Counsel to Century Indemnity Company) | Sharon M. Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3350<br>E-mail: bankruptcy@ycst.com<br>(Counsel to Asbestos Futures Representative) |
| Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947<br>E-mail: cl@camlev.com<br>(Counsel to Asbestos Creditors Committee) | Richard Chesley<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(Outside Counsel to Debtors) |

| | |
|---|---|
| David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>(Office of the United States Trustee) | Ronald E. Reinsel<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>(Counsel to Personal Injury Committee) |
| Peter C. D'Apice<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br>(Counsel to Silica Future Claimants' Representative) | Evans Wohlforth<br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |
| Marc S. Casarino<br>White and Williams LLP<br>824 N. Market St., Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4520<br>(Counsel To ACE Insurance Company) | Michael S. Davis, Esq.<br>Jantra Van Roy, Esq.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, New York  10022<br>Telephone:  212-826-5300<br>Facsimile:  212-753-0396<br>(Counsel for AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company) |
| Lewis S. Rosenbloom<br>David C. Christian II<br>Jason J. DeJonker<br>McDERMOTT, WILL & EMERY<br>227 West Monroe Street<br>Chicago, Illinois 60606-5096<br>Telephone:  312-372-2000<br>Facsimile:  312-984-7700<br>(Counsel for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company) | Andrew R. McCloskey<br>Riedl, McCloskey & Waring LLP<br>550 West "C" Street, Suite 500<br>San Diego, CA 92101<br>Telephone:  (619) 237-3095<br>Facsimile:  (619) 237-3789<br>(Counsel for Westport Insurance Corporation, f/k/a Puritan Insurance Company, f/k/a The Manhattan Fire & Marine Insurance Company) |

| | |
|---|---|
| Richard W. Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4928<br>Facsimile: (302) 657-4901<br>E-mail: rwriley@duanemorris.com<br>(Counsel for Republic Indemnity Company and Transport Insurance Company) | |