UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| _____Debtors._____ | ) | |
| | ) | |
| In re: | ) | |
| | ) | Misc. Case No. 06-041 (JJF) |
| KAISER ALUMINUM CORP., et al., | ) | |
| | ) | |
| _____Debtors._____ | ) | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that Michael G. Gallerizzo, Louis J. Ebert and Gebhardt & Smith LLP hereby enter their appearance as co-counsel for Plaintiff TIG Insurance Company, as successor by mergers to International Surplus Lines Insurance Company in the above-captioned case.

The undersigned requests that he be added to the matrix maintained by the Clerk in these cases and that all notices given or required to be given and all documents served or required to be served in these cases be given to or served via facsimile upon the undersigned counsel at the following respective address:

>    Michael G. Gallerizzo (#4550)
>    9th Floor, The World Trade Center
>    401 East Pratt Street
>    Baltimore, Maryland 21202
>    410-385-5046
>    410-385-5162 (facsimile)
>    mgall@gebsmith.com
>
>    Louis J. Ebert (#4625)
>    9th Floor, The World Trade Center
>    401 East Pratt Street
>    Baltimore, Maryland 21202

410-385-5060
410-385-5119 (facsimile)
leber@gebsmith.com


GEBHARDT & SMITH LLP

/s/ Michael G. Gallerizzo
Michael G. Gallerizzo (#4550)
Louis J. Ebert (#4625)
901 Market Street, Suite 451
Wilmington, Delaware 19801
302-656-9002
302-429-5953 (facsimile)

*Counsel for Plaintiff TIG Insurance Company, as successor by mergers to International Surplus Lines Insurance Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Misc. Case No. 06-041 (JJF) |
| KAISER ALUMINUM CORP., et al., | ) | |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Michael G. Gallerizzo, Esquire, hereby certify that on this 20th day of April, 2006, a true and correct copy of the Notice of Appearance and Request for Service of Notices and Documents by Michael G. Gallerizzo, Louis J. Ebert and Gebhardt & Smith LLP was served, by first class mail, upon the parties listed on the attached service list.

GEBHARDT & SMITH LLP

*/s/ Michael G. Gallerizzo*

Michael G. Gallerizzo (#4550)
901 Market Street, Suite 451
Wilmington, Delaware 19801
302-656-9002
302-429-5953 (facsimile)

SERVICE LIST

| | |
|---|---|
| Edward F. Houff, Esq.<br>c/o Lynn Stewart & Tammy Nero<br>Kaiser Aluminum Corporation<br>5847 San Felipe – Suite 2400<br>Houston, TX 77057<br>E-mail: lynn.stewart@kaiseral.com<br>E-mail: tammy.nero@kaiseral.com<br>(Debtors) | Lisa Beckerman, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>E-mail: lbeckerman@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Gregory M. Gordon, Esq.<br>Daniel P. Winikka, Esq.<br>Nick Bowen, Esq.<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-Mail: gmgordon@jonesday.com<br>E-Mail: dpwinikka@jonesday.com<br>E-Mail: mbowen@jonesday.com<br>(Outside Counsel to Debtors) | Brian A. Kilmer, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1111 Louisiana – 44th Fl.<br>Houston, TX 77002<br>E-Mail: bkilmer@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Daniel J. DeFranceschi, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richard, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br>(Delaware Counsel to Debtors) | William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>E-Mail: wbowden@ashby-geddes.com<br>(Delaware Counsel to Official Committee of Unsecured Creditors) |
| Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8011<br>E-Mail: efutrell@joneswalker.com<br>(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee) | Anthony Callaghan, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One River Front Plaza<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br>E-Mail: acallaghan@gibbonslaw.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St., Suite 904<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br>E-Mail: ttacconelli@ferryjoseph.com<br>        mjoseph@ferryjoseph.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) | Clark T. Whitmore, Esq.<br>Alain M. Baudry, Esq.<br>Christina A. Smith, Esq.<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8335<br>Facsimile: (612) 642-8335<br>E-mail: alain.baudry@maslon.com<br>        clark.whitmore@maslon.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) |
| Karen C. Bifferato, Esq.<br>Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail: Kbifferato@cblh.com<br>        mphillips@cblh.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | George A. Davis, Esq.<br>Diane Harvey, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>        george.davis@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) |
| Christine P. Hsu, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street NW – Suite 100<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>E-mail: Chsu@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. – 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |
| Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive – Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-Mail: mhebbeln@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) | Kristin K. Going, Esq.<br>Gardner Carton & Douglas LLP<br>1301 K Street, N.W.<br>Suite 900, East Tower<br>Washington, DC 20005<br>Telephone: (202) 230-5177<br>Facsimile: (202) 230-5377<br>E-mail: kgoing@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |
| Duane D. Werb, Esq.<br>Jennifer H. Unhoch, Esq.<br>Werb & Sullivan<br>300 Delaware Ave. – 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100 | Isaac M. Pachulski, Esq.<br>K. John Shaffer, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788 |

