NOTICE OF CHANGE OF
ADDRESS TO:
DUNCAN J. McNEIL, III
2030 W. SPOFFORD
SPOKANE, WA 99205
INDIGENT, DISABLED, UNLAWFULLY
INCARCERATED "CIVIL DETAINEE"

MO: FJA-075
DATE: 4/20/06
FJ- KA-01

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN RE KAISER 02-10429                    CA 05-574
DUNCAN J. McNEIL, III                    CASE NO: CA 06-178
         APPELLANT                                06-41-MC
v.                                       NOTICE OF APPEAL;
KAISER                                   APPLICATION TO PROCEED
UNITED STATES, ET AL                     IFP ON APPEAL;
DEFENDANTS                               DESIGNATION OF RECORD;
                                         MOTION FOR APPOINTMENT
                                         OF COUNSEL ON APPEAL

RECEIVED
APR 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLEASE TAKE NOTICE, APPELLANT HEREBY APPEALS TO THE CIRCUIT COURT OF APPEALS, ALL OF THE ORDERS OF THE DISTRICT COURT, IN THIS MATTER, INCLUDING THOSE DATED:
05-574 / DI.3- 8/22/05; DI.5- 9/27/05; DI.15- 2/7/06; DI.20- 4/13/06
06-178 / DI.7- 3/29/06; DI.9- 4/13/06
06-41 / DI.8- 3/29/06; DI.11- 4/13/06; DI.16- 4/13/06
BY THE ATTACHED APPLICATION, APPELLANT SEEKS LEAVE TO APPEAL IFP, W/O PAYMENT OF COSTS AND FEES. APPELLANT DESIGNATES AS THE RECORD IN THIS APPEAL ALL OF THE DOCUMENTS AND RECORDS OF THE DISTRICT COURT IN THIS MATTER.

APPELLANT SEEKS APPOINTMENT OF COUNSEL IN THIS APPEAL, PURSUANT TO THE ATTACHED APPLICATION, 28 U.S.C. § 1915(e)(1) AND JOHNSON v. U.S., 352 U.S. 565 (1957).

I CERTIFY THAT THIS APPEAL WAS FILED/ MAILED BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCC SW-26 ON 4/20/06.

DATED: 4/20/06         PG 1 OF 22

/s/ [signature]
APPELLANT