```
DUNCAN J. MCNEIL, III                          MO-_____
2030 W. SPOFFORD                               DATE:____
SPOKANE, WA 99205                              FJA:_____

            RECEIVED
            APR    2006            U.S. ~~COURT OF APPEALS~~ DISTRICT COURT
                                        FOR THE
                                   DISTRICT OF DELAWARE

IN RE KAISER    02-10429    MC-06-41
                                                    05-CV-579
DUNCAN J. MCNEIL, III             CASE NO: 06-CV-178
    PLAINTIFF/APPELLANT
                                  APPELLANT'S EX PARTE
    V.                            MOTION FOR AN ORDER
                                            BANKRUPTCY
KAISER                            COMPELLING THE ~~DISTRICT~~
~~UNITED STATES, ET AL~~          COURT CLERK TO PREPARE
    DEFENDANTS/APPELLEES          AND FURNISH TO APPELLANT
                                  2 INDEXED AND BATES
                                  STAMPED, COPIES OF THE
                                  EXCERPTS OF RECORD.
```

I, DUNCAN J. MCNEIL, III, BEING SWORN UPON OATH HEREBY DECLARE THAT: BY MY NOTICE OF APPEAL IN THIS ACTION I DESIGNATED THE COMPLETE RECORD OF THE BANKRUPTCY ~~DISTRICT~~ COURT AS THE RECORD ON APPEAL, AND REQUESTED THAT THE CLERK OF THE DISTRICT COURT PROVIDE ME 2 ~~AN~~ INDEXED AND BATES STAMPED COPIES, FOR MY USE IN THIS APPEAL, ONE FOR FILING WITH THE DISTRICT COURT ~~COURT OF APPEAL~~ AND ONE FOR ME TO RETAIN. THAT PURSUANT TO BOUNDS v. SMITH 430 U.S. 817, AT 824-825 (1977), AND CASES CITED THEREIN, I AM ENTITLED TO A COPY OF THE RECORD ON APPEAL, WHICH THE CLERK HAS REFUSED TO PROVIDE ME. I REQUEST THAT THE CLERK BE ORDERED TO PROVIDE 2 INDEXED AND BATES STAMPED COPIES AND THAT I BE GRANTED AN EXTENSION UNTIL RECEIVED. I CERTIFY THAT I MAILED THIS MOTION ON 4/24/06.

DATED: 4/24/06

PAGE 1 OF 1                                   _____
                                                    APPELLANT

```
                                    [postage meter: 0.63]
                                    [Spokane postmark]

                    CLERK
                    US District Court
                    Lock Box 27
                    Wilmington, DE 19801


Duncan, Multiple TAC                U.S.M.S.
Spokane Co. [crossed out]           X-RAY
1100 W. Mallon
Spok Ave, WA 99260


        LEGAL MAIL
```