Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99205
Indigent Disabled Unlawfully
Incarcerated "Civil Detainee"
& Judgment Creditor and
Appellant

MO: _____
DATE: _____
FJ: _____

RECEIVED APR 2006

U.S. ~~Court of Appeals~~ District Court
FOR
District of Delaware

In Re Kaiser 02-10429   mc-06-41
Duncan J. McNeil, III   Appeal No: CY-05-574
Plaintiff-Appellant,                    CY-06-178
v.
Kaiser ~~United States, et al~~
Defendants-Appellees

Appellant's Ex Parte Motion for Extension of Time; For Access to Court; For Forms Rules & Procedures to be Furnished① 30 Day Extension of Time to File Briefs

"Clerk's Action Required: Request for Copies of FRAP, Circuit Rules, Pro Se Rules, Forms, IFP Motion Application Pro Se Brief & Other Forms"

The undersigned indigent-disabled unlawfully incarcerated "civil detainee" and appellant, hereby request a 30 day extension of time as to all deadlines in this appeal, due to restraints resulting from my ongoing unlawful incarceration, see ELDRIDGE v. BLOCK, 832 F.2d 1132, at 1136 (9th Cir 1987); TARANTINO v. EGGERS, 380 F.2d 465, 468 (9th Cir 1967). I am presently suffering an on going "Bounds Violation", w/ actual injury, of a total and complete denial of access to resources, to meet the court's deadlines. I certify that the foregoing is true and correct, under the penalty of perjury, and I certify that this motion was filed/mailed by placing it into the outgoing indigent mail, ~~■~~ on 4/24/06 at SCJ, STE-3C.
Dated: 4/24/06

/s/ Appellant

p/ 1 of 1

