US DISTRICT COURT

DISTRICT OF DELEWARE

IN RE KAISER                    02-1042

DUNCAN J. MCNEIL, III           MC-06-41

                                CV-05-579

    V.                          CV-06-178

KAISER

RECEIVED

MAY - 2

---

NOTICE OF COLLATERAL
&/OR DIRECT ATTACK ON:
① 05-574, ORDER AT
2 (D. DEL. 8/22/05; AND
② 05-574, ORDER AT
6 (D. DEL. 2/7/06) (WHICH
APPELLANT WAS NEVER
SERVED WITH); AND ③
ALL OTHER ORDERS
THAT THESE ORDERS
ARE BASED UPON

MOTION FOR EXTENSION OF
TIME AND DUE PROCESS
TO OBTAIN RELIEF FROM
ORDERS OF 4/18/06
AND 4/24/06; MOTIONS
FOR RELIEF FROM ORDERS
AND TO MODIFY OR
CORRECT FINDINGS
PURSUANT TO FRCP
52, 59 & 60

---

APPELLANT BEING SWORN UPON OATH HEREBY DECLARES:
THE APPELLAND AND JUDGMENT CREDITTOR
HEREBY SEEKS AND EXTENSION OF TIME
AND DUE PROCESS, BRIEFING SCHEDULE,
ACCESS TO COURT RECORDS, NOTICE AND
OPPORTUNITY TO BE HEARD, IN ORDER
TO OBTAIN RELIEF FROM:
    1. 4/18/06 ORDER IN 05-574, DOCKETED
4/19/06 AS D.I. #24; PG 1 OF 7

2. 4/18/06 ORDER, ~~DKT~~ 06-41, DOCKETED 4/19/06 AS D.I. # 23;

3. 4/24/06 ORDER, 06-41.
THESE ORDERS ARE BASED UPON THE MANIFEST ERROR OF BOTH FACT & LAW THAT:

1. APPELLANT HAS A "HISTORY OF FILING FRIVOLOUS CLAIMS";

2. APPELLANT HAS 3 COUNTABLE "STRIKES" PURSUANT TO 28 USC § 1915(g);

3. APPELLANT HAS BEEN "DEEMED A "VEXATIOUS LITIGANT" BY THREE OTHER COURTS"; ~~AND~~

4. THAT THE 3-STRIKES PROVISION OF 28 USC § 1915(g) IS APPLICABLE TO APPELLANT IN THIS ACTION; AND

5. THAT THERE IS AN "EXPEDIATED NATURE OF THE UNDERLYING

PG 2 OF 7

PROCEEDINGS.

APPELLANT BRINGS THIS MOTION
TO: ① CORRECT MANIFEST ERRORS
OF FACT AND LAW BY THIS COURT; ②
TO ENFORCE THE APPELLANT'S
FUNDAMENTAL CONSTITUTIONAL
INTERESTS, IN THIS ACTION; AND
③ TO OBTAIN DUE PROCESS OF
LAW, BY WAY OF A COLLATERAL
AND/OR DIRECT ATTACK ON ERRONEOUS SUA
SPONTE, EX PARTE ORDERS OF
THIS COURT, AND THE "VOID AB
INITIO", MANIFESTLY ERRONEOUSLY
FOREIGN ORDERS THAT THIS COURT
RELIES UPON.

IN AN AVLANCHE OF
SUA SPONTE EX PARTE ORDERS,
WHICH DECIMATE THE APPELLANT'S
DUE PROCESS RIGHTS, THIS
COURT HAS VACATED IT'S OWN

PG 3 OF 7

PRIOR ORDERS, DECLARING THEM
ERRONEOUS OR MISTAKEN
("DECLARING" THE COURT WAS ERRONEOUSLY
INFORMED BY THE BANKRUPTCY COURT ... ")
AND HAS NOW SET AN ARBITRARY
AND CAPRICIOUS DEADLINE OF
3 COURT DAYS, FOR THE
INDIGENT DISABLED AND
UNLAWFULLY INCARCERATED TO
COMPLY WITH THIS COURT'S MANIFESTLY
ERRONEOUSLY ORDER OF 4/24/06, IN
MC-06-41.

