IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORP., | : | Case No. 02-10429 (JKF) |
| | : | |
| Debtors. | : | |
| | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Misc. Case No. 06-41 - JJF |
| KAISER ALUMINUM CORP., | : | |
| | : | |
| Debtors. | : | |
| | : | |

**MOTION AND ORDER GRANTING**
**ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, Laurie Schenker Polleck, a member of the Bar of this Court, moves the admission pro hac vice of Frederick D. Holden, Jr. to represent the Official Committee of Retired Employees in this matter.

Dated: April 25, 2006

**JASPAN SCHLESINGER HOFFMAN LLP**

/s/ Laurie Schenker Polleck
Laurie Schenker Polleck (#4300)
913 Market Street, 12th Floor
Wilmington, DE 19801
(302) 351-8000

Local Counsel to the Official Committee of Retired Employees

17155.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORP., | : | Case No. 02-10429 (JKF) |
| | : | |
| Debtors. | : | |
| | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Misc. Case No. 06-41 - JJF |
| KAISER ALUMINUM CORP., | : | |
| | : | |
| Debtors. | : | |
| | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the all courts of the State of California, all courts of the District of Columbia, and numerous federal courts, including the Supreme Court of the United States, pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund effective January 1, 2005, I

17155.1

further certify that the annual fee of $25.00 has been paid to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

April 24, 2006

Frederick. D. Holden, Jr., Esquire
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, California 94105
Telephone: 415-773-5700

Motion granted.

BY THE COURT:

Dated: _____, 2006

The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

17155.1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORP., | : | Case No. 02-10429 (JKF) |
| | : | |
| Debtors. | : | |
| | : | |

| | | |
|---|---|---|
| In re: | : | |
| | : | Misc. Case No. 06-41 - JJF |
| KAISER ALUMINUM CORP., | : | |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, Laurie Schenker Polleck, Esquire, hereby certify that on the 4th day of May 2006, I caused a true and correct copy of the ***Motion and Order Granting Admission Pro Hac Vice*** to be served upon the parties listed on the attached service list, in the manner indicated:

Dated: May 4, 2006        **JASPAN SCHLESINGER HOFFMAN LLP**
        Wilmington, Delaware

By:   *Laurie Schenker Polleck*
      Laurie Schenker Polleck (No. 4300)
      913 North Market Street, 12th Floor
      Wilmington, DE  19801
      Telephone:  (302) 351-8000
      Facsimile:   (302) 351-8010

      Local Counsel for the Official
      Committee of Retired Salaried Employees

17205.1

Kaiser Aluminum Corp. 06-41(JJF)
Appeal Service List
Doc. #:
007 – First Class Mail

*First Class Mail*
Daniel J. DeFranceschi, Esquire
Kimberly D. Newmarch, Esquire
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*First Class Mail*
Jennifer L. Scoliard, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street
Suite 1000
Wilmington, DE 19801

*First Class Mail*
Michael G. Gallerizzo, Esquire
Louis Jay Ebert, Esquire
Gebhardt & Smith, LLP
401 E. Pratt Street, 9th Floor
Baltimore, MD 21202

*First Class Mail*
Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess
Citizens Bank Center, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

*First Class Mail*
Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

*First Class Mail*
Thomas Gerard Whalen, Jr., Esquire
Stevens & Lee
1105 North Market Street
7th Floor
Wilmington, DE 19801

*First Class Mail*
Duncan J. McNeil, III
Spokane County Jail
1100 W. Mallon
Spokane, WA 99260