IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| KAISER ALUMINUM CORP., | : Bankruptcy Case No. 02-10429 (JKF) |
| Debtors. | : |
| IN RE: | : |
| KAISER ALUMINUM CORP., et al. | : Misc. Case No. 06-41-JJF |
| Debtors. | : |

**O R D E R**

WHEREAS, the Court has scheduled a hearing in the above-captioned action on Thursday, May 11, 2006 at 12:30 p.m.;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A total of **ninety (90)** minutes is allocated for the hearing in the above-captioned case.

2. Appellants shall have **forty-five (45)** minutes for their presentation and argument of the relevant issues, with said time allocation to be divided equally among Appellants, unless otherwise agreed to by Appellants.

3. Debtors shall have **forty-five (45)** minutes for the presentation and argument of the relevant issues.

May 3, 2006
Date

UNITED STATES DISTRICT JUDGE