IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| IN RE: | ) | Bankr. Case No. 02-10429-JKF |
|  | ) |  |
| KAISER ALUMINUM CORPORATION, et al., | ) ) |  |
| Debtors. | ) ) |  |
|  | ) |  |
| IN RE: | ) | Misc. Case No. 06-041-JJF |
|  | ) |  |
| KAISER ALUMINUM CORP., et al., | ) ) |  |
| Debtors. | ) ) |  |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Steven A. Felsenthal to represent the Future Silica and CTPV Claimants' Representative in this matter.

          Signed: /s/Daniel K. Hogan
          Daniel K. Hogan (DE Bar No. 2814)
          THE HOGAN FIRM
          1311 Delaware Ave.
          Wilmington, Delaware 19806
          Telephone: (302) 656-7540
          Facsimile: (302) 656-7599

          Attorney for the Future Silica
          and CTPV Claimants' Representative

Date: May 5, 2006

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAISER ALUMINUM CORPORATION, | ) | |
| *et al.*, | ) | Bankruptcy Case No. 02-10429-JFK |
| Debtors. | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., | ) | Misc. Case No. 06-041-JJF |
| *et al.*, | ) | |
| Debtors. | ) | |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of all the courts of the State of Texas, Fifth Circuit Court of Appeals, and Texas Northern District Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: */s/ Steven A. Felsenthal*
Steven A. Felsenthal
State Bar No. 06889900
Stutzman, Bromberg, Esserman & Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

Date: May 5, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAISER ALUMINUM CORPORATION, | ) | |
| *et al.*, | ) | Bankruptcy Case No. 02-10429-JFK |
| Debtors. | ) | |
| | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., | ) | Misc. Case No. 06-041-JJF |
| *et al.*, | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on the 5th day of May, 2006, I caused one copy of the attached Motion and Order for Admission Pro Hac Vice to be served upon the parties on the attached service list by Parcels, Inc., in the manner indicated.

       */s/ Daniel K. Hogan*
Daniel K. Hogan (De. Bar No. 2814)
THE HOGAN FIRM
1311 Delaware Ave.
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

**Counsel for the Future Silica Claimants' Representative**

1

## SERVICE LIST

Edward F. Houff, Esq.
c/o Lynn Stewart & Tammy Nero
Kaiser Aluminum Corporation
5847 San Felipe – Suite 2400
Houston, TX 77057

Gregory M. Gordon, Esq.
Daniel P. Winikka, Esq.
Nick Bowen, Esq.
Jones Day
2727 North Harwood St.
Dallas, TX 75201

John Donnan
Kaiser Aluminum Corporation
27422 Portola Pkwy, Suite 350
Foothill Ranch, CA 92610-2831

Richard Chesley, Esq.
Jones Day
77 West Wacker Drive
Chicago, IL 60601

Lisa Beckerman, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
590 Madison Avenue
New York, NY 10022

*Via Hand Delivery*
Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
Richards, Layton & Finger, PA
One Rodney Square
Wilmington, DE 19899

*Via Hand Delivery*
William P. Bowden, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Brian A. Kilmer, Esq.
Akin, Gump, Strauss, Hauer & Feld, LLP
1111 Louisiana – 44th Fl.
Houston, TX 77002

# SERVICE LIST

*Via Hand Delivery*
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market St., Suite 904
Wilmington, DE 19899

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Maslon, Edelman, Borman & Brand, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

Elizabeth J. Futrell, Esq.
Aimee M. Quirk, Esq.
Jones, Walker, Waechter, Poitevent,
Carrere & Denegre, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170

*Via Hand Delivery*
Marion M. Quirk, Esquire
Skadden Arps Slate
Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19899

*Via Hand Delivery*
Karen C. Bifferato, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

George A. Davis, Esq.
Diane Harvey, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Christine P. Hsu, Esq.
Weil, Gotshal & Manges LLP
1501 K Street NW – Suite 100
Washington, DC 20005

*Via Hand Delivery*
Carl N. Kunz, III, Esq.
Morris, James Hitchens & Williams LLP
222 Delaware Ave. – 10th Fl.
Wilmington, DE 19801

