IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION, a<br>Delaware corporation, et al. | Jointly Administered Under<br>Bankruptcy Case No. 02-10429 (JKF)<br>Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al. | Case No. 06-mc-41 (JJF) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, undersigned counsel moves the admission *pro hac vice* of Russell W. Roten, a partner in Duane Morris LLP, to represent Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) in this matter.

Dated: May 9, 2006
      Wilmington, Delaware

DUANE MORRIS LLP

_/s/ Richard W. Riley_
Richard W. Riley (DE I.D. No. 4052)
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900

Counsel to Republic Indemnity Company and
Transport Insurance Company (f/k/a Transport
Indemnity Company)

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
UNITED STATES DISTRICT JUDGE

DM3\360390.1

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective January 1, 2005, I certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: 5/9/6

*/s/ Russell W. Roten*
Russell W. Roten, Esquire
Duane Morris LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone: (213) 229-2939