IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>a Delaware corporation, *et al.* | Jointly Administered Under<br>Bankruptcy Case No. 02-10429 (JKF)<br>Chapter 11 |
| KAISER ALUMINUM CORPORATION, *et al.* | Case No. 06-mc-41 (JJF) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
OF LEONARD P. GOLDBERGER TO REPRESENT CERTAIN INSURERS**

Pursuant to Local Rule 83.5, and the attached certification, undersigned counsel for the Defendant hereby moves the admission *pro hac vice* of Leonard P. Goldberger of Stevens & Lee, P.C., 1818 Market Street, 29th Floor, Philadelphia, PA 19103, to represent Century Indemnity Company (successor to CIGNA Specialty Insurance Company, formerly known as California Union Insurance Company, and successor to CCI Insurance Company, successor to Insurance Company of North America, and as administrative agent of former members of AFIA, including St. Paul Mercury Insurance Company); ACE Property & Casualty Company (formerly known as CIGNA Property & Casualty Company, formerly known as Aetna Insurance Company); Industrial Indemnity Company; Industrial Underwriters Insurance Company; Pacific Employers Insurance Company; and Central National Insurance Company of Omaha, by and through Cravens, Dargen and Company, Managing General Agent (collectively, "Certain Insurers") in this appeal.

SL1 633528v1/026447.00002

Dated: May 9, 2006                           STEVENS & LEE, P.C.

                                             /s/ Thomas G. Whalen, Jr.
                                             Thomas G. Whalen, Jr. (No. 4034)
                                             1105 North Market Street, 7th Floor
                                             Wilmington, DE  19801
                                             Telephone:  (302) 425-3304
                                             Telecopier:  (610) 371-8512
                                             E-mail: tgw@stevenslee.com

                                             *Counsel for Certain Insurers*

**ORDER GRANTING MOTION**

It is hereby ordered counsel's motion for admission *pro hac vice* is granted.

Date: May        , 2006          _____
                                      United States District Judge Joseph J. Farnan

SL1 633528v1/026447.00002

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to practice before the Court for the captioned case, am admitted in, and practicing and in good standing before the bar of the Commonwealth of Pennsylvania, among others, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or in the course of this action. I also certify that I am generally familiar with the Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of the foregoing motion.

Leonard P. Goldberger
PA I.D. No. 23118
1818 Market Street, 29th Floor
Philadelphia, PA 19103
Telephone: (215) 751-2864
Telecopier: (610) 371-7376
E-mail: lpg@stevenslee.com

## CERTIFICATE OF SERVICE

Thomas G. Whalen, Jr. hereby certifies that on May 9, 2006, true and correct copies of the foregoing *MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF LEONARD P. GOLDBERGER TO REPRESENT CERTAIN INSURERS* to be served on the parties set forth on the attached service list by regular mail.

/s/ Thomas G. Whalen, Jr.
Thomas G. Whalen, Jr.

## SERVICE LIST

| | |
|---|---|
| Richard W. Riley (DE I.D. 4052)<br>DUANE MORRIS LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Edward F. Houff, Esquire<br>c/o Lynn Stewart & Tammy Nero<br>KAISER ALUMINUM CORPORATION<br>5847 San Felipe, Suite 2400<br>Houston, TX 77057 |
| Mitchell L. Lathrop, Esquire<br>Bridget K. Moorhead, Esquire<br>DUANE MORRIS LLP<br>101 West Broadway Street, 9th Floor<br>San Diego, CA 92101 | Daniel J. DeFranceschi, Esquire<br>Kimberly D. Newmarch, Esquire<br>RICHARD, LAYTON & FINGER, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 |
| Russell W. Roten, Esquire<br>Jeff D. Kahane, Esquire<br>DUANE MORRIS LLP<br>333 South Hope Street<br>Los Angeles, CA 90071 | Gregory M. Gordon, Esquire<br>Daniel P. Winikka, Esquire<br>Daniel B. Prieto, Esquire<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX 75201 |
| William P. Bowden, Esquire<br>ASHBY & GEDDES<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Marla R. Eskin, Esquire<br>Mark T. Hurford, Esquire<br>CAMPBELL & LEVINE, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801 |
| Lisa Beckerman, Esquire<br>Brian A. Kilmer, Esquire<br>AKIN, GUMP, STRAUSS, HAUER & FELD, LLP<br>590 Madison Avenue<br>New York, NY 10022 | Elihu Inselbuch, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>399 Park Avenue<br>New York, NY 10022 |
| Peter Van N. Lockwood, Esquire<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W.<br>Washington, DC 20005 | James L. Patton, Jr., Esquire<br>Edwin J. Harron, Esquire<br>Sharon M. Zieg, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899 |

