IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | USDC Case No. 06-041 (JJF) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the courts of District of Columbia, New York, U.S. Supreme Court, U.S. Courts of Appeals for the Fourth, Fifth, Tenth and D.C. Circuits, U.S. Tax Court, U.S. District Court for the Southern District of New York, and U.S. District Court for the District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective January 1, 2005. I further certify that the annual fee of $25.00 will be paid to the Clerk of Court upon the filing of the foregoing motion.

Date: May 10, 2006

_/s/ Peter Van N. Lockwood_
Peter Van N. Lockwood
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Suite 1100
Washington, DC  20005
(202) 862-5000

{D0060050.1}

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | USDC Case No. 06-041 (JJF) |
| | ) | |
| Debtors. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Peter Van N. Lockwood to represent the Official Committee of Asbestos Claimants.

Dated: May 10, 2006                                        CAMPBELL & LEVINE, LLC

                                                                            _/s/ Marla R. Eskin_____
                                                                            Marla R. Eskin (I.D. No. 2989)
                                                                            Mark T. Hurford (I.D. No. 3299)
                                                                            800 King Street, Suite 300
                                                                            Wilmington, DE  19801
                                                                            (302) 426-1900

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE

{D0060072:1 }