IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case No. 02-10429 |
| | : | (JFK) |
| Debtors. | : | |
| | | |
| In re: | : | |
| KAISER ALUMINUM CORP., et al., | : | Misc. Case No. 06-41-JJF |
| Debtors. | : | |

## O R D E R

At Wilmington, this __11__ day of May 2006, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1. The February 6, 2006 Order of the Bankruptcy Court confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified (the "Confirmation Order") (Bankr. Docket No. 8225) is **AFFIRMED**.

2. The Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified (Bankr. Docket No. 8226) issued by the Bankruptcy Court on February 6, 2006 are **ADOPTED**.

_____
UNITED STATES DISTRICT JUDGE