# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case 02-10429 (JKF) |
| | : | |
| Debtors. | : | |
| | : | |
| IN RE: | : | |
| | : | |
| KAISER ALUMINUM CORP., et al., | : | Misc. Case No. 06-041 (JJF) |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE
## CASE NO. 06-41(JJF)

I hereby certify that on May 11, 2006, the Court electronically filed the

**Memorandum Order [Docket No. 57] and Order [Docket No. 58]** with the Clerk of Court

using CM/ECF which will send notifications of such filing to the following:

Kimberly D. Newmarch
newmarch@rlf.com rbgroup@rlf.com

Daniel J. DeFranceschi
defranceschi@rlf.com
rbgroup@rlf.com

Jason Michael Madron
madron@rlf.com rbgroup@rlf.com

Daniel K. Hogan
dkhogan@dkhogan.com

Mark Thomas Hurford
mhurford@camlev.com

Sharon Matava Zieg
bank@ycst.com
szieg@ycst.com

Paul J. Dougherty, III
pdoug@gebsmith.com

Thomas Gerard Whalen, Jr
tgw@stevenslee.com

Carmella P. Keener
CKeener@rmgglaw.com;
jshipley@rmgglaw.com;
rmgg@rmgglaw.com

Richard William Riley
rwriley@duanemorris.com

Jennifer L. Scoliard
JScoliard@klehr.com

RLF1-2997388-1

I hereby certify that on May 11, 2006, I mailed via the United States Postal Service the documents to the following non-registered participants:

Duncan J. McNeil
Spokane County Jail
MS. Jail CD# 293752
1100 W. Maloon
Spokane, WA 99260

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE 19801

Richard H. Cross, Jr
Richard H. Cross, Jr
Cross & Simon LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Michael G. Gallerizzo
Louis J. Ebert
9th Floor, The World Trade Center
401 East Pratt Street
Baltimore, MD 21202

/s/ Kimberly D. Newmarch
Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com

RLF1-2997388-1