Duncan J. McNeil, III
2030 W. Spofford
Spokane, WA 99205

MO: _____
DATE: _____
FJ- _____

*MEMORANDUM OPINION AND ORDER DATED 5/11/06.*

## U.S. DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Duncan J. McNeil, III<br>INDIGENT DISABLED<br>UNLAWFULLY INCARCERATED<br>"CIVIL DETAINEE", PLAINTIFF,<br>APPELLANT AND<br>JUDGMENT CREDITOR<br><br>v.<br><br>UNITED STATES ET AL.<br>DEFENDANTS, APPELLEES<br>AND JUDGMENT DEBTORS | CASE NO: 06-41 (06-170)<br><br>AMMENDED NOTICE OF APPEAL; IFP APPLICATION ON APPEAL, INCORPORATING IFP APPLICATION TO USDC AND PLRA MOTION FILED 12/5/05 IN USCA 3rd CIR, PGS 1 OF 50 TO 50 OF 50, INCORPORATED HEREIN |

RECEIVED MAY 22 2006 U.S. DIST. COURT DISTRICT OF DELAWARE

THE UNDERSIGNED INDIGENT DISABLED UNLAWFULLY INCARCERATED "CIVIL DETAINEE" PLAINTIFF AND APPELLANT AND JUDGMENT CREDITOR, HEREBY AMENDS AND SUPPLEMENTS HIS PRIOR NOTICE(S) OF APPEAL FILED IN THIS MATTER TO INCLUDE THE APPEAL REVIEW AND REVERSAL OF THE ORDER ENTERED IN THIS MATTER DATED 5/9/06 DOC #58 5/11/06 ①

I HEREBY CERTIFY UNDER THE PENALTY OF PERJURY THAT THIS AMMENDED NOTICE OF APPEAL WAS FILED/MAILED ON 5/16/06 BY PLACING IT INTO THE OUTGOING INDIGENT MAIL AT SCI SW-26.

DATED: 5/16/06

PG 1 OF 1

_____
APPELLANT