OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4959 |

www.ca3.uscourts.gov

May 24, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 06-2684
    In Re: Kaiser Alum
    D. C. No. 06-mc-00041 JJF
        06-cv-00178

Dear Mr. Dalleo:

    Receipt is acknowledged on 5/16/06, of notice of appeal filed with the district court on 5/16/06, in the above-captioned case.

    Since the notice of appeal filed on 5/16/06 merely amends the appeal already docketed at No. 06-2684, this notice will not be given a new number but will be placed in the file.

                                Very truly yours,
                                MARCIA M. WALDRON
                                Clerk

                                By: Shannon L. Craven
                                    Case Manager

cc:
    Mr. Duncan J. McNeil, III
    Daniel J. DeFranceschi, Esq.
    Kimberly D. Newmarch, Esq.
    Jason M. Madron, Esq.