IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Misc. Case No. 06-041 (JJF) |
| | ) | |
| Debtors. | ) | |

## WITHDRAWAL AND ENTRY OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of the following attorneys on behalf of Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company:

> David C. Christian, II, Esquire (dchristian@mwe.com)
> Mohsin N. Khambati, Esquire (mkhambati@mwe.com)
> Jason J. DeJonker, Esquire (jdejonker@mwe.com)
> MCDERMOTT, WILL & EMERY
> 227 West Monroe Street
> Chicago, IL 60606-5096

PLEASE ENTER THE APPEARANCE of the following as counsel for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company:

> David C. Christian, II, Esquire (dchristian@seyfarth.com)
> Sarah E. Lorber, Esquire (slorber@seyfarth.com)
> SEYFARTH SHAW LLP
> 55 East Monroe Street, Suite 4200
> Chicago, IL 60603-5803

                         Signed: /s/ Carmella P. Keener
                         Carmella P. Keener (DSBA No. 2810)
                         ROSENTHAL, MONHAIT & GODDESS, P.A.
                         919 N. Market Street, Suite 1401
                         P.O. Box 1070
                         Wilmington, DE  19899-1070
                         (302) 656-4433
                         ckeener@rmgglaw.com
                         *Attorneys for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company*

Dated: June 8, 2006

## **CERTIFICATE OF SERVICE**

I, Carmella P. Keener, Esquire, hereby certify that on June 8, 2006, I caused to be electronically filed with the Clerk of the Court Withdraw and Entry of Counsel using CM/ECF, which will send notification of such filing to the following:

Daniel J. DeFrancheschi, Esquire
Jason Michael Madron, Esquire
Kimberly D. Newmarch, Esquire
Richards, Layton &Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

William P. Bowden, Esquire
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Mark Thomas Hurford, Esquire
Campbell & Levine
800 N. King Street
Suite 300
Wilmington, DE  19801

Laurie Schenker Polleck, Esquire
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE  19801

Paul J. Doherty, III, Esquire
Gebhardt & Smith, LLP
901 Market Street
Suite 451
Wilmington, DE  19806

Richard William Riley, Esquire
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

Thomas Gerard Whalen, Jr., Esquire
Stevens & Lee
1105 N. Market Street
7th Floor
Wilmington, DE  19801

Jennifer L. Scoliard, Esquire
Klehr, Harrison, Harvey, Branzburg
 & Ellers
919 Market Street
Suite 1000
Wilmington, DE  19801

| | |
|---|---|
| Sharon Matava Zieg, Esquire | Daniel K. Hogan, Esquire |
| Young, Conaway, Stargatt & Taylor | The Hogan Firm |
| The Brandywine Building | 1311 Delaware Avenue |
| 1000 West Street, 17th Floor | Wilmington, DE  19806 |
| P.O. Box 391 | |
| Wilmington, DE  19899-0391 | |

In addition, the foregoing document was also served via electronic mail upon all counsel listed on the attached Core Group List dated February 7, 2006 at the electronic mail addresses listed thereon.

/s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Citizens Bank Center
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Attorneys for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company*

## EXHIBIT A

### In Re: Kaiser Aluminum Corporation, et al.
### Core Group List Dated: February 7, 2006

**Office of the United States Trustee**

David M. Klauder
Richard Schepecarter
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801
Facsimile No.: 302-573-6497
E-mail: david.klauder@usdoj.gov
E-mail: Richard.Schepacarter@usdoj.gov

**Outside Counsel to the Debtors**

Gregory M. Gordon
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: gmgordon@jonesday.com

Daniel P. Winikka
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: dpwinikka@jonesday.com

Nick Bowen
Jones Day
2727 North Harwood St.
Dallas, TX 75201
E-mail: nbowen@jonesday.com

**Delaware Counsel to the Debtors**

Daniel J. DeFranceschi
Kimberly D. Newmarch
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
E-mail: defranceschi@rlf.com
E-mail: newmarch@rlf.com

**The Debtors**

Edward F. Houff
Leigh Ann Clifford
Jennifer Kane
Emergence Strategies LLC
1200 Smith Street, Suite 1600
Houston, TX 77002
E-mail:
leighann.clifford@kaiseraluminum.com
E-mail: jj.kane@kaiseraluminum.com

John Donnan
Kaiser Aluminum Corporation
27422 Portola Parkway, Suite 350
Foothill Ranch, CA 92610-2831
E-mail: john.donnan@kaiseraluminum.com

