IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORP. *et al.*,<br><br>Debtors. | Bankruptcy Case No. 02-10429 (JKF) |
| In re:<br><br>KAISER ALUMINUM CORP. *et al.*,<br><br>Debtors. | Misc. Case No. 06-041 (JJF) |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company, pursuant to Fed. R. App. P. 3(a) and 6(b), appeal to the United States Court of Appeals for the Third Circuit from the Final Order and Memorandum of Opinion of the United States District Court for the District of Delaware, entered in this action on May 11, 2006, affirming the (i) *Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified* and (ii) the accompanying *Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified*, both entered by the United States Bankruptcy Court for the District of Delaware on February 6, 2006.

CH1 11063413.1

The parties to the Order and Memorandum of Opinion appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Daniel J. DeFrancheschi<br>Kimberly D. Newmarch<br>Jason M. Madron<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>***Counsel for the Debtors*** | Paul J. Dougherty, III<br>Michael G. Gallerizzo<br>Louis Jay Ebert<br>Gebhardt & Smith, LLP<br>901 Market Street, Suite 451<br>Wilmington, DE 19806<br>***Counsel for TIG Insurance Company*** |
| Gregory M. Gordon<br>Daniel P. Winikka<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201<br>***Counsel for the Debtors*** | George R. Calhoun, V<br>Steptoe & Johnson LLP<br>1330 Connecticut Ave., NW<br>Washington, DC 20036<br>***Counsel for TIG Insurance Company*** |
| Mark Thomas Hurford<br>Marla R. Eskin<br>Campbell & Levin<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>***Counsel for Official Committee of Asbestos Claimants*** | Thomas Gerard Whalen, Jr.<br>Stevens & Lee<br>1105 N. Market Street. 7th Floor<br>Wilmington, DE 19801<br>***Counsel for Century Indemnity Company, Ace Property & Casualty Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific-Employers Insurance Company, and Central National Insurance Company*** |
| Elihu Inselbuch<br>Caplin & Drysdale, Chartered<br>399 Park Avenue<br>New York, NY 10022<br>***Counsel for Official Committee of Asbestos Claimants*** | |
| Peter Van N. Lockwood<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>***Counsel for Official Committee of Asbestos Claimants*** | Leonard P. Goldberger<br>Stevens & Lee<br>1818 Market Street, 29th Floor<br>Philadelphia, PA 19103<br>***Counsel for Century Indemnity Company, Ace Property & Casualty Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific-Employers Insurance Company, and Central National Insurance Company*** |

CH1 11063413.1

William P. Bowden
Gregory A. Taylor
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
*Counsel for Official Committee of*
*Unsecured Creditors*

Lisa Beckerman
Akin Gump Strauss Hauer & Feld LLP
590 Madison Avenue
New York, NY 10022
*Counsel for Official Committee of*
*Unsecured Creditors*

Brian A. Kilmer
Akin Gump Strauss Hauer & Feld LLP
1700 Pacific Avenue
Suite 4100
Dallas, TX 75201
*Counsel for Official Committee of*
*Unsecured Creditors*

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801
*Counsel for The Official Committee*
*of Retired Salaried Employees*

Frederick D. Holden
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
*Counsel for The Official Committee*
*of Retired Salaried Employees*

Richard William Riley
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
*Counsel for Republic Indemnity*
*Company, and Transport Insurance*
*Company*

Russell W. Roten
Duane Morris LLP
333 South Hope
Los Angeles, CA 90071
*Counsel for Republic Indemnity Company*
*and Transport Insurance Company*

Jennifer L. Scoliard
Joanne Wills
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801
*Counsel for First State Insurance*
*Company, Hartford Accident and*
*Indemnity Company, New England*
*Reinsurance Corporation, and Nutmeg*
*Insurance Company*

Sharon M. Zieg
James L. Patton
Edwin J. Harron
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
*Counsel for Martin J. Murphy, the Legal*
*Representative for Future Asbestos Claimants*

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806
*Counsel for Anne M. Ferazzi,*
*Future Silica Claimants Representative*

CH1 11063413.1

Steven A. Felsenthal
Stutzman, Bromberg, Esserman &
Plifka, P.C.
2323 Bryan Street, Suite 2200
Dallas, TX 75201
*Counsel for Anne M. Ferazzi,
Future Silica Claimants
Representative*

Dated: June 9, 2006

Respectfully submitted,

 /s/ Carmella P. Keener (DSBA No. 2810)
Carmella P. Keener
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401,
Wilmington, DE 19801
Tel: (302) 656-4433
Fax: (302) 658-7567
ckeener@rmgglaw.com

David C. Christian II
Sara E. Lorber
SEYFARTH SHAW LLP
55 East Monroe Street, Suite 4200
Chicago, Illinois 60603
Tel: (312) 346-8000
Fax: (312) 269-8869
dchristian@seyfarth.com
slorber@seyfarth.com

*Counsel for Appellants Columbia
Casualty Company, Transcontinental
Insurance Company, Harbor Insurance
Company,* **and** *Continental Insurance
Company*

CH1 11063413.1

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, do hereby certify that on the 9th day of June 2006, I caused to be electronically filed with the Clerk of the Court the foregoing Notice of Appeal using CM/ECF, which will send notification of such filing to the following:

Daniel J. DeFrancheschi
Kimberly D. Newmarch
Jason M. Madron
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
***Counsel for the Debtors***

Paul J. Dougherty, III
Michael G. Gallerizzo
Louis Jay Ebert
Gebhardt & Smith, LLP
901 Market Street, Suite 451
Wilmington, DE 19806
***Counsel for TIG Insurance Company***

Mark Thomas Hurford
Campbell & Levin
800 N. King Street, Suite 300
Wilmington, DE 19801
***Counsel for Official Committee of Asbestos Claimants***

Thomas Gerard Whalen, Jr.
Stevens & Lee
1105 N. Market Street. 7th Floor
Wilmington, DE 19801
***Counsel for Century Indemnity Company, Ace Property & Casualty Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific-Employers Insurance Company, and Central National Insurance Company***

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
***Counsel for Official Committee of Unsecured Creditors***

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801
***Counsel for The Official Committee of Retired Salaried Employees***

Richard William Riley
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
***Counsel for Republic Indemnity Company, and Transport Insurance Company***

Jennifer L. Scoliard
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801
***Counsel for First State Insurance Company, Hartford Accident and Indemnity Company, New England Reinsurance Corporation, and Nutmeg Insurance Company***

CH1 11063413.1

| | |
|---|---|
| Sharon M. Zieg<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>***Counsel for Martin J. Murphy, the Legal Representative for Future Asbestos Claimants*** | Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>***Counsel for Anne M. Ferazzi, Future Silica Claimants Representative*** |

                         /s/ Carmella P. Keener
                Carmella P. Keener (DSBA No. 2810)
                ROSENTHAL, MONHAIT & GODDESS, P.A.
                919 N. Market Street, Suite 1401
                Wilmington, DE 19801
                (302) 656-4433
                ckeener@rmgglaw.com

CH1 11063413.1