IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Misc. Case No. 06-041 (JJF) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE
THIRD CIRCUIT BY TIG INSURANCE COMPANY**

Notice is hereby given that TIG Insurance Company, as successor by merger to International Surplus Lines Insurance Company, by and through its undersigned attorneys, hereby appeals to the United States Court of Appeals for the Third Circuit from the:

> I.   Order entered on May 11, 2006 [Docket No. 58] by the United States District Court for the District of Delaware ("District Court") pursuant to which the District Court ORDERED that (1) The February 6, 2006 Order of the Bankruptcy Court confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified (the "Confirmation Order") (Bankr. No. 8225) is AFFIRMED. (2) The Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified (Bankr. Docket No. 8226) issued by the Bankruptcy Court on February 6, 2006 are ADOPTED"; and

> II.  Memorandum Opinion [Docket No. 57] entered by the District Court on May 11, 2006 in connection with the above referenced Order [Docket No. 58].

The names of the parties to this appeal and the names and addresses of their respective counsel are as follows

| | |
|---|---|
| Edward F. Houff, Esq.<br>c/o Lynn Stewart & Tammy Nero<br>Kaiser Aluminum Corporation<br>5847 San Felipe – Suite 2400<br>Houston, TX 77057<br>E-mail: lynn.stewart@kaiseral.com<br>E-mail: tammy.nero@kaiseral.com<br>(Debtors) | Lisa Beckerman, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>E-mail: lbeckerman@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Gregory M. Gordon, Esq.<br>Daniel P. Winikka, Esq.<br>Nick Bowen, Esq.<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-Mail: gmgordon@jonesday.com<br>E-Mail: dpwinikka@jonesday.com<br>E-Mail: mbowen@jonesday.com<br>(Outside Counsel to Debtors) | Brian A. Kilmer, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1111 Louisiana – 44th Fl.<br>Houston, TX 77002<br>E-Mail: bkilmer@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Daniel J. DeFranceschi, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richard, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br>(Delaware Counsel to Debtors) | William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>E-Mail: wbowden@ashby-geddes.com<br>(Delaware Counsel to Official Committee of Unsecured Creditors) |
| Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8011<br>E-Mail: efutrell@joneswalker.com<br>(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee) | Anthony Callaghan, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One River Front Plaza<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br>E-Mail: acallaghan@gibbonslaw.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St., Suite 904<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br>E-Mail: ttacconelli@ferryjoseph.com<br>           mjoseph@ferryjoseph.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) | Clark T. Whitmore, Esq.<br>Alain M. Baudry, Esq.<br>Christina A. Smith, Esq.<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8335<br>Facsimile: (612) 642-8335<br>E-mail: alain.baudry@maslon.com<br>          clark.whitmore@maslon.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) |
| Karen C. Bifferato, Esq.<br>Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail: Kbifferato@cblh.com<br>          mphillips@cblh.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | George A. Davis, Esq.<br>Diane Harvey, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>          george.davis@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) |
| Christine P. Hsu, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street NW – Suite 100<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>E-mail: Chsu@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. – 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |

| | |
|---|---|
| Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive – Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-Mail: mhebbeln@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) | Kristin K. Going, Esq.<br>Gardner Carton & Douglas LLP<br>1301 K Street, N.W.<br>Suite 900, East Tower<br>Washington, DC 20005<br>Telephone: (202) 230-5177<br>Facsimile: (202) 230-5377<br>E-mail: kgoing@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |
| Duane D. Werb, Esq.<br>Jennifer H. Unhoch, Esq.<br>Werb & Sullivan<br>300 Delaware Ave. – 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br>E-mail: dwerb@werbsullivan.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) | Isaac M. Pachulski, Esq.<br>K. John Shaffer, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>(Counsel to Liverpool) |
| David J. Baldwin, Esq.<br>Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>(Counsel to Liverpool) | Brad A. Berish, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604<br>Telephone: (312) 435-1050<br>Facsimile (312) 435-1059<br>(Counsel to Allstate Insurance Company) |

