IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>KAISER ALUMINUM CORPORATION, a Delaware corporation, et al. | Jointly Administered Under Bankruptcy Case No. 02-10429 (JKF)<br>Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al. | Case No. 06-mc-41 (JJF) |

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company), pursuant to Fed. R. App. P. 3(a) and 6(b), appeal to the United States Court of Appeals for the Third Circuit from the Order of the United States District Court for the District of Delaware (Fullam, J.) entered in this action on May 11, 2006 (Docket No. 58) and the accompanying Memorandum Decision (Docket No. 57) that (i) affirmed the February 6, 2006 Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified and (ii) adopted the Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified issued by the Bankruptcy Court on February 6, 2006.

DM3\362924.1

The parties to the order and memorandum opinion appealed from and the names and addresses of their respective attorneys are as follows:

| *Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates* | *Official Committee of Unsecured Creditors* | *Official Committee of Asbestos Claimants* |
|---|---|---|
| Represented by: | Represented by: | Represented by: |
| Daniel DeFranceschi, Esq.<br>Kimberly Newmarch, Esq.<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | William P. Bowden, Esq.<br>Gregory A. Taylor, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899 | Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine<br>800 King Street<br>Suite 300<br>Wilmington, DE 19801 |
| -and- | -and- | -and- |
| Gregory Gordon, Esq.<br>Daniel Winikka, Esq.<br>Jones Day<br>2727 North Harwood Street<br>Dallas, TX 75201 | Lisa Beckerman, Esq.<br>Akin Gump Strauss Hauer & Feld<br>590 Madison Avenue<br>New York, NY 10022 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale<br>399 Park Avenue<br>New York, NY 10022 |
| | -and- | -and- |
| | Brian Kilmer<br>Akin Gump Strauss Hauer & Feld<br>1700 Pacific Ave., Ste. 4100<br>Dallas, TX 75201 | Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, DC 20005 |

| | | |
|---|---|---|
| *Martin J. Murphy, the Legal Representative for Future Asbestos Claimants*<br><br>Represented by:<br><br>James Patton, Jr., Esq.<br>Edwin Harron, Esq.<br>Sharon Zieg, Esq.<br>Young Conaway Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, DE  18901 | *Official Committee of Retired Salaried Employees*<br><br>Represented by:<br><br>Laurie Polleck, Esq.<br>Jaspan Schlesinger Hoffman<br>913 Market Street<br>12th Floor<br>Wilmington, DE  19801<br><br>-and-<br><br>Frederick Holden, Esq.<br>Orrick Herrington & Sutcliffe<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105 | *Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company*<br><br>Represented by:<br><br>Carmella P. Keener, Esq.<br>Rosenthal Monhait & Goddess<br>919 N. Market Street<br>Suite 1401<br>Wilmington, DE  19801<br><br>-and<br><br>David C. Christian, II, Esq.<br>Sarah E. Lorber, Esq.<br>Seyfarth Shaw LLP<br>55 East Monroe Street<br>Suite 4200<br>Chicago, IL  60603 |
| *TIG Insurance Company, as Successor by Mergers to International Surplus Insurance Company*<br><br>Represented by:<br><br>Paul J. Dougherty, III, Esq.<br>Michael G. Gallerizzo, Esq.<br>Gebhardt & Smith LLP<br>901 Market Street<br>Suite 451<br>Wilmington, DE  19801<br><br>-and-<br><br>Harry Lee, Esq.<br>John O'Connor, Esq.<br>George R. Calhoun, V, Esq.<br>Steptoe & Johnson<br>1330 Connecticut Avenue, N.W.<br>Washington, DC  20036 | *Anne M. Ferazzi, Future Silica Claimant Representative*<br><br>Represented by:<br><br>Daniel K. Hogan, Esq.<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE  19806<br><br>-and-<br><br>Steven A. Felsenthal, Esq.<br>Stutzman Bromberg Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX  75201 | *Century Indemnity Company, Ace Property & Casualty Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific-Employers Insurance Company, and Central National Insurance Company*<br><br>Represented by:<br><br>Thomas G. Whalen, Jr., Esq.<br>Stevens & Lee<br>1105 N. Market Street<br>7th Floor<br>Wilmington, DE  19801<br><br>-and-<br><br>Leonard P. Goldberger, Esq.<br>Stevens & Lee<br>1818 Market Street, 29th Fl.<br>Philadelphia, PA  19103 |

