IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION, a<br>Delaware corporation, et al. | Jointly Administered Under<br>Bankruptcy Case No. 02-10429 (JKF)<br>Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al. | Case No. 06-mc-41 (JJF) |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, counsel for Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company), certify that I am not less than 18 years of age, and that on June 9, 2006, a copy of the **Notice of Appeal to the United States Court of Appeals for the Third Circuit** was served by ordinary mail upon The Honorable Joseph J. Farnan, United States District Court, 844 North King Street, Wilmington, DE 19801.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 15, 2006
       Wilmington, Delaware

                           Richard W. Riley (DE I.D. 4052)
                           Duane Morris LLP
                           1100 North Market Street, Suite 1200
                           Wilmington, Delaware 19801-1246
                           Telephone:   (302) 657-4900
                           Facsimile:    (302) 657-4901
                           E-mail:       rwriley@duanemorris.com