IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION, a<br>Delaware corporation, et al. | Jointly Administered Under<br>Bankruptcy Case No. 02-10429 (JKF)<br>Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al. | Case No. 06-mc-41 (JJF) |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, counsel for Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company), certify that I am not less than 18 years of age, and that on June 15, 2006, a copy of the **Transcript Purchase Order** was served upon the parties listed on the attached service list by First Class Mail.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 15, 2006
      Wilmington, Delaware

Richard W. Riley (DE I.D. 4052)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: rwriley@duanemorris.com

## SERVICE LIST

Daniel DeFranceschi, Esq.
Kimberly Newmarch, Esq.
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Gregory Gordon, Esq.
Daniel Winikka, Esq.
Jones Day
2727 North Harwood Street
Dallas, TX  75201

James Patton, Jr., Esq.
Edwin Harron, Esq.
Sharon Zieg, Esq.
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  18901

Thomas G. Whalen, Jr., Esq.
Stevens & Lee
1105 N. Market Street
7th Floor
Wilmington, DE  19801

Leonard P. Goldberger, Esq.
Stevens & Lee
1818 Market Street, 29th Fl.
Philadelphia, PA  19103

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

Steven A. Felsenthal, Esq.
Stutzman Bromberg Esserman & Plifka
2323 Bryan Street, Suite 2200
Dallas, TX  75201

William P. Bowden, Esq.
Gregory A. Taylor, Esq.
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899

Lisa Beckerman, Esq.
Akin Gump Strauss Hauer & Feld
590 Madison Avenue
New York, NY  10022

Brian Kilmer
Akin Gump Strauss Hauer & Feld
1700 Pacific Ave., Ste. 4100
Dallas, TX  75201

Laurie Polleck, Esq.
Jaspan Schlesinger Hoffman
913 Market Street
12th Floor
Wilmington, DE  19801

Frederick Holden, Esq.
Orrick Herrington & Sutcliffe
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Paul J. Dougherty, III, Esq.
Michael G. Gallerizzo, Esq.
Gebhardt & Smith LLP
901 Market Street
Suite 451
Wilmington, DE  19801

Harry Lee, Esq.
John O'Connor, Esq.
George R. Calhoun, V, Esq.
Steptoe & Johnson
1330 Connecticut Avenue, N.W.
Washington, DC  20036

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine
800 King Street
Suite 300
Wilmington, DE  19801

Elihu Inselbuch, Esq.
Caplin & Drysdale
399 Park Avenue
New York, NY  10022

Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC  20005

Carmella P. Keener, Esq.
Rosenthal Monhait & Goddess
919 N. Market Street
Suite 1401
Wilmington, DE  19801

David C. Christian, II, Esq.
Sarah E. Lorber, Esq.
Seyfarth Shaw LLP
55 East Monroe Street
Suite 4200
Chicago, IL  60603

Jennifer L. Scoliard, Esq.
Joanne Wills, Esq.
Klehr Harrison Harvey Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE  19801

U.S. Court of Appeals
for the Third Circuit
601 Market Street
Room 21400
Philadelphia, PA  191076

DM3\371870.1