# TRANSCRIPT PURCHASE ORDER

| District Court | Court of Appeals Docket No. |
|---|---|
| Delaware | District Court Docket No. 06-mc-41 (JJF) |

Short Case Title: Kaiser Aluminum Corporation, et al.

Date Notice of Appeal Filed by Clerk of District Court: June 9, 2006, Docket No. 66

---

**PART I.** (To be completed by party responsible for ordering transcript)   NOTE: A SEPARATE FORM IS TO BE TYPED FOR EACH COURT REPORTER IN THIS CASE.

A. Complete one of the following and serve ALL COPIES:
   TRANSCRIPT:

   ☐ None   ☐ Unnecessary for appeal purposes.
   ☒ Already on file in the D.C. Clerk's office.
   ☐ This is to order a transcript of the proceedings heard on the date listed below from _____
       (Name of Court Reporter)

   (Specify on lines below exact date of proceedings to be transcribed). If requesting only partial transcript of proceedings, specify exactly what portion or what witness testimony is desired.

   _____

   _____

   If proceeding to be transcribed was a trial, also check any appropriate box below for special requests; otherwise, this material will *NOT* be included in trial transcripts.

   Voir dire ☐ ;   Opening statement of plaintiff ☐   defendant ☐
   Closing argument of plaintiff ☐   defendant ☐
   Jury instructions ☐   Sentencing Hearings ☐

   FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL OR IMPOSITION OF SANCTIONS.

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

   ☐ Criminal Justice Act (Attach copy of CJA form 24)
   ☐ Motion for transcript has been submitted to DC Judge
   ☐ Private Funds

Signature: *Carmella P. Keener*   Date: 6/19/06

Print Name: Carmella P. Keener, Esquire
Rosenthal, Monhait & Goddess, P.A.

Address: 919 N. Market St., Suite 214
Wilmington, DE 19801

Counsel for: Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company

Telephone: (302) 656-4433

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT (To be completed by the Court Reporter and forwarded to the Court of Appeals on the same day transcript order is received.)

| Date transcript order received | Estimated completion date; if not within 30 days of date financial arrangements made, motion for extension to be made to Court of Appeals | Estimated number of pages |
|---|---|---|
|  |  |  |

☐ Arrangements for payment were made on _____
☐ Arrangements for payment have not been made pursuant to FRAP 10(b)

_____   _____   _____
Date         Signature of Court Reporter    Telephone

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT (To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages        _____ Actual Number of Volumes

_____                              _____
Date                                    Signature of Court Reporter

3CA (12/93)

Copy 6 — Appellant's Copy to be sent to the District Court upon completion of Part I

## CERTIFICATE OF SERVICE

I, Carmella P. Keener, do hereby certify that on the 19th day of June 2006, I caused to be electronically filed with the Clerk of the Court the foregoing Transcript Purchase Order using CM/ECF, which will send notification of such filing to the following:

Daniel J. DeFrancheschi
Kimberly D. Newmarch
Jason M. Madron
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
**Counsel for the Debtors**

Paul J. Dougherty, III
Michael G. Gallerizzo
Louis Jay Ebert
Gebhardt & Smith, LLP
901 Market Street, Suite 451
Wilmington, DE  19806
**Counsel for TIG Insurance Company**

Mark Thomas Hurford
Campbell & Levin
800 N. King Street, Suite 300
Wilmington, DE  19801
**Counsel for Official Committee
of Asbestos Claimants**

Thomas Gerard Whalen, Jr.
Stevens & Lee
1105 N. Market Street. 7th Floor
Wilmington, DE  19801
**Counsel for Century Indemnity
Company, Ace Property & Casualty
Company, Industrial Indemnity
Company, Industrial Underwriters
Insurance Company, Pacific-
Employers Insurance Company, and Central
National Insurance Company**

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE  19899
**Counsel for Official Committee of
Unsecured Creditors**

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE  19801
**Counsel for The Official Committee
of Retired Salaried Employees**

Richard William Riley
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801
**Counsel for Republic Indemnity
Company, and Transport Insurance
Company**

Jennifer L. Scoliard
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE  19801
**Counsel for First State Insurance
Company, Hartford Accident and
Indemnity Company, New England
Reinsurance Corporation, and Nutmeg
Insurance Company**

| | |
|---|---|
| Sharon M. Zieg<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>***Counsel for Martin J. Murphy, the Legal Representative for Future Asbestos Claimants*** | Daniel K. Hogan<br>The Hogan Firm<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>***Counsel for Anne M. Ferazzi, Future Silica Claimants Representative*** |

In addition, I have caused copies of "Copy 7" to be delivered by electronic mail to the following counsel, who are designated "Appellees' Counsel" on the Court docket:

| | |
|---|---|
| Daniel J. DeFrancheschi<br>Kimberly D. Newmarch<br>Jason M. Madron<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>***Counsel for the Debtors*** | William P. Bowden<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>***Counsel for Official Committee of Unsecured Creditors*** |
| Mark Thomas Hurford<br>Campbell & Levin<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>***Counsel for Official Committee Of Asbestor Claimants*** | Laurie Schenker Polleck<br>Jaspan Schlesinger Hoffman LLP<br>913 N. Market Street, 12th Floor<br>Wilmington, DE 19801<br>***Counsel for The Official Committee of Retired Salaried Employees*** |

2

Sharon M. Zieg
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
*Counsel for Martin J. Murphy, the Legal Representative for Future Asbestos Claimants*

Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19801
*Counsel for Anne M. Ferazzi, Future Silica Claimants Representative*

   /s/ Carmella P. Keener
Carmella P. Keener (DSBA No. 2810)
ROSENTHAL, MONHAIT & GODDESS, P.A.
919 N. Market Street, Suite 1401
Wilmington, DE 19801
(302) 656-4433
ckeener@rmgglaw.com
*Counsel for Appellants Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company,* **and** *Continental Insurance Company*