IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | ................... Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | ................................. Misc. Case No. 06-041 (JJF) |
| | ) | |
| Debtors. | ) | |

**TIG INSURANCE COMPANY'S DESIGNATION OF ITEMS FOR
RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

TIG Insurance Company, successor by mergers with International Surplus Lines Insurance Company, by and through its undersigned attorneys, and pursuant to Rule 6(b)((2)(B) of the Federal Rules of Appellate Procedure, hereby designates the items that are to be included in the record on appeal and sets forth a statement of the issues that are to be presented on its appeal from: (i) the Order entered on May 11, 2006 [Docket No. 58] by the United States District Court for the District of Delaware ("District Court") pursuant to which the District Court ORDERED that (1) The February 6, 2006 Order of the Bankruptcy Court confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified (the "Confirmation Order") (Bankr. No. 8225) is AFFIRMED, and (2) The Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified (Bankr. Docket No. 8226) issued by the Bankruptcy Court on February 6, 2006 are ADOPTED"; and (ii) the Memorandum Opinion [Docket No. 57] entered by the

District Court on May 11, 2006 in connection with the above referenced Order [Docket No. 58], both entered by the District Court on May 11, 2006.

This Designation of Items for Record on Appeal and Statement of Issues on Appeal is timely pursuant to Rule 6 of the Federal Rules of Appellate Procedure.

I. **<u>Designation Of Items For Record On Appeal.</u>**

| Tab No. | Bankr. Case Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 1. | 7312 | September 7, 2005 | Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates |
| 2. | 7314 | September 7, 2005 | Disclosure Statement to the Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates |
| 3. | 7320 | September 8, 2005 | Order (A) Approving Proposed Disclosure Statement, (B) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Proposed Joint Plan Of Reorganization And (C) Scheduling A Hearing On Confirmation Of Proposed Joint Plan Of Reorganization And Approving Related Notice Procedures |
| 4. | 7460 | September 30, 2005 | Motion For Entry Of An Order Enforcing The Automatic Stay And Directing Certain Insurance Companies To Dismiss Their Recent Motion Seeking Adjudication Of Plan Confirmation Issues In California State Court |
| 5. | 7504 | October 14, 2005 | Certain Insurers' Objection To Motion For Entry Of An Order Enforcing The Automatic Stay And Directing Certain Insurance Companies To Dismiss Their Recent Motion Seeking Adjudication Of Plan Confirmation Issues In California State Court |
| 6. | 7659 | November 7, 2005 | Motion for Entry of Stipulation and Agreed Order Regarding Plan Modifications and Potential Confirmation Objections by Certain Insurance Companies |
| 7. | 7718 | November 14, 2005 | Agreed Order Regarding Plan Modifications and Potential Confirmation Objections by Certain Insurance Companies |

| Tab No. | Bankr. Case Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 8. | 7839 | December 2, 2005 | Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies |
| 9. | 7843 | December 2, 2005 | Certain Insurers' Amended Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies |
| 10. | 7834 | December 2, 2005 | Insurers' Objections To Confirmation Regarding The Inadequate Contributions By The Debtors To The Asbestos Pi Trust That Fail To Satisfy The Minimum Requirements Of Bankruptcy Code Section 524(g) |
| 11. | 7840 | December 2, 2005 | Joinder Of Republic Indemnity Company And Transport Insurance Company (f/k/a Transport Indemnity Company) Into Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And Additional And Supplemental Arguments Related Thereto |
| 12. | 7851 | December 5, 2005 | Joinder In Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies Filed by TIG Insurance Company ( as successor by merger to International Insurance Company) |
| 13. | 7962 | December 16, 2005 | Future Silica And CTPV Claimants' Representative's Joinder To Reorganizing Debtors' Response To Certain Insurers' Amended Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies, Republic Indemnity Company And Transport Insurance Company's Additional And Supplemental Arguments Related Thereto, And Any Joinders Thereto |
| 14. | 7961 | December 16, 2005 | Pre-hearing Brief of the Official Committee Of Unsecured Creditors In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 15. | 7966 | December 17, 2005 | Joint Memorandum Of Law Of Reorganizing Debtors And Official Committee Of Asbestos Claimants In Response To Certain Insurers' Objections To Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |

