IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION, a Delaware corporation, et al. | Jointly Administered Under<br>Bankruptcy Case No. 02-10429 (JKF)<br>Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al. | Case No. 06-mc-41 (JJF) |

**REPUBLIC INDEMNITY COMPANY AND TRANSPORT INSURANCE COMPANY'S (F/K/A TRANSPORT INDEMNITY COMPANY) DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL**

Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company (collectively, "Appellants"), by and through their undersigned attorneys, and pursuant to Rule 6(b)(2)(B) of the Federal Rules of Appellate Procedure, hereby designate the items to be included in the record and set forth the statement of issues on their appeal from the Order of the United States District Court for the District of Delaware (Fullam, J.) entered on May 11, 2006 (Docket No. 58) and the accompanying Memorandum Decision (Docket No. 57) that (i) affirmed the February 6, 2006 Order of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified (Bankr. Docket No. 8225) and (ii) adopted the Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified (Bankr. Docket No. 8226) issued by the Bankruptcy Court on February 6, 2006.

I.  **Designation Of Items For Record On Appeal.**

   A.  **Items Entered on the Bankruptcy Court's Docket**

The following items (including any and all exhibits and attachments) entered on the Bankruptcy Court's docket in Bankruptcy Case No. 02-10429 (JFK), which were designated and transmitted to the District Court as part of the record on appeal, are hereby designated as items to be included in the record on appeal to the Third Circuit Court of Appeals.

| Bankruptcy Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 7311 | 9/7/05 | Disclosure Statement to the Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates |
| 7312 | 9/7/05 | Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates |
| 7320 | 9/8/05 | Order (A) Approving Proposed Disclosure Statement, (B) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Proposed Joint Plan Of Reorganization And (C) Scheduling A Hearing On Confirmation Of Proposed Joint Plan Of Reorganization And Approving Related Notice Procedures |
| 7460 | 9/30/05 | Motion For Entry Of An Order Enforcing The Automatic Stay And Directing Certain Insurance Companies To Dismiss A Recently Filed Motion Seeking Adjudication Of Plan Confirmation Issues Insurance Coverage Litigation Pending In California State Court, Filed by Kaiser Aluminum Corporation |
| 7504 | 10/14/05 | Objection to Certain Insurers' Objection to Motion for Entry of an Order Enforcing the Automatic Stay and Directing Certain Insurance Companies to Dismiss their Recent Motion Seeking Adjudication of Plan Confirmation Issues in California State Court, Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company and Other Insurers |
| 7659 | 11/7/05 | Motion of Certain Debtors and Debtors in Possession for Entry of Stipulation and Agreed Order Regarding Plan Modifications and Potential Confirmation Objections By Certain Insurance Companies Filed by Kaiser Aluminum Corporation |

| Bankruptcy Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 7718 | 11/14/05 | Order Approving Stipulation and Agreed Order Regarding Plan Modifications and Potential Confirmation Objections by Certain Insurance Companies, |
| 7834 | 12/2/05 | Objection to Confirmation Regarding the Inadequate Contributions by the Debtors to the Asbestos PI Trust That Fail to Satisfy the Minimum Requirements of the Bankruptcy Code Section 524(g), Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company and Other Insurers |
| 7836 | 12/2/05 | Objection to Confirmation of Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, and Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, Filed by ACE Property & Casualty Company, Central National Insurance Company of Omaha, Century Indemnity Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific Employers Insurance Company |
| 7839 | 12/2/05 | Certain Insurers' Objection To The Alleged Statutory Preemption of Insurers' Rights And Debtors' Obligations Under Insurance Policies, Filed by AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company |
| 7840 | 12/2/05 | Joinder Of Republic Indemnity Company And Transport Insurance Company (f/k/a Transport Indemnity Company) Into Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And Additional And Supplemental Arguments Related Thereto, Filed by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |
| 7843 | 12/2/05 | CORRECTED Certain Insurers' Objection to the Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies, Filed by AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company |
| 7847 | 12/5/05 | Joinder in Certain Insurer's Plan Objections Filed by Hartford Accident & Indemnity Company, First State Insurance Company, New England Reinsurance Corporation and Nutmeg Insurance Company |