| | |
|---|---|
| Facsimile: (302) 652-1111<br>E-mail: dwerb@werbsullivan.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) | (Counsel to Liverpool) |
| David J. Baldwin, Esq.<br>Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>(Counsel to Liverpool) | Brad A. Berish, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604<br>Telephone: (312) 435-1050<br>Facsimile (312) 435-1059<br>(Counsel to Allstate Insurance Company) |
| Peter B. Ackerman, Esq.<br>Coudert Brothers LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>(Counsel to London Market Insurers) | James L. Eggeman, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026<br>Telephone: (202) 326-4020 (Ext. 6833)<br>Facsimile: (202) 326-4112<br>(Counsel to Pension Benefit Guaranty Corporation) |
| Leonard P. Goldberger<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395<br>Telephone: (215) 864-7000<br>Facsimile: (215) 864-7123<br>(Counsel to Century Indemnity Company) | Sharon M. Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3350<br>E-mail: bankruptcy@ycst.com<br>(Counsel to Asbestos Futures Representative) |
| Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947<br>E-mail: cl@camlev.com<br>(Counsel to Asbestos Creditors Committee) | Richard Chesley<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(Outside Counsel to Debtors) |

| | |
|---|---|
| David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>(Office of the United States Trustee) | Ronald E. Reinsel<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>(Counsel to Personal Injury Committee) |
| Peter C. D'Apice<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br>(Counsel to Silica Future Claimants' Representative) | Evans Wohlforth<br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |
| Marc S. Casarino<br>White and Williams LLP<br>824 N. Market St., Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4520<br>(Counsel To ACE Insurance Company) | Michael S. Davis, Esq.<br>Jantra Van Roy, Esq.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, New York 10022<br>Telephone: 212-826-5300<br>Facsimile: 212-753-0396<br>(Counsel for AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company) |
| Lewis S. Rosenbloom<br>David C. Christian II<br>Jason J. DeJonker<br>McDERMOTT, WILL & EMERY<br>227 West Monroe Street<br>Chicago, Illinois 60606-5096<br>Telephone: 312-372-2000<br>Facsimile: 312-984-7700<br>(Counsel for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company) | Andrew R. McCloskey<br>Riedl, McCloskey & Waring LLP<br>550 West "C" Street, Suite 500<br>San Diego, CA 92101<br>Telephone: (619) 237-3095<br>Facsimile: (619) 237-3789<br>(Counsel for Westport Insurance Corporation, f/k/a Puritan Insurance Company, f/k/a The Manhattan Fire & Marine Insurance Company) |

| | |
|---|---|
| Richard W. Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4928<br>Facsimile: (302) 657-4901<br>E-mail: rwriley@duanemorris.com<br>(Counsel for Republic Indemnity Company and Transport Insurance Company) | |