APPELLANT ASSERTS THERE IS
NO BASIS FOR AN "EXPEDITED
NATURE OF THE UNDERLYING
PROCEEDING" AS TO THE
APPELLANT'S APPEAL. WHERE
THE COURT HAS FOUND THIS AS TO
THE "INSURANCE" APPEALS, WHICH
THE COURT HAS "LUMPED" OR

PG 4 OF 7

OR "FORCED" THE APPELLANT (W/O
(W/O DUE PROCESS), THERE IS NO
BASIS TO LINK THIS APPELLANT'S
APPEAL TO THE "INSURANCE"
APPEALS. APPELLANT'S DUE
PROCESS RIGHTS, MUST BE
PROTECTED BY THIS COURT, BY
SEVERING THIS APPEAL
FROM THE INSURANCE APPEALS.

APPELLANT DISPUTES THIS
COURT'S MANIFESTLY ERRONEOUSLY
FINDINGS AND ORDERS, WHICH
ARE BASED ENTIRELY UPON
"VOID AB INITIO" FOREIGN ORDERS,
WHICH APPELLANT HAS A DUE
PROCESS RIGHT TO COLLATERALLY
ATTACK IN THIS APPEAL.

(PG 5 OF 7)

WHILE APPELLANT UNDER STANDS
THIS COURT'S URGENCY WITH THE
INSURANCE APPEALS, THE
OUT COME OF WHICH COULD
SIGNIFICANTLY ALTER THE

DEBTOR RE-ORGANIZATION,
THIS APPEAL, CAN HAVE NO
SUCH EFFECT OR IMPACT.
APPELLANT CHALLENGES THE
"RE-CLASSIFICATION" AND "REDUCTION"
OF CLAIM # 736, (A SINGLE
INSIGNIFICANT CLAIM), THE OUTCOME
OF WHICH COULD HAVE NO
SIGNIFICANT EFFECT OR IMPACT
ON THE DEBTOR'S REORGANIZATION.
THIS COURT CAN -NOT VIOLATE
THE APPELLANT'S ~~FOR ALLEN~~
MULTIPLE FUNDAMENTAL
CONSTITUTIONAL ISSUES NOW AT
STAKE IN THIS APPEAL, BY
PG 6 OF 7

THIS COURT'S OWN, SUA SPONTE, EX PARTE, RELIANCE ON "VOID AB INITO" FOREIGN ORDERS, WHICH THE COURT IS ATTEMPTING TO USE IN A SUMMARY FASHION TO FORECLOSE ON AND FOREVER TERMINATE APPELLANT'S RIGHTS IN THE APPEALS ORIGINALLY DOCKETED AS 05-574 & 06-178.

APPELLANT MOVES THE COURT FOR AN ORDER SEVERING THESE APPEALS FROM THE "INSURANCE" APPEALS, AND FOR THE GRANTING OF APPELLANT'S 4/20/06 MOTION(S) FOR TRO/OSC & PRELIMINARY INJUNCTION AND A 30 DAY EXTENSION OF TIME AS TO ALL DEADLINES. I DECLARE THE FOREGOING P BE TRUE AND CORRECT UNDER THE PENALTY OF PERJURY AND CERTIFY THAT THIS MOTION WAS MAILED/FILED ON 4/25/06

DATED: 4/25/06  PG 7 OF 7

DUNCAN J. MCNEIL
SPOKANE CO. JAIL
1100 W. MALLON
SPOKANE, WA 99260

LEGAL MAIL

1960145213 49 C012

CLERK
US DISTRICT COURT
LOCK BOX 27
844 KING STREET
WILMINGTON, DE
19801





US POSTAGE
$00.630
04/18/2006
Mailed From 14202
Hasler

LEGAL MAIL RECEIVED

SPOKANE CO JAIL

INMATE'S MAIL
Spokane County Jail
1100 W Mallon
Spokane, WA 99260-0320

CLERK, U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
BUFFALO, NY 14202-3498

OFFICIAL BUSINESS