PHIL1 669950-1

## SERVICE LIST

Harold L. Kaplan, Esq.
Mark F. Hebbeln, Esq.
Gardner Carton & Douglas LLP
191 North Wacker Drive – Suite 3700
Chicago, IL 60606-1698

Kristin K. Going, Esq.
Gardner Carton & Douglas LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005

Anthony Callaghan, Esq.
Evans Wohlforth, Esq.
David N. Crapo, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione
One River Front Plaza
Newark, NJ 07102

*Via Hand Delivery*
Duane D. Werb, Esq.
Jennifer H. Unhoch, Esq.
Werb & Sullivan
300 Delaware Ave. – 13th Fl.
Wilmington, DE 19899

*Via Hand Delivery*
Laurie Schenker Polleck, Esq.
Jaspan Schlesinger Hoffman
913 Market Street – 12th Floor
Wilmington, DE 19801

Isaac M. Pachulski, Esq.
K. John Shaffer, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067

*Via Hand Delivery*
David J. Baldwin, Esq.
Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19899-0951

*Via Hand Delivery*
Carmella P. Keener, Esq.
Rosenthal, Monhait, Gross & Goodness, P.
919 Market Street, Suite 1401
Wilmington, Delaware 19801

## SERVICE LIST

Rodney L. Eshelman
Alison V. Lippa
Raymond J. Tittman
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street
San Francisco, California 94101

Lewis S. Rosenbloom
David C. Christian II
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, Illinois 60606-5096

Brad A. Berish, Esq.
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard - Suite 1050
Chicago, IL 60604

*Via Hand Delivery*
R. Karl Hill, Esq.
Seitz, Van Ogtrop & Green
222 Delaware Avenue, 15th Floor, PNC Ba
Wilmington, DE 19801

*Via Hand Delivery*
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Peter Van Lockwood, Esq.
Ronald E. Reinsel
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, D.C. 20005

Elihu Insulbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152

Anne M. Ferazzi
Legal Representative
for Future Silica Claimants
11923 Winwood
Houston, TX 77024

PHIL1 669950-1

**SERVICE LIST**

*Via Hand Delivery*
Daniel K. Hogan, Esq.
The Hogan Law Firm
1311 Delaware Avenue
Wilmington, DE 19806

Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

Steven A. Buxbaum
Haynes and Boone, LLP
One Houston Center
1221 McKinney St., Suite 2100
Houston, TX 77010

*Via Hand Delivery*
Thomas G. Whalen, Jr., Esq.
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Leonard P. Goldberger, Esq.
Stevens & Lee
1818 Market Street
29th Floor
Philadelphia, PA 19103

Seth W. Wiener, Esq.
Leboeuf, Lamb, Greene & Macrae
One Embarcadero Center, Suite 400
San Francisco, California 94111-3619

Jared M. Katz, Esq.
Leboeuf, Lamb, Greene & Macrae
725 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5404

David M. Ross, Esq.
Leboeuf, Lamb, Greene & Macrae
1875 Connecticut Avenue, N.W., Suite 120
Washington, D.C. 20009-5728

PHIL1 669950-1

## SERVICE LIST

Peter B. Ackerman, Esq.
Duane Morris
633 West Fifth Street, Suite 4600
Los Angeles, CA 90071

Philip R. Matthews
Paul J. Killion
Hancock, Rothert & Bunshoft
Four Embarcadero Center
San Francisco, CA 94111-4168

Russell W. Roten
Katherine M. Windler
Peter B. Ackerman
Coudert Brothers LLP
333 South Hope Street, 23rd Floor
Los Angeles, CA 90071

Robert T. Aulger, Esq.
Kristi J. Doughty, Esq.
Whittington & Aulger
313 N. Dupont Hwy., Ste. 110
Odessa, DE 19730

James L. Eggeman, Esq.
Pension Benefit Guaranty Corporation
Office of General Counsel
200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026

*Via Hand Delivery*
James L. Patton, Esq.
Sharon M. Zieg, Esq.
Donald Brown, Esq.
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
Wilmington, DE 19899