SL1 633528v1/026447.00002

| | |
|---|---|
| Daniel K. Hogan, Esquire<br>THE HOGAN FIRM<br>1311 Delaware Avenue<br>Wilmington, DE 19806 | Steven A. Felsenthal, Esquire<br>Peter C. D'Apice, Esquire<br>STUTZMAN, BROMBERG, ESSERMAN &<br>PLIFKA<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689 |
| Steven A. Buxbaum, Esquire<br>HAYNES AND BOONE, LLP<br>One Houston Center<br>1221 McKinney, Suite 2100<br>Houston, TX 77010 | Kevin Gross, Esquire<br>ROSENTHAL, MONHAIT, GROSS &<br>   GODDESS, P.A.<br>919 Market Street, Suite 1401<br>Wilmington, DE 19801 |
| Rodney L. Eshelman, Esquire<br>Alison V. Lippa, Esquire<br>Raymond J. Tittman, Esquire<br>CARROLL, BURDICK & McDONOUGH LLP<br>44 Montgomery Street<br>San Francisco, CA 94101 | Lewis S. Rosenbloom, Esquire<br>David C. Christian, Esquire<br>Jason J. DeJonker, Esquire<br>McDERMOTT, WILL & EMERY<br>227 West Monroe Street<br>Chicago, IL 60606 |
| Seth W. Wiener, Esquire<br>LEBOEUF, LAMB, GREENE & MACRAE LLP<br>One Embarcadero Center, Suite 400<br>San Francisco, CA 94111 | Jared M. Katz, Esquire<br>LEBOEUF, LAMB, GREENE & MACRAE LLP<br>725 South Figueroa Street, Suite 3100<br>Los Angeles, CA 90017 |
| David M Ross, Esquire<br>LEBOEUF, LAMB, GREENE & MACRAE LLP<br>1875 Connecticut Avenue, N.W., Suite 1200<br>Washington, DC 20009 | David M. Klander, Esquire<br>Trial Attorney<br>OFFICE OF THE UNITED STATES TRUSTEE<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801 |
| Anthony Callaghan, Esquire<br>Evans Wohlforth, Esquire<br>David N. Crapo, Esquire<br>GIBBONS, DEL DEO, DOLAN, GRIFFINGER &<br>VECCHIONE<br>One River Front Plaza<br>Newark, NJ 07102 | Elizabeth J. Futrell, Esquire<br>Aimee M. Quirk, Esquire<br>JONES, WALKER, WAECHTER, POTTEVENT<br>   CARRERE & DENEGRE, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA 70170 |

SL1 633528v1/026447.00002

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
FERRY, JOSEPH & PEARCE, P.A.
824 Market St., Suite 904
Wilmington, DE 19899


Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Carl N. Kunz, III, Esquire
MORRIS, JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
GARDNER CARTON & DOUGLAS LLP
191 North Wacker Drive - Suite 3700
Chicago, IL 60606-1698

Joanne B. Wills, Esquire
Jennifer L. Scoliard, Esquire
KLEHR, HARRISON, HARVEY, BRANZBURG &
    ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Laurie Schenker Polleck, Esquire
JASPAN SCHLESINGER HOFFMAN LLP
913 Market Street
12th Floor
Wilmington, DE 19801

Jason Michael Madron, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Clark T. Whitmore, Esquire
Alain M. Baudry, Esquire
Christina A. Smith, Esquire
MASLON, EDELMAN, BORMAN &
    BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

George A. Davis, Esquire
Diane Harvey, Esquire
WELL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153


Christine P. Hsu, Esquire
WELL, GOTSHAL & MANGES LLP
1501 K Street NW - Suite 100
Washington, DC 20005


Kristin K. Going, Esquire
GARDNER CARTON & DOUGLAS LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005


Duane D. Morse, Esquire
James R Wrathall, Esquire
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M. Street N.W.
Washington, DC 20037


Michael S. Davis, Esquire
Jantra Van Roy, Esquire
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022


Duncan J. McNeil, III
2030 West Spofford
Spokane, WA 99205

SL1 633528v1/026447.00002

Paul J. Dougherty, III, Esquire
GEBHARDT & SMITH LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Carmella P. Keener, Esquire
ROSENTHAL MONHAIT & GODDESS P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Frederick D. Holden, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

Harry Lee, Esquire
John F. O'Connor, Esquire
George R. Calhoun, V, Esquire
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Brian A. Kilmer, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

Richard W. Riley, Esquire
DUANE MORRIS LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

SL1 633528v1/026447.00002