**Outside Counsel to the Official**
**Committee of Unsecured Creditors**

Lisa Beckerman
Akin Gump Strauss Hauer & Feld LLP
590 Madison Ave.
New York, NY 10022
E-mail: lbeckerman@akingump.com

Brian Kilmer
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 77002
E-mail: bkilmer@akingump.com

**Delaware Counsel to the Official**
**Committee of Unsecured Creditors**

William P. Bowden
Ashby & Geddes
222 Delaware Ave.
P.O. Box 1150
Wilmington, DE 19899
E-mail: wbowden@ashby-geddes.com

RLF1-2985948-1

**Counsel to the DIP Lenders**

Timothy R. Pohl
Chris L. Dickerson
Skadden, Arps, Slate, Meagher & Flom
333 West Wacker Drive
Chicago, IL 60606
E-mail: tpohl@skadden.com
E-mail: cdickers@skadden.com

**Outside Counsel to the Official Committee of Asbestos Claimants**

Elihu Inselbuch
Rita Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
E-Mail: ei@capdale.com

Peter Van N. Lockwood
Ronald R. Reinsel
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005-5802
E-Mail: pvnl@capdale.com
E-Mail: rer@capdale.com

**Delaware Counsel to the Official Committee of Asbestos Claimants**

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
E-mail: mre@camlev.com
E-Mail: mth@camlev.com

**Outside Counsel to the Official Committee of Retired Salaried Employees**

Frederick D. Holden, Jr.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
E-mail: fholden@orrick.com

**Delaware Counsel to the Official Committee of Retired Salaried Employees**

Frederick B. Rosner
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801
E-mail: frosner@jshllp-de.com

**Counsel to the Legal Representative for Future Asbestos Claimants**

Sharon Zieg
Timothy P. Cairns
Erin D. Edwards
Young Conaway Stargatt & Taylor
P.O. Box 391
The Brandywine Building, 1000 West St.,
17th Floor
Wilmington, DE 19801-0391
E-mail: szieg@ycst.com
E-mail: tcairns@ycst.com
E-mail: eedwards@ycst.com

**Legal Representative for Future Asbestos Claimants**

Martin J. Murphy
Davis & Young
1700 Midland Blvd. 101 Prospect Ave.
Cleveland, OH 44115-1027
E-mail: mmurphy@davisyoung.com

RLF1-2985948-1

**Outside Counsel for MAXXAM Inc.**

Alan Gover
Dewey Ballantine LLP
700 Louisiana, Suite 1900
Houston, TX 77002-2725
E-mail: agover@dbllp.com

Lisa Hill Fenning
Dewey Ballantine LLP
333 South Grand Ave., Suite 2600
Los Angeles, CA 90071
E-mail: lfenning@dbllp.com

**Delaware Counsel for MAXXAM Inc.**

Eric D. Schwartz
Morris, Nichols, Arsht & Tunnell
1201 North Market St.
P.O. Box 1347
Wilmington, DE 19899-1347
E-mail: eschwartz@mnat.com

**The Debtors' Financial Advisors and Investment Bankers**

Ari Lefkovits
Lazard Freres & Company LLC
30 Rockefeller Plaza, 61st Floor
New York, NY 10020
E-mail: ari.lefkovits@lazard.com

**The Debtors' Claims Agent**

Kathleen M. Logan
Logan and Company
546 Valley Road
Upper Montclair, NJ 07043
E-mail: klogan@loganandco.com

**The Fee Auditor for all Professionals**

Warren H. Smith
Steve Bossay
Warren H. Smith & Associates, P.C.
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
E-mail: feeaudit@whsmithlaw.com
E-mail: slbossay@whsmithlaw.com

**Legal Representative for Future Silica Claimants**

Anne M. Ferazzi
Legal Representative for Future Silica Claimants
11923 Winwood
Houston, TX 77024
E-mail: ferazzi@mindspring.com

**Delaware Counsel to the Legal Representative for Future Silica Claimants**

Daniel K. Hogan
1311 Delaware Avenue
Wilmington, DE 19806
E-mail: dkhogan@dkhogan.com

**Outside Counsel to the Legal Representative for Future Silica Claimants**

Sander L. Esserman
Peter C. D'Apice
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX 75201
E-mail: esserman@sbep-law.com
E-mail: dapice@sbep-law.com

Steven A. Buxbaum, Esq.
Haynes & Boone, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston TX 77010
E-mail: steven.buxbaum@haynesboone.com

RLF1-2985948-1