| | |
|---|---|
| Peter B. Ackerman, Esq.<br>Coudert Brothers LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>(Counsel to London Market Insurers) | James L. Eggeman, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026<br>Telephone: (202) 326-4020 (Ext. 6833)<br>Facsimile: (202) 326-4112<br>(Counsel to Pension Benefit Guaranty Corporation) |
| Leonard P. Goldberger<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395<br>Telephone: (215) 864-7000<br>Facsimile: (215) 864-7123<br>(Counsel to Century Indemnity Company) | Sharon M. Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3350<br>E-mail: bankruptcy@ycst.com<br>(Counsel to Asbestos Futures Representative) |
| Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947<br>E-mail: cl@camlev.com<br>(Counsel to Asbestos Creditors Committee) | Richard Chesley<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(Outside Counsel to Debtors) |

| | |
|---|---|
| David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>(Office of the United States Trustee) | Ronald E. Reinsel<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>(Counsel to Personal Injury Committee) |
| Peter C. D'Apice<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br>(Counsel to Silica Future Claimants' Representative) | Evans Wohlforth<br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |
| Marc S. Casarino<br>White and Williams LLP<br>824 N. Market St., Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4520<br>(Counsel To ACE Insurance Company) | Michael S. Davis, Esq.<br>Jantra Van Roy, Esq.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, New York 10022<br>Telephone: 212-826-5300<br>Facsimile: 212-753-0396<br>(Counsel for AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company) |

| | |
|---|---|
| Carmella P. Keener<br>Rosenthal, Monhait, Gross & Goddess<br>Citizens Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br><br>David C. Christian II<br>Seyfarth Shaw LLP<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603<br>Telephone:  312-269-8833<br>Facsimile:  312-269-8869<br>dchristian@seyfarth.com<br>(Counsel for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company) | Andrew R. McCloskey<br>Riedl, McCloskey & Waring LLP<br>550 West "C" Street, Suite 500<br>San Diego, CA 92101<br>Telephone:  (619) 237-3095<br>Facsimile:  (619) 237-3789<br> (Counsel for Westport Insurance Corporation, f/k/a Puritan Insurance Company, f/k/a The Manhattan Fire & Marine Insurance Company) |
| Richard W. Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4928<br>Facsimile: (302) 657-4901<br>E-mail: rwriley@duanemorris.com<br>(Counsel for Republic Indemnity Company and Transport Insurance Company) | |

Dated: June 8, 2006

Respectfully submitted,

By: */s/ Michael Gallerizzo*
    Michael G. Gallerizzo (#4550)
    Gebhardt & Smith LLP
    901 Market Street, Suite 451
    Wilmington, DE 19801
    302-656-9002
    302-429-5953 (facsimile)
    mgall@gebsmith.com

    Harry Lee
    John F. O'Connor
    George R. Calhoun, V
    Steptoe & Johnson, LLP
    1330 Connecticut Ave., NW
    Washington, DC 20036
    202-429-3000

    **Counsel for TIG Insurance Company**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Misc. Case No. 06-041 (JJF) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
BY TIG INSURANCE COMPANY**

    I, Michael G. Gallerizzo, Esquire, hereby certify that on June 8th, 2006, I caused a copy of a Notice Of Appeal to the United States Court of Appeals for the Third Circuit by TIG Insurance Company to be served on the parties set forth on the attached service list by first class mail, postage pre-paid.

                                        GEBHARDT & SMITH LLP

                                        By:   */s/ Michael Gallerizzo*
                                                   Michael G. Gallerizzo (#4550)
                                                   Gebhardt & Smith LLP
                                                   901 Market Street, Suite 451
                                                   Wilmington, DE 19801
                                                   302-656-9002
                                                   302-429-5953 (facsimile)
                                                   mgall@gebsmith.com