DM3\362924.1

*First State Insurance Company, Hartford Accident and Indemnity Company, New England Reinsurance Corporation, and Nutmeg Insurance Company*

Represented by:

Jennifer L. Scoliard, Esq.
Joanne Wills, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

Dated: June 9, 2006
      Wilmington, Delaware

Respectfully submitted,

*/s/ Richard W. Riley*
Richard W. Riley (DE 4052)
Christopher M. Winter (DE 4163)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:  (302) 657-4900
Facsimile:  (302) 657-4901

-and-

Mitchell L. Lathrop
Bridget K. Moorhead
DUANE MORRIS LLP
101 West Broadway Street, 9th Floor
San Diego, CA 92101
Telephone:  (617) 499-2200
Facsimile:  (619) 744-2201

DM3\362924.1

-and-

Russell W. Roten
Peter B. Ackerman
Jeff D. Kahane
DUANE MORRIS LLP
633 W. Fifth Street, Suite 4600
Los Angeles, CA 90071
Telephone:    (213) 689-7400
Facsimile:    (213) 689-7401

*Counsel for Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company)*

5

DM3\362924.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**KAISER ALUMINUM CORPORATION**, a Delaware corporation, <u>et al.</u> | Jointly Administered Under<br>Bankruptcy Case No. 02-10429 (JKF)<br>Chapter 11 |
| **KAISER ALUMINUM CORPORATION**, <u>et al.</u> | Case No. 06-mc-41 (JJF) |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Notice of Appeal to the United States Court of Appeals for the Third Circuit** was made on June 9, 2006 upon the individuals on the attached service list *via* First Class Mail.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 9, 2006
      Wilmington, Delaware

                Richard W. Riley (DE I.D. 4052)
                Duane Morris LLP
                1100 North Market Street, Suite 1200
                Wilmington, Delaware 19801-1246
                Telephone:  (302) 657-4900
                Facsimile:   (302) 657-4901
                E-mail:       rwriley@duanemorris.com

SERVICE LIST

Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Mitchell L. Lathrop, Esquire
Bridget K. Moorhead, Esquire
DUANE MORRIS LLP
101 West Broadway Street, 9th Floor
San Diego, CA 92101

Russell W. Roten, Esquire
Jeff D. Kahane, Esquire
DUANE MORRIS LLP
333 South Hope Street
Los Angeles, CA 90071

William P. Bowden, Esquire
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Lisa Beckerman, Esquire
Brian A. Kilmer, Esquire
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
590 Madison Avenue
New York, NY 10022

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

Edward F. Houff, Esquire
c/o Lynn Stewart & Tammy Nero
KAISER ALUMINUM CORPORATION
5847 San Felipe, Suite 2400
Houston, TX 77057

Daniel J. DeFranceschi, Esquire
Kimberly D. Newmarch, Esquire
RICHARD, LAYTON & FINGER, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Gregory M. Gordon, Esquire
Daniel P. Winikka, Esquire
Daniel B. Prieto, Esquire
JONES DAY
2727 North Harwood Street
Dallas, TX 75201

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Sharon M. Zieg, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Bldg., 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

DM3\370604.1

Daniel K. Hogan, Esquire
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Steven A. Buxbaum, Esquire
HAYNES AND BOONE, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Rodney L. Eshelman, Esquire
Alison V. Lippa, Esquire
Raymond J. Tittman, Esquire
CARROLL, BURDICK & MCDONOUGH LLP
44 Montgomery Street
San Francisco, CA 94101