| Tab No. | Bankr. Case Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 16. | 7968 | December 17, 2005 | Joinder Of Martin J. Murphy, The Legal Representative For Future Asbestos Claimants, To The Joint Memorandum Of Law Of Reorganized Debtors And Official Committee Of Asbestos Claimants In Response To Certain Insurers' Objections To Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 17. | 8058 | January 3, 2006 | Certain Insurers' Reply In Further Support Of Their Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And In Response To The Joint Memorandum Of The Reorganizing Debtors And Official Committee Of Asbestos Claimants |
| 18. | 8060 | January 3, 2006 | Insurers' Section 524(g) Reply Brief To Plan Proponents' Briefs In Support Of The Second Amended Joint Plan Of Reorganization |
| 19. | 8057 | January 3, 2006 | Reply Of Excess Insurers In Support Of Limited Objection |
| 20. | 8063 | January 3, 2006 | Declaration Of Anne M. Ferazzi |
| 21. | 8065 | January 3, 2006 | Affidavit of Martin J. Murphy In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 22. | 8066 | January 3, 2006 | Declaration of Edward F. Houff In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 23. | 8067 | January 3, 2006 | Declaration of Blake O'Dowd In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 24. | 8135 | January 13, 2006 | Transcript of Hearing Held On January 9,2006 Before The Honorable Judith K. Fitzgerald |
| 25. | 8225 | February 6, 2006 | Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |

| Tab No. | Bankr. Case Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 26. | 8226 | February 6, 2006 | Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 27. | 8264 | February 15, 2006 | Notice of Appeal Filed by TIG Insurance Company ( as successor by merger to International Insurance Company) |
| 28. | 8272 | February 15, 2006 | Notice of Appeal Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company |
| 29. | 8273 | February 15, 2006 | Notice of Appeal of Certain Insurers to Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified. Filed by ACE Property & Casualty Company, Central National Insurance Company of Omaha, Century Indemnity Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific Employers Insurance Company |
| 30. | 8276 | February 15, 2006 | Notice of Appeal By Transport Insurance Company (f/k/a Transport Indemnity Company) Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 31. | 8277 | February 15, 2006 | Notice of Appeal By Republic Indemnity Company Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified. |
| 32. | 8278 | February 15, 2006 | Notice of Appeal By First State Insurance Company, Hartford Accident And Indemnity Company, New England Reinsurance Corporation And Nutmeg Insurance Company Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified. |

| Tab No. | Bankr. Case Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 33. | 8283 | February 15, 2006 | Notice of Appeal (Ap.#06-24) of AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and New Hampshire Insurance Company of Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, As Modified |

| Tab No. | District Docket No. | Filing / Entry Date | Document Name |
|---|---|---|---|
| 34. | 8 | March 29, 2006 | MEMORANDUM ORDER that (1) the Joint Motion of Debtors and Debtors in Possession and Their Principal Creditor Constituencies For Consolidation Of Appeals is GRANTED; (2) All of the above-captioned appeals shall be consolidated into Miscellaneous Case No. 06-41. All filings in those actions, after the date of this Order, shall use the caption below: ; (3) The Court will consider and decide the matter of waiver of mediation requirement and expedited hearing by separate Order |
| 35. | 11 | April 3, 2006 | MEMORANDUM ORDER that (1) Joint Motion of Debtors For Waiver Of Mediation Requirement (D.I. 5-2) is GRANTED; (2) Joint Motion Of Debtors For An Expedited Hearing On Confirmation Findings and Confirmation Order (D.I. 5-3) is DENIED; (3) In lieu of formal briefing, the parties shall submit memoranda on the issues presented in these consolidated cases on the following schedule: (a) Opening Memoranda shall be due ten (10) days from the date of this Order; (b) Answering Memoranda shall be due ten (10) days after the filing of the Opening Memoranda; (c) Any Reply Memoranda shall be due five (5) days after the filing of the Answering Memoranda; (d) A hearing will be held on May 11, 2006, at 12:30 p.m. in Courtroom 4B |
| 36. | 17 | April 17, 2006 | Appellant Brief Regarding Appeal and Request for De Novo Review of Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies filed by TIG Insurance Company, Columbia Casualty Insurance Company, Transcontinental Insurance Co., Harbor Insurance Co, Continental Insurance Company |
| 37. | 18 | April 17, 2006 | Appellant Brief of Appellants, Century Indemnity Company (Successor to Cigna Specialty Insurance Company, f/k/a Union Insurance Company, and Successor to CCI Insurance Company, |