| Bankruptcy Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 7851 | 12/5/05 | Joinder In Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies, Filed by TIG Insurance Company ( as successor by merger to International Insurance Company) |
| 7961 | 12/16/05 | Pre-hearing Brief of the Official Committee Of Unsecured Creditors In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum &Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 7962 | 12/16/05 | Joinder of the Future Silica and CTPV Claimants' Representative to Reorganizing Debtors' Response to Certain Insurers' Amended Objection to the Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies, Republic Indemnity Company and Transport Insurance Company's Additional and Supplemental Arguments Related Thereto, and Any Joinders Thereto, Filed by Future Silica Claimants' Representative |
| 7966 | 12/17/05 | Memorandum of Law of Reorganized Debtors and Official Committee of Asbestos Claimants in Response to Certain Insurers' Objections to Confirmation of the Second Amended Joint Plan of Reorganization as Modified, Filed by Kaiser Aluminum Corporation, Official Committee of Asbestos Claimants |
| 7967 | 12/17/05 | Memorandum of Law of Reorganizing Debtors (A) in Support of Confirmation of the Second Amended Joint Plan of Reorganization as Modified, (B) in Response to Pending Objections Thereto and (C) Requesting Authorization to Make Plan Modifications, Filed by Kaiser Aluminum Corporation |
| 7968 | 12/17/05 | Joinder to Joint Memorandum of Law of Reorganized Debtors and Official Committee of Asbestos Claimants in Response to Certain Insurers' Objections to Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified Re Docket No. 7966, Filed by Martin J. Murphy |
| 8046 | 12/30/05 | Joinder Into Certain Insurers' Amended Objection to the Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies, Filed by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |
| 8057 | 1/3/06 | Reply Of Excess Insurers In Support Of Limited Objection, Filed by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |

| Bankruptcy Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 8058 | 1/3/06 | Reply of Certain Insurers In Further Support Of Their Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And In Response To The Joint Memorandum Of The Reorganizing Debtors And Official Committee Of Asbestos Claimants, Filed by AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company |
| 8060 | 1/3/06 | Reply Brief To Plan Proponents' Briefs In Support Of The Second Amended Joint Plan Of Reorganization, Re Docket Nos 7961, 7966, Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company and Other Insurers |
| 8063 | 1/3/06 | Declaration Of Anne M. Ferazzi, Representative |
| 8065 | 1/3/06 | Affidavit in Support of Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates as of September 7, 2005, as Amended Through January 3, 2006, Filed by Martin J. Murphy |
| 8066 | 1/3/06 | Declaration of Edward F. Houff in Support of Confirmation of Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code |
| 8067 | 1/3/06 | Declaration of Blake O'Dowd In Support Of Confirmation Of The Second Amended Joint Plan Of Reorganization |
| 8135 | 1/13/06 | Transcript of Hearing Held On January 9, 2006 Before The Honorable Judith K. Fitzgerald |
| 8225 | 2/6/06 | Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 8226 | 2/6/06 | Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 8264 | 2/15/06 | Notice of Appeal Filed by TIG Insurance Company (as successor by merger to International Insurance Company) |
| 8272 | 2/15/06 | Notice of Appeal Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company |

| Bankruptcy Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 8273 | 2/15/06 | Notice of Appeal of Certain Insurers to Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified. Filed by ACE Property & Casualty Company, Central National Insurance Company of Omaha, Century Indemnity Company, Industrial Indemnity Company, Industrial Underwriters Insurance Company, Pacific Employers Insurance Company |
| 8276 | 2/15/06 | Notice of Appeal By Transport Insurance Company (f/k/a Transport Indemnity Company) Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 8277 | 2/15/06 | Notice of Appeal By Republic Indemnity Company Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 8278 | 2/15/06 | Notice of Appeal By First State Insurance Company, Hartford Accident And Indemnity Company, New England Reinsurance Corporation And Nutmeg Insurance Company Of Order Confirming The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified. |
| 8283 | 2/15/06 | Notice of Appeal of AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and New Hampshire Insurance Company of Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, As Modified |
| 8293 | 2/16/06 | Motion to Allow for De Novo Review of Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified, Filed by Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company and Continental Insurance Company |