Martin J. Murphy, Esq.
Davis & Young
1700 Midland Bldg.
101 Prospect Avenue, West
Cleveland, OH 44115

*Via Hand Delivery*
Kevin J. Connors, Esq.
Marshall, Dennehey, Warner,
Coleman & Goggin
1220 Market Street, 5th Floor
Wilmington, DE 19801

## SERVICE LIST

Robert P. Siegel, Esq.
Traub Eglin Lieberman Strauss LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, NY 10576

*Via Hand Delivery*
David M. Klauder, Esq.
Trial Attorney
Office of the United States TrusteeJ.
Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Kenneth H. Sumner, Esq.
Sinnott, Dito, Moura & Puebla, P.C.
555 Montgomery Street, Suite 720
San Francisco, California 94111

Mary E. McPherson, Esq.
Tressler, Soderstrom, Maloney & Priess
1901 Avenue of the Stars
Suite 450
Los Angeles, CA 90067

Nicholas Banko, Esq.
James R. Tenero, Esq.
Selman Breitman LLP
33 New Montgomery Street, Sixth Floor
San Francisco, CA 94105

Harry Lee, Esq.
John O'Connor, Esq.
George R. Calhoun, V, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

*Via Hand Delivery*
Paul J. Dougherty III, Esq.
Gebhardt & Smith LLP
901 Market St., Ste. 451
Wilmington, DE 19801

Andrew R. McCloskey, Esq.
Riedl, McCloskey & Waring LLP
550 West "C" Street, Suite 500
San Diego, CA 92101

PHIL1 669950-1

## SERVICE LIST

Christopher J. Borders, Esq.
McMillan & Shureen LLP
50 Santa Rosa Avenue, Fifth Floor
Santa Rosa, CA 95404-4952

Donald L Uttrich, Esq.
Jackson & Campbell, P.C.
1120 20th Street, N.W. South Tower
Washington, DC 20036-3437

David C. Christian, II, Esq.
Mohsin N. Khambati, Esq.
Jason J. DeJoinker, Esq.
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096 USA

Michael S. Davis, Esq.
Zeichner Ellman & Krause LLP
575 Lexington Avenue
New York, NY 10022

*Via Hand Delivery*
Ellen W. Slights
U.S. Attorney's Office
1201 Market Street, Suite 1100
Wilmington, DE 19899 USA

Robert B. Millner, Esq.
Sonnenschein Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, IL 60606

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building, 405 Howard Street
San Francisco, CA 94105-2669

*Via Hand Delivery*
Christopher Simon, Esq.
Cross & Simon LLC
913 North Market Street  - 11th Floor
Wilmington, DE 19801

## SERVICE LIST

Timothy R. Pohl, Esq.
Chris L. Dickerson, Esq.
Skadden, Arps, Slater, Meagher
& Flom LLP
333 West Wacker Drive, Suite 2100
Chicago, IL 60606-1285

Jacob C. Cohn, Esq.
Cozen O'Connor
1900 Market Street
Philadelphia, PA 1910

Douglas R. Gooding, P.C.
G. Mark Edgerton, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110

*Via Hand Delivery*
Jeffrey R. Waxman, Esq.
Cozen O'Connor
1201 N. Market Street, Suite1400
Wilmington, DE 19801

*Via Hand Delivery*
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street – Suite1200
Wilmington, DE 19801

Mitchell L Lathrop, Esq.
Bridget K. Moorhead, Esq.
Duane Morris LLP
101 West Broadway Street – 9th Floor
San Diego, CA 92101

Clark T. Whitmore, Esq.
Alain M. Baudry, Esq.
Christina A. Smith, Esq.
Malson Edelman Borman & Brand LLP
3300 Wells Fargo Center
90 South Seventh Street
Minniapolis, MN 55402-4140

Duncan J. McNeil, III
Spokane County Jail #293752
2030 West Spofford
Spokane WA 99205

PHIL1 669950-1

## SERVICE LIST

Russell W. Roten, Esq.
Jeff D. Kahane, Esq.
Duane Morris LLP
333 South Hope Street
Los Angeles, CA 90071