**SERVICE LIST**

| | |
|---|---|
| Edward F. Houff, Esq.<br>c/o Lynn Stewart & Tammy Nero<br>Kaiser Aluminum Corporation<br>5847 San Felipe – Suite 2400<br>Houston, TX 77057<br>E-mail: lynn.stewart@kaiseral.com<br>E-mail: tammy.nero@kaiseral.com<br>(Debtors) | Lisa Beckerman, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>E-mail: lbeckerman@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Gregory M. Gordon, Esq.<br>Daniel P. Winikka, Esq.<br>Nick Bowen, Esq.<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-Mail: gmgordon@jonesday.com<br>E-Mail: dpwinikka@jonesday.com<br>E-Mail: mbowen@jonesday.com<br>(Outside Counsel to Debtors) | Brian A. Kilmer, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1111 Louisiana – 44th Fl.<br>Houston, TX 77002<br>E-Mail: bkilmer@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Daniel J. DeFranceschi, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richard, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br>(Delaware Counsel to Debtors) | William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>E-Mail: wbowden@ashby-geddes.com<br>(Delaware Counsel to Official Committee of Unsecured Creditors) |
| Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8011<br>E-Mail: efutrell@joneswalker.com<br>(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee) | Anthony Callaghan, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One River Front Plaza<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br>E-Mail: acallaghan@gibbonslaw.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St., Suite 904<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br>E-Mail: ttacconelli@ferryjoseph.com<br>         mjoseph@ferryjoseph.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) | Clark T. Whitmore, Esq.<br>Alain M. Baudry, Esq.<br>Christina A. Smith, Esq.<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8335<br>Facsimile: (612) 642-8335<br>E-mail: alain.baudry@maslon.com<br>        clark.whitmore@maslon.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) |
| Karen C. Bifferato, Esq.<br>Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail: Kbifferato@cblh.com<br>        mphillips@cblh.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | George A. Davis, Esq.<br>Diane Harvey, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>        george.davis@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) |
| Christine P. Hsu, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street NW – Suite 100<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>E-mail: Chsu@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. – 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |

| | |
|---|---|
| Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive – Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-Mail: mhebbeln@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) | Kristin K. Going, Esq.<br>Gardner Carton & Douglas LLP<br>1301 K Street, N.W.<br>Suite 900, East Tower<br>Washington, DC 20005<br>Telephone: (202) 230-5177<br>Facsimile: (202) 230-5377<br>E-mail: kgoing@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |
| Duane D. Werb, Esq.<br>Jennifer H. Unhoch, Esq.<br>Werb & Sullivan<br>300 Delaware Ave. – 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br>E-mail: dwerb@werbsullivan.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) | Isaac M. Pachulski, Esq.<br>K. John Shaffer, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>(Counsel to Liverpool) |
| David J. Baldwin, Esq.<br>Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>(Counsel to Liverpool) | Brad A. Berish, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604<br>Telephone: (312) 435-1050<br>Facsimile (312) 435-1059<br>(Counsel to Allstate Insurance Company) |

| | |
|---|---|
| Peter B. Ackerman, Esq.<br>Coudert Brothers LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>(Counsel to London Market Insurers) | James L. Eggeman, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026<br>Telephone: (202) 326-4020 (Ext. 6833)<br>Facsimile: (202) 326-4112<br>(Counsel to Pension Benefit Guaranty Corporation) |
| Leonard P. Goldberger<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395<br>Telephone: (215) 864-7000<br>Facsimile: (215) 864-7123<br>(Counsel to Century Indemnity Company) | Sharon M. Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3350<br>E-mail: bankruptcy@ycst.com<br>(Counsel to Asbestos Futures Representative) |
| Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947<br>E-mail: cl@camlev.com<br>(Counsel to Asbestos Creditors Committee) | Richard Chesley<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(Outside Counsel to Debtors) |

| | |
|---|---|
| David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>(Office of the United States Trustee) | Ronald E. Reinsel<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>(Counsel to Personal Injury Committee) |
| Peter C. D'Apice<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br>(Counsel to Silica Future Claimants' Representative) | Evans Wohlforth<br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |
| Marc S. Casarino<br>White and Williams LLP<br>824 N. Market St., Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4520<br>(Counsel To ACE Insurance Company) | Michael S. Davis, Esq.<br>Jantra Van Roy, Esq.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, New York  10022<br>Telephone:  212-826-5300<br>Facsimile:  212-753-0396<br>(Counsel for AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company) |

| | |
|---|---|
| Carmella P. Keener<br>Rosenthal, Monhait, Gross & Goddess<br>Citizens Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br><br>David C. Christian II<br>Seyfarth Shaw LLP<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603<br>Telephone:  312-269-8833<br>Facsimile:  312-269-8869<br>dchristian@seyfarth.com<br>(Counsel for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company) | Andrew R. McCloskey<br>Riedl, McCloskey & Waring LLP<br>550 West "C" Street, Suite 500<br>San Diego, CA 92101<br>Telephone:  (619) 237-3095<br>Facsimile:  (619) 237-3789<br> (Counsel for Westport Insurance Corporation, f/k/a Puritan Insurance Company, f/k/a The Manhattan Fire & Marine Insurance Company) |
| Richard W. Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4928<br>Facsimile: (302) 657-4901<br>E-mail: rwriley@duanemorris.com<br>(Counsel for Republic Indemnity Company and Transport Insurance Company) | |