Thomas G. Whalen, Jr., Esquire
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Seth W. Wiener, Esquire
LEBOEUF, LAMB, GREENE & MACRAE LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

David M. Ross, Esquire
LEBOEUF, LAMB, GREENE & MACRAE LLP
1875 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20009

Anthony Callaghan, Esquire
Evans Wohlforth, Esquire
David N. Crapo, Esquire
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
One River Front Plaza
Newark, NJ 07102

Steven A. Felsenthal, Esquire
Peter C. D'Apice, Esquire
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

Kevin Gross, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Lewis S. Rosenbloom, Esquire
David C. Christian, Esquire
Jason J. DeJonker, Esquire
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606

Leonard P. Goldberger, Esquire
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Jared M. Katz, Esquire
LEBOEUF, LAMB, GREENE & MACRAE LLP
725 South Figueroa Street, Suite 3100
Los Angeles, CA 90017

David M. Klauder, Esquire
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Elizabeth J. Futrell, Esquire
Aimee M. Quirk, Esquire
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170

| | |
|---|---|
| Michael B. Joseph, Esquire<br>Theodore J. Tacconelli, Esquire<br>FERRY, JOSEPH & PEARCE, P.A.<br>824 Market St., Suite 904<br>Wilmington, DE 19899 | Clark T. Whitmore, Esquire<br>Alain M. Baudry, Esquire<br>Christina A. Smith, Esquire<br>MASLON, EDELMAN, BORMAN & BRAND, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140 |
| Karen C. Bifferato, Esquire<br>Marc J. Phillips, Esquire<br>CONNOLLY BOVE LODGE & HUTZ, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | George A. Davis, Esquire<br>Diane Harvey, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 |
| Carl N. Kunz, III, Esquire<br>MORRIS, JAMES HITCHENS & WILLIAMS LLP<br>222 Delaware Avenue, 10th Floor<br>Wilmington, DE 19801 | Christine P. Hsu, Esquire<br>WEIL, GOTSHAL & MANGES LLP<br>1501 K Street NW - Suite 100<br>Washington, DC 20005 |
| Harold L. Kaplan, Esquire<br>Mark F. Hebbeln, Esquire<br>GARDNER CARTON & DOUGLAS LLP<br>191 North Wacker Drive – Suite 3700<br>Chicago, IL 60606-1698 | Kristin K. Going, Esquire<br>GARDNER CARTON & DOUGLAS LLP<br>1301 K Street, N.W.<br>Suite 900, East Tower<br>Washington, DC 20005 |
| Joanne B. Wills, Esquire<br>Jennifer L. Scoliard, Esquire<br>KLEHR, HARRISON, HARVEY,<br>BRANZBURG & ELLERS LLP<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801 | Duane D. Morse, Esquire<br>James R. Wrathall, Esquire<br>WILMER CUTLER PICKERING<br>HALE AND DORR LLP<br>2445 M. Street N.W.<br>Washington, DC 20037 |
| Laurie Schenker Polleck, Esquire<br>JASPAN SCHLESINGER HOFFMAN LLP<br>913 Market Street, 12th Floor<br>Wilmington, DE 19801 | Michael S. Davis, Esquire<br>Jantra Van Roy, Esquire<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, NY 10022 |
| Jason Michael Madron, Esquire<br>RICHARDS LAYTON & FINGER<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899 | Frederick D. Holden, Esquire<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105 |

-4-

Paul J. Dougherty, III, Esquire
GEBHARDT & SMITH LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Carmella P. Keener, Esquire
ROSENTHAL MONHAIT & GODDESS P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Harry Lee, Esquire
John F. O'Connor, Esquire
George R. Calhoun, V, Esquire
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Brian A. Kilmer, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201