|     |     |                  | Successor to Insurance Company of North America, and as Administrative Agent of Former Members of Afia, Including St. Paul Mercury Insurance Company); Ace Property & Casualty Company (f/k/a Cigna Property & Casualty Company, f/k/a Aetna Insurance Company); Industrial Indemnity Company; Industrial Underwriters Insurance Company; Pacific Employers Insurance Company; and Central National Insurance Company of Omaha, by and Through Cravens, Dargen and Company, Managing General Agent filed by Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific Employers Insurance Company, Central National Insurance Company of Omaha, Century Indemnity Company, Ace Property & Casualty Company |
| --- | --- | ---------------- | --- |
| 38. | 20  | April 17, 2006   | Memorandum Of First State Insurance Company, Hartford Accident And Indemnity Company, New England Reinsurance Corporation And Nutmeg Insurance Company filed by First State Insurance Company, Hartford Accident and Indemnity Company, New England Reinsurance Corporation and Nutmeg Insurance Company |
| 39. | 22  | April 17, 2006   | Appellant Brief of Appellants, Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) filed by Transport Insurance Company, Republic Indemnity Company. |
| 40. | 24  | April 20, 2006   | Memorandum Of AIU Insurance Co., Granite State Insurance Co., Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittrsburgh, P.A., and New Hampshire Insurance Company |
| 41. | 32  | May 1, 2006      | Appellee's BRIEF by Anne M. Ferazzi, Future Silica Claimants Representative |
| 42. | 33  | May 1, 2006      | Appellee Brief of Reorganizing Debtors and Their Principal Creditor Constituencies filed by Kaiser Aluminum Corp. re [20] Memorandum, [22] Appellant Brief, [18] Appellant Brief |
| 43. | 45  | May 8, 2006      | Appellant's Reply Brief of Appellants, Century Indemnity Company (Successor to Cigna Specialty Insurance Company, Formerly Known As California Union Insurance Company, and Successor to CCI Insurance Company, Successor to Insurance Company of North America, and as Administrative Agent of Former Members of AFIA, Including St. Paul Mercury Insurance Company); Ace Property & Casualty Company (Formerly Known As Cigna Property & Casualty Company, Formerly Known As Aetna Insurance Company); Industrial Indemnity Company; Industrial Underwriters Insurance Company; Pacific Employers Insurance Company; and Central National Insurance Company of Omaha, by and through Cravens, Dargen and Company, Managing General Agent filed by Industrial Indemnity Company, |

|  |  |  | Industrial Underwriters Insurance Company, Pacific Employers Insurance Company, Central National Insurance Company of Omaha, Century Indemnity Company, Ace Property & Casualty Company. |
|---|---|---|---|
| 44. | 46 | May 8, 2006 | Reply Memorandum re [17] Appellant Brief Regarding Appeal and Request for De Novo Review of Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies filed by Columbia Casualty Insurance Company, Transcontinental Insurance Co., Harbor Insurance Co, Continental Insurance Company, and TIG Insurance Company |
| 45. | 47 | May 8, 2006 | Appellant's Reply Brief by Transport Insurance Company, Republic Indemnity Company |
| 46. | 57 | May 11, 2006 | Memorandum Opinion re: D.I. [58] |
| 47. | 58 | May 11, 2006 | ORDER that (1) The February 6, 2006 Order of the Bankruptcy Court confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified (the "Confirmation Order") (Bankr. No. 8225) is AFFIRMED. (2) The Findings of Fact & Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified (Bankr. Docket No. 8226) issued by the Bankruptcy Court on February 6, 2006 are ADOPTED. |
| 48. | 63 | May 12, 2006 | TRANSCRIPT of Hearing held on 05/11/06 before Judge Farnan, Jr. |
| 49. | 67 | June 8, 2006 | NOTICE OF APPEAL to the Third Circuit filed by TIG Insurance Company. |

II.     **Statement Of Issues On Appeal.**

1.      Did the District Court err in affirming the Bankruptcy Court's order concluding that 11 U.S.C. § 1123(a)(5) empowers a debtor in possession to assign its insurance contracts to a trust established pursuant to 11 U.S.C. § 524(g) pursuant to a Chapter 11 plan of reorganization, notwithstanding the anti-assignment clauses contained in such contracts or applicable nonbankruptcy law?