| Bankruptcy Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 8295 | 2/16/06 | Joinder of AIU Insurance Company, Granite State Insurance Company, Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., and New Hampshire Insurance Company in Request by Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, and Continental Insurance Company for De Novo Review of Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of their Debtor Affiliates, as Modified |
| 8296 | 2/16/06 | Joinder Filed by TIG Insurance Company (as successor by merger to International Insurance Company) |
| 8297 | 2/16/06 | Joinder Of Certain Insurers In Request By Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, And Continental Insurance Company For De Novo Review Of Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified Filed By Ace Companies |
| 8298 | 2/16/06 | Request By First State Insurance Company, Hartford Accident And Indemnity Company, New England Reinsurance Corporation And Nutmeg Insurance Company For De Novo Review Of Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |
| 8299 | 2/16/06 | Request By Republic Indemnity Company And Transport Insurance Company (f/k/a Transport Indemnity Company) For De Novo Review Of Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified |

B.  **Items Entered on the District Court's Docket**

1.  **Items Entered in Miscellaneous Case No. 06-41**

The following items (including any and all attachments) entered on the District Court's docket in Miscellaneous Case No. 06-41 are hereby designated as items to be included in the record on appeal to the Third Circuit Court of Appeals.

| District Court Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 1 | 3/8/06 | Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified |
| 2 | 3/8/06 | Certification of Counsel Regarding Proposed (I) Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified and (II) Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates as Modified - filed by Kaiser Aluminum Corp. |
| 3 | 3/8/06 | Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code for the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. |
| 5 | 3/17/06 | Joint Motion of Debtors and Debtors in Possession and Their Principal Creditor Constituencies for Consolidation of Appeals, for Waiver of Mediation Requirement and for an Expedited Hearing on Confirmation Findings and Confirmation Order |
| 7 | 3/27/06 | Joint Response of Certain Insurers to Joint Motion of Debtors and Debtors in Possession and Their Principal Creditor Constituencies for Consolidation of Appeals, for Waiver of Mediation Requirement and for an Expedited Hearing on Confirmation Findings and Confirmation Order |
| 8 | 3/29/06 | Memorandum Order |
| 10 | 3/29/06 | Joint Reply of Debtors and Debtors in Possession and Their Principal Creditor Constituencies to Joint Response of Certain Insurers to Joint Motion for Consolidation of Appeals, for Waiver of Mediation Requirement and for an Expedited Hearing on Confirmation Findings and Confirmation Order |
| 11 | 4/3/06 | Memorandum Order |

| District Court Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 17 | 4/17/06 | Opening Memorandum of Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company, and TIG Insurance Company, as Successor by Mergers with International Surplus Lines Insurance Company, Regarding Appeal and Request for *De Novo* Review of Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies |
| 18 | 4/17/06 | Opening Memorandum of Appellants, Century Indemnity Company (Successor to Cigna Specialty Insurance Company, formerly known as California Union Insurance Company, and Successor to CCI Insurance Company, Successor to Insurance Company of North America, and as Administrative Agent of Former Members of Afia, Including St. Paul Mercury Insurance Company); Ace Property & Casualty Company (f/k/a Cigna Property & Casualty Company, f/k/a Aetna Insurance Company); Industrial Indemnity Company; Industrial Underwriters Insurance Company; Pacific Employers Insurance Company; and Central National Insurance Company of Omaha, by and Through Cravens, Dargen and Company, Managing General Agent |
| 19 | 4/17/06 | Appendix to Opening Memorandum of Appellants, Century Indemnity Company (Successor to Cigna Specialty Insurance Company, Formerly Known as California Union Insurance Company, and Successor to CCI Insurance Company, Successor to Insurance Company of North America, and as Administrative Agent of Former Members of AFIA, Including St. Paul Mercury Insurance Company); Ace Property and Casualty Company (Formerly Known as Cigna Property & Casualty Company, Formerly Known as Aetna Insurance Company); Industrial Indemnity Company; Industrial Underwriters Insurance Company; Pacific Employers Insurance Company; and Central National Insurance Company of Omaha, by and Through Cravens, Dargen and Company, Managing General Agent |
| 20 | 4/17/06 | Memorandum of First State Insurance Company, Hartford Accident and Indemnity Company, New England Reinsurance Corporation and Nutmeg Insurance Company |
| 22 | 4/17/06 | Memorandum of Appellants, Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |

| District Court Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 24 | 4/20/06 | Memorandum of AIU Insurance Co., Granite State Insurance Co., Insurance Company of the State of Pennsylvania, Landmark Insurance Company, Lexington Insurance Company, National Union Fire Insurance Company of Pittsburgh, P.A., and New Hampshire Insurance Company. |
| 32 | 5/01/06 | Future Silica and CTPV Claimants' representative's Appellate Memorandum in Response to the Memoranda of the Appellant Insurers, and in Joinder to the Joint Answering Memorandum of Reorganizing Debtors and Their Principal Creditor Constituencies |
| 33 | 5/01/06 | Joint Answering Memorandum of Reorganizing Debtors and Their Principal Creditor Constituencies |
| 45 | 5/08/06 | Reply Memorandum of Appellants, Century Indemnity Company (Successor to Cigna Specialty Insurance Company, Formerly Known as California Union Insurance Company, and Successor to CCI Insurance Company, Successor to Insurance Company of North America, and as Administrative Agent of Former Members of AFIA, Including St. Paul Mercury Insurance Company); Ace Property & Casualty Company (Formerly Known as Cigna Property & Casualty Company, Formerly Known as Aetna Insurance Company); Industrial Indemnity Company; Industrial Underwriters Insurance Company; Pacific Employers Insurance Company; and Central National Insurance Company of Omaha, by and through Cravens, Dargen and Company, Managing General Agent |
| 46 | 5/08/06 | Reply Memorandum of Columbia Casualty Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company, and TIG Insurance Company, as Successor by Mergers with International Surplus Lines Insurance Company, Regarding Appeal and Request for *De Novo* review of Alleged Statutory Preemption of Insurers' Rights and Debtors' Obligations Under Insurance Policies. |
| 47 | 5/08/06 | Reply of Appellants Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |
| 57 | 5/11/06 | Memorandum Opinion |
| 58 | 5/11/06 | Order |
| 63 | 5/11/06 | Transcript of Hearing held on 5/11/06 before Judge Farnan, Jr. |
| 67 | 6/08/06 | Notice of Appeal to United States Court of Appeals for the Third Circuit by TIG Insurance Company |
| 66 | 6/09/06 | Notice of Appeal to the United States Court of Appeals for the Third Circuit by Columbia Casualty Insurance Company, Transcontinental Insurance Co., Harbor Insurance Co. and Continental Insurance Company |

| District Court Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 68 | 6/09/06 | Notice of Appeal to the United States Court of Appeals for the Third Circuit by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) |
| 75 | 6/19/06 | Designation of Items for Record on Appeal and Statement of Issues on Appeal by TIG Insurance Company |

2.   **Items Entered on Docket in Case No. 06-00173.**

The following items (including any and all exhibits and attachments) entered in Case No. 06-00173 are hereby designated as items to be included in the record on appeal to the Third Circuit Court of Appeals.

| District Court Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 1 | 3/15/06 | Notice of Appeal by Republic Indemnity Company |
| 2 | 3/15/06 | Request by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) for *De Novo* Review of Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified |
| 3 | 3/15/06 | Republic Indemnity Company's Designation of Items for Record on Appeal and Statement and Issues on Appeal |

3. **Items Entered on Docket in Case No. 06-00175.**

The following items (including any and all exhibits and attachments) entered in Case No. 06-00175 are hereby designated as items to be included in the record on appeal to the Third Circuit Court of Appeals.

| District Court Docket No. | Filing / Entry Date | Document Name |
|---|---|---|
| 1 | 3/15/06 | Notice of Appeal by Transport Insurance Company (f/k/a Transport Indemnity Company) |
| 2 | 3/15/06 | Request by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company) for *De Novo* Review of Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates, as Modified |
| 3 | 3/15/06 | Transport Insurance Company's (f/k/a Transport Indemnity Company) Designation of Items for Record on Appeal and Statement and Issues on Appeal |

II. **Statement Of Issues On Appeal.**

These Appellants state the following issues on this appeal:

1. Whether, under the Bankruptcy Code as a matter of law, the assignment of insurance "rights" contained in Debtors' Chapter 11 plan of reorganization ("Plan") is valid and enforceable against insurers even though (a) insurers did not consent to the assignment and (b) the insurance contracts contain provisions, enforceable under applicable state law, which prohibit Debtors from assigning any insurance rights without the consent of insurers.