2.      Did the District Court err in affirming the Bankruptcy Court's order concluding that 11 U.S.C. § 1123(a)(5) preempts applicable non-bankruptcy law regarding assignment of insurance contracts.

Dated:  June 19, 2006

Respectfully submitted,

By:     */s/ Michael Gallerizzo*
        Michael G. Gallerizzo (#4550)
        Gebhardt & Smith LLP
        901 Market Street, Suite 451
        Wilmington, DE  19801
        302-656-9002
        302-429-5953
        mgall@gebsmith.com


        Harry Lee
        John F. O'Connor
        George R. Calhoun, V
        Steptoe & Johnson, LLP
        1330 Connecticut Ave., NW
        Washington, DC 20036
        202-429-3000


        **Counsel for TIG Insurance Company**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Bankruptcy Case No. 02-10429 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| KAISER ALUMINUM CORP., et al., | ) | Misc. Case No. 06-041 (JJF) |
| | ) | |
| Debtors. | ) | |

**CERTIFICATE OF SERVICE OF TIG INSURANCE COMPANY'S
DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND STATEMENT
OF ISSUES ON APPEAL AND TRANSCRIPT PURCHASE ORDER**

I, Michael G. Gallerizzo, Esquire, hereby certify that on June 19th, 2006, I caused a copy of (1) TIG Insurance Company's Designation of Items for Record on Appeal and Statement of Issues on Appeal, and (2) a Transcript Purchase Order on behalf of TIG Insurance Company, to be served on the parties set forth on the attached service list by first class mail, postage pre-paid.

                              GEBHARDT & SMITH LLP

                              By:   */s/ Michael Gallerizzo*
                                    Michael G. Gallerizzo (#4550)
                                    Gebhardt & Smith LLP
                                    901 Market Street, Suite 451
                                    Wilmington, DE  19801
                                    302-656-9002
                                    302-429-5953 (facsimile)
                                    mgall@gebsmith.com

**SERVICE LIST**

| | |
|---|---|
| Edward F. Houff, Esq.<br>c/o Lynn Stewart & Tammy Nero<br>Kaiser Aluminum Corporation<br>5847 San Felipe – Suite 2400<br>Houston, TX 77057<br>E-mail: lynn.stewart@kaiseral.com<br>E-mail: tammy.nero@kaiseral.com<br>(Debtors) | Lisa Beckerman, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>590 Madison Avenue<br>New York, NY 10022<br>E-mail: lbeckerman@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Gregory M. Gordon, Esq.<br>Daniel P. Winikka, Esq.<br>Nick Bowen, Esq.<br>Jones Day<br>2727 North Harwood St.<br>Dallas, TX 75201<br>E-Mail: gmgordon@jonesday.com<br>E-Mail: dpwinikka@jonesday.com<br>E-Mail: mbowen@jonesday.com<br>(Outside Counsel to Debtors) | Brian A. Kilmer, Esq.<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>1111 Louisiana – 44th Fl.<br>Houston, TX 77002<br>E-Mail: bkilmer@akingump.com<br>(Outside Counsel to Official Committee of Unsecured Creditors) |
| Daniel J. DeFranceschi, Esq.<br>Kimberly D. Newmarch, Esq.<br>Richard, Layton & Finger, PA<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>E-mail: defranceschi@rlf.com<br>E-mail: newmarch@rlf.com<br>(Delaware Counsel to Debtors) | William P. Bowden, Esq.<br>Ashby & Geddes<br>222 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>E-Mail: wbowden@ashby-geddes.com<br>(Delaware Counsel to Official Committee of Unsecured Creditors) |
| Elizabeth J. Futrell, Esq.<br>Aimee M. Quirk, Esq.<br>Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.<br>201 St. Charles Ave.<br>New Orleans, LA 70170<br>Telephone: (504) 582-8000<br>Facsimile: (504) 582-8011<br>E-Mail: efutrell@joneswalker.com<br>(Counsel for J.P. Morgan Trust Company, National Association, Successor to Bank One Trust Company, N.A., as Indenture Trustee) | Anthony Callaghan, Esq.<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One River Front Plaza<br>Newark, NJ 07102<br>Telephone: (973) 596-4500<br>E-Mail: acallaghan@gibbonslaw.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |

| | |
|---|---|
| Michael B. Joseph, Esq.<br>Theodore J. Tacconelli, Esq.<br>Ferry, Joseph & Pearce, P.A.<br>824 Market St., Suite 904<br>Wilmington, DE 19899<br>Telephone: (302) 575-1555<br>Facsimile: (302) 575-1714<br>E-Mail: ttacconelli@ferryjoseph.com<br>         mjoseph@ferryjoseph.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) | Clark T. Whitmore, Esq.<br>Alain M. Baudry, Esq.<br>Christina A. Smith, Esq.<br>Maslon, Edelman, Borman & Brand, LLP<br>3300 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402-4140<br>Telephone: (612) 672-8335<br>Facsimile: (612) 642-8335<br>E-mail: alain.baudry@maslon.com<br>        clark.whitmore@maslon.com<br>(Counsel for U.S. Bank National Association, as Indenture Trustee) |
| Karen C. Bifferato, Esq.<br>Marc J. Phillips, Esq.<br>Connolly Bove Lodge & Hutz, LLP<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801<br>Telephone: (302) 658-9141<br>Facsimile: (302) 658-5614<br>E-mail: Kbifferato@cblh.com<br>        mphillips@cblh.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | George A. Davis, Esq.<br>Diane Harvey, Esq.<br>Weil, Gotshal & Manges LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007<br>E-mail: diane.harvey@weil.com<br>        george.davis@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) |
| Christine P. Hsu, Esq.<br>Weil, Gotshal & Manges LLP<br>1501 K Street NW – Suite 100<br>Washington, DC 20005<br>Telephone: (202) 682-7000<br>Facsimile: (202) 857-0940<br>E-mail: Chsu@weil.com<br>(Counsel for Ad Hoc Group of Senior Note Holders) | Carl N. Kunz, III, Esq.<br>Morris, James Hitchens & Williams LLP<br>222 Delaware Ave. – 10th Fl.<br>Wilmington, DE 19801<br>Telephone: (302) 888-6811<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |

| | |
|---|---|
| Harold L. Kaplan, Esq.<br>Mark F. Hebbeln, Esq.<br>Gardner Carton & Douglas LLP<br>191 North Wacker Drive – Suite 3700<br>Chicago, IL 60606-1698<br>Telephone: (312) 569-1000<br>Facsimile: (312) 569-3000<br>E-mail: hkaplan@gcd.com<br>E-Mail: mhebbeln@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) | Kristin K. Going, Esq.<br>Gardner Carton & Douglas LLP<br>1301 K Street, N.W.<br>Suite 900, East Tower<br>Washington, DC 20005<br>Telephone: (202) 230-5177<br>Facsimile: (202) 230-5377<br>E-mail: kgoing@gcd.com<br>(Counsel to Deutsche Bank Trust Company, National Association, as Successor Trustee for 9-7/8% Notes) |
| Duane D. Werb, Esq.<br>Jennifer H. Unhoch, Esq.<br>Werb & Sullivan<br>300 Delaware Ave. – 13th Fl.<br>P.O. Box 25046<br>Wilmington, DE 19899<br>Telephone: (302) 652-1100<br>Facsimile: (302) 652-1111<br>E-mail: dwerb@werbsullivan.com<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) | Isaac M. Pachulski, Esq.<br>K. John Shaffer, Esq.<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>(Counsel to Liverpool) |
| David J. Baldwin, Esq.<br>Laurie Selber Silverstein, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19899-0951<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>(Counsel to Liverpool) | Brad A. Berish, Esq.<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604<br>Telephone: (312) 435-1050<br>Facsimile (312) 435-1059<br>(Counsel to Allstate Insurance Company) |