2. Whether sections 524(g) or 1123(a)(5) of the Bankruptcy Code, 11 U.S.C. §§ 524(g), 1123(a)(5), preempt the "no-assignment-without-insurer-consent" provisions of the insurance contracts.

3. Whether the Third Circuit, in footnote 27 of its *Combustion Engineering* opinion, held that section 1123(a)(5) of the Bankruptcy Code preempts the "no-assignment-without-insurer-consent" provisions of the insurance contracts. *See In re Combustion Engineering, Inc.*, 391 F.3d 190, 219 n.27 (3d Cir. 2004).

4. Whether future insurance "rights" described in Debtors' Plan, that have not yet accrued and may never accrue, may presently be assigned to a third-party trust.

5. Whether the Bankruptcy Court has jurisdiction to approve the Plan's assignment of future insurance "rights" that have not yet accrued and may never accrue.

6. Whether the Bankruptcy Court erred in approving the Plan's assignment of insurance "rights" to a third-party trust.

7. Whether the District Court erred in affirming or adopting the Bankruptcy Court's decisions on these issues.

Dated: June 23, 2006
Wilmington, Delaware

_/s/ Richard W. Riley_
Richard W. Riley (DE I.D. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901

-and-

Mitchell L. Lathrop, Esquire
Bridget K. Moorhead, Esquire
DUANE MORRIS LLP
101 West Broadway Street, 9th Floor
San Diego, CA 92101
Telephone:   (617) 499-2200
Facsimile:    (619) 744-2201

-and-

Russell W. Roten, Esquire
Peter B. Ackerman, Esquire
Jeff D. Kahane, Esquire
DUANE MORRIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone:    (213) 229-2939
Facsimile:    (213) 229.2999

*Counsel for Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company)*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| In re: | : | Jointly Administered Under |
| KAISER ALUMINUM CORPORATION, a Delaware corporation, et al. | : : : | Bankruptcy Case No. 02-10429 (JKF) Chapter 11 |
| KAISER ALUMINUM CORPORATION, et al. | : : | Case No. 06-mc-41 (JJF) |

### CERTIFICATE OF SERVICE

I, Richard W. Riley, certify that I am not less than 18 years of age, and that service of a copy of the **Republic Indemnity Company and Transport Insurance Company's (f/k/a Transport Indemnity Company) Designation Of Items For Record On Appeal And Statement Of Issues On Appeal** was made on June 23, 2006 upon the individuals on the attached service list *via* regular mail.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: June 23, 2006
Wilmington, Delaware

Richard W. Riley (DE I.D. 4052)
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:        rwriley@duanemorris.com

DM3\375780.1

SERVICE LIST

Carmella P. Keener, Esquire
ROSENTHAL MONHAIT & GODDESS P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Mitchell L. Lathrop, Esquire
Bridget K. Moorhead, Esquire
DUANE MORRIS LLP
101 West Broadway Street, 9th Floor
San Diego, CA 92101

Russell W. Roten, Esquire
Jeff D. Kahane, Esquire
DUANE MORRIS LLP
333 South Hope Street
Los Angeles, CA 90071

William P. Bowden, Esquire
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Lisa Beckerman, Esquire
Brian A. Kilmer, Esquire
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
590 Madison Avenue
New York, NY 10022

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005

Edward F. Houff, Esquire
c/o Lynn Stewart & Tammy Nero
KAISER ALUMINUM CORPORATION
5847 San Felipe, Suite 2400
Houston, TX 77057

Daniel J. DeFranceschi, Esquire
Kimberly D. Newmarch, Esquire
RICHARD, LAYTON & FINGER, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Gregory M. Gordon, Esquire
Daniel P. Winikka, Esquire
Daniel B. Prieto, Esquire
JONES DAY
2727 North Harwood Street
Dallas, TX 75201

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022

James L. Patton, Jr., Esquire
Edwin J. Harron, Esquire
Sharon M. Zieg, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR
The Brandywine Bldg., 17th Floor
1000 West Street
P.O. Box 391
Wilmington, DE 19899

DM3\373745.1

Daniel K. Hogan, Esquire
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, DE 19806