| | |
|---|---|
| Peter B. Ackerman, Esq.<br>Coudert Brothers LLP<br>333 South Hope Street<br>Los Angeles, CA 90071<br>(Counsel to London Market Insurers) | James L. Eggeman, Esq.<br>Pension Benefit Guaranty Corporation<br>Office of General Counsel<br>1200 K Street, N.W., Suite 340<br>Washington, D.C. 20005-4026<br>Telephone: (202) 326-4020 (Ext. 6833)<br>Facsimile: (202) 326-4112<br>(Counsel to Pension Benefit Guaranty Corporation) |
| Leonard P. Goldberger<br>White and Williams LLP<br>1800 One Liberty Place<br>Philadelphia, PA 19103-7395<br>Telephone: (215) 864-7000<br>Facsimile: (215) 864-7123<br>(Counsel to Century Indemnity Company) | Sharon M. Zieg<br>Donald Brown<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>P.O. Box 391<br>Wilmington, DE 19899<br>Telephone: (302) 571-6600<br>Facsimile: (302) 576-3350<br>E-mail: bankruptcy@ycst.com<br>(Counsel to Asbestos Futures Representative) |
| Mark T. Hurford<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br>Facsimile: (302) 426-9947<br>E-mail: cl@camlev.com<br>(Counsel to Asbestos Creditors Committee) | Richard Chesley<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601<br>(Outside Counsel to Debtors) |

| | |
|---|---|
| David M. Klauder<br>Trial Attorney<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br>Facsimile: (302) 573-6497<br>(Office of the United States Trustee) | Ronald E. Reinsel<br>Caplin & Drysdale<br>One Thomas Circle, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 862-5000<br>Facsimile: (202) 429-3301<br>(Counsel to Personal Injury Committee) |
| Peter C. D'Apice<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201-2689<br>Telephone: (214) 969-4900<br>Facsimile: (214) 969-4999<br>(Counsel to Silica Future Claimants' Representative) | Evans Wohlforth<br>David N. Crapo<br>Gibbons, Del Deo, Dolan, Griffinger & Vecchione<br>One Riverfront Plaza<br>Newark, NJ 07102<br>(Co-Counsel for Bear, Stearns & Co., Inc., Citadel Equity Fund Ltd. and Citadel Credit Trading Ltd.) |
| Marc S. Casarino<br>White and Williams LLP<br>824 N. Market St., Suite 902<br>P.O. Box 709<br>Wilmington, DE 19899-0709<br>Telephone: (302) 467-4520<br>(Counsel To ACE Insurance Company) | Michael S. Davis, Esq.<br>Jantra Van Roy, Esq.<br>ZEICHNER ELLMAN & KRAUSE LLP<br>575 Lexington Avenue<br>New York, New York  10022<br>Telephone:  212-826-5300<br>Facsimile:  212-753-0396<br>(Counsel for AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, Pa., and New Hampshire Insurance Company) |

| | |
|---|---|
| Carmella P. Keener<br>Rosenthal, Monhait, Gross & Goddess<br>Citizens Bank Center, Suite 1401<br>P.O. Box 1070<br>Wilmington, DE 19899-1070<br><br>David C. Christian II<br>Seyfarth Shaw LLP<br>55 East Monroe Street, Suite 4200<br>Chicago, Illinois 60603<br>Telephone:  312-269-8833<br>Facsimile:  312-269-8869<br>dchristian@seyfarth.com<br>(Counsel for Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company) | Andrew R. McCloskey<br>Riedl, McCloskey & Waring LLP<br>550 West "C" Street, Suite 500<br>San Diego, CA 92101<br>Telephone:  (619) 237-3095<br>Facsimile:  (619) 237-3789<br> (Counsel for Westport Insurance Corporation, f/k/a Puritan Insurance Company, f/k/a The Manhattan Fire & Marine Insurance Company) |
| Richard W. Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801<br>Telephone: (302) 657-4928<br>Facsimile: (302) 657-4901<br>E-mail: rwriley@duanemorris.com<br>(Counsel for Republic Indemnity Company and Transport Insurance Company) | |