Steven A. Buxbaum, Esquire
HAYNES AND BOONE, LLP
One Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Rodney L. Eshelman, Esquire
Alison V. Lippa, Esquire
Raymond J. Tittman, Esquire
CARROLL, BURDICK & MCDONOUGH LLP
44 Montgomery Street
San Francisco, CA 94101

Thomas G. Whalen, Jr., Esquire
STEVENS & LEE, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Seth W. Wiener, Esquire
LEBOEUF, LAMB, GREENE & MACRAE LLP
One Embarcadero Center, Suite 400
San Francisco, CA 94111

David M. Ross, Esquire
LEBOEUF, LAMB, GREENE & MACRAE LLP
1875 Connecticut Avenue, N.W., Suite 1200
Washington, DC 20009

Anthony Callaghan, Esquire
Evans Wohlforth, Esquire
David N. Crapo, Esquire
GIBBONS, DEL DEO, DOLAN, GRIFFINGER & VECCHIONE
One River Front Plaza
Newark, NJ 07102

Steven A. Felsenthal, Esquire
Peter C. D'Apice, Esquire
STUTZMAN, BROMBERG, ESSERMAN & PLIFKA
2323 Bryan Street, Suite 2200
Dallas, TX 75201-2689

Kevin Gross, Esquire
ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Lewis S. Rosenbloom, Esquire
David C. Christian, Esquire
Jason J. DeJonker, Esquire
MCDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606

Leonard P. Goldberger, Esquire
STEVENS & LEE, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103

Jared M. Katz, Esquire
LEBOEUF, LAMB, GREENE & MACRAE LLP
725 South Figueroa Street, Suite 3100
Los Angeles, CA 90017

David M. Klauder, Esquire
Trial Attorney
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801

Elizabeth J. Futrell, Esquire
Aimee M. Quirk, Esquire
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.
201 St. Charles Ave.
New Orleans, LA 70170

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
FERRY, JOSEPH & PEARCE, P.A.
824 Market St., Suite 904
Wilmington, DE 19899

Clark T. Whitmore, Esquire
Alain M. Baudry, Esquire
Christina A. Smith, Esquire
MASLON, EDELMAN, BORMAN & BRAND, LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140

Karen C. Bifferato, Esquire
Marc J. Phillips, Esquire
CONNOLLY BOVE LODGE & HUTZ, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

George A. Davis, Esquire
Diane Harvey, Esquire
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Carl N. Kunz, III, Esquire
MORRIS, JAMES HITCHENS & WILLIAMS LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

Christine P. Hsu, Esquire
WEIL, GOTSHAL & MANGES LLP
1501 K Street NW - Suite 100
Washington, DC 20005

Harold L. Kaplan, Esquire
Mark F. Hebbeln, Esquire
GARDNER CARTON & DOUGLAS LLP
191 North Wacker Drive – Suite 3700
Chicago, IL 60606-1698

Kristin K. Going, Esquire
GARDNER CARTON & DOUGLAS LLP
1301 K Street, N.W.
Suite 900, East Tower
Washington, DC 20005

Joanne B. Wills, Esquire
Jennifer L. Scoliard, Esquire
KLEHR, HARRISON, HARVEY,
BRANZBURG & ELLERS LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Duane D. Morse, Esquire
James R. Wrathall, Esquire
WILMER CUTLER PICKERING
HALE AND DORR LLP
2445 M. Street N.W.
Washington, DC 20037

Laurie Schenker Polleck, Esquire
JASPAN SCHLESINGER HOFFMAN LLP
913 Market Street, 12th Floor
Wilmington, DE 19801

Michael S. Davis, Esquire
Jantra Van Roy, Esquire
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, NY 10022

Jason Michael Madron, Esquire
RICHARDS LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

Frederick D. Holden, Esquire
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105

Paul J. Dougherty, III, Esquire
GEBHARDT & SMITH LLP
901 Market Street, Suite 451
Wilmington, DE 19801

Harry Lee, Esquire
John F. O'Connor, Esquire
George R. Calhoun, V, Esquire
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

Carmella P. Keener, Esquire
ROSENTHAL MONHAIT & GODDESS P.A.
919 Market Street, Suite 1401
Wilmington, DE 19801

Brian A. Kilmer, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, TX 75201

DM3\373745.1