IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Jointly Administered Under |
| KAISER ALUMINUM CORPORATION, | : | Bankruptcy Case No. 02-10429 (JKF) |
| a Delaware corporation, et al. | : | Chapter 11 |

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 06-mc-41 (JJF) |
| KAISER ALUMINUM CORPORATION, | : | |
| et al. | : | |

**JOINT DESIGNATION OF REORGANIZING DEBTORS AND THEIR
PRINCIPAL CREDITOR CONSTITUENCIES OF ADDITIONAL ITEMS FOR
RECORD IN CONNECTION WITH INSURER CONFIRMATION APPEALS**

Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and certain of their debtor affiliates (collectively, the "Reorganizing Debtors"),[1] twenty-two of the above-captioned debtors and debtors in possession, the official committee of unsecured creditors (the "Creditors' Committee"), the statutory committee of asbestos claimants (the "Asbestos Committee"), the official committee of retired employees (the "Retirees' Committee"), Martin J. Murphy as legal representative for future asbestos claimants (the "Asbestos Representative") and Anne M. Ferazzi as legal representative for future silica and coal tar pitch volatiles claimants (the "Silica Representative" and collectively with the Reorganizing Debtors, the Creditors' Committee, the Asbestos Committee, the Retirees' Committee and the Asbestos Representative, the "Plan Proponents") hereby submit this joint designation of additional items for transmittal to

---

[1] In addition to Kaiser Aluminum Corporation and KACC, the Reorganizing Debtors include the following entities: Akron Holding Corporation, Kaiser Aluminum & Chemical Investment, Inc., Kaiser Aluminium International, Inc., Kaiser Aluminum Properties, Inc., Kaiser Aluminum Technical Services, Inc., Kaiser Bellwood Corporation, Kaiser Micromill Holdings, LLC, Kaiser Texas Micromill Holdings, LLC, Kaiser Sierra Micromills, LLC, Kaiser Texas Sierra Micromills, LLC, Oxnard Forge Die Company, Inc., Alwis Leasing LLC, Kaiser Center, Inc., KAE Trading, Inc., Kaiser Aluminum & Chemical Investment Limited (Canada), Kaiser Aluminum & Chemical of Canada Limited (Canada), Kaiser Center Properties, Kaiser Export Company and Texada Mines Ltd. (Canada).

the Third Circuit Court of Appeals (the "Third Circuit") in connection with the Third Circuit's review of the May 11, 2006 order of the District Court for the District of Delaware (i) affirming the Bankruptcy Court's Order Confirming the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and certain of their Debtor Affiliates, as Modified and (ii) adopting the Bankruptcy Court's Findings of Fact and Conclusions of Law Regarding Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and certain of their Debtor Affiliates, as Modified (the "Affirmation Order").

On June 6, 2006, certain insurance companies (collectively, the "Insurers")[2] filed notices of appeal of the Affirmation Order. On June 19 and 23, 2006, the Insurers filed their designations of items to be included in the record on their appeals. The Plan Proponents designate the following additional items to be included in the record transmitted to the Third Circuit.

### Designation of Additional Items for Third Circuit Review[3]

1. Docket No. 7329 - Motion to Allow - Certain Insurers' Motion for Access to Exhibits to 2019 Statements. Filed on September 8, 2005.

2. Docket No. 7330 - Motion to Approve - Motion for an Expedited Hearing to Consider Certain Insurers' Motion for Access to Exhibits to 2019 Statements and to Limit Notice Period. Filed on September 8, 2005.

---

[2] The Insurers include the following entities: Columbia Casualty Insurance Company, Transcontinental Insurance Company, Harbor Insurance Company, Continental Insurance Company, Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company), and TIG Insurance Company (as successor by merger to International Surplus Lines Insurance Company).

[3] All items designated herein by the Plan Proponents include all exhibits, attachments or other papers included within each docket entry for such item.

3. Docket No. 7364 - Motion for More Definite Statement Certain Insurers' Motion for More Definite Statement Under Bankruptcy Rules 3020, 7012(e) and 9014 with Respect to the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. Filed on September 16, 2005.

4. Docket No. 7366 - Motion to Approve Motion for an Expedited Hearing to Consider Certain Insurers' Motion for More Definite Statement with Respect to the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, et al. Filed by Allstate Insurance Company f/k/a Northbrook Insurance Company. Filed on September 16, 2005.

5. Docket No. 7369 - Order (MODIFIED) Granting Motion filed on behalf of Certain Insurers for Expedited Hearing on Motion for Access to Exhibits to 2019 Statements. Entered on September 16, 2005.

6. Docket No. 7378 - Order Denying Motion for Expedited Hearing of Certain Insurers' Motion for More Definite Statement as to Debtors' Second Amended Joint Plan of Reorganization. Entered on September 19, 2005.

7. Docket No. 7385 - Omnibus Objection to Silica Personal Injury Claims Filed by Certain Insurers and Filed by St. Paul Fire and Marine Insurance Company. Filed on September 19, 2005.

8. Docket No. 7502 - Joinder Into Certain Insurers' First Substantive Omnibus Objection to Silica Personal Injury Claims (Related to Docket No. 7385) Filed by Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company). Filed on October 14, 2005.

9. Docket No. 7506 - Joint Objection to Certain Insurers' Motion for More Definite Statement Under Bankruptcy Rules 3020, 7012(e) and 9014 with Respect to the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. Filed on October 14, 2005.

10. Docket No. 7507 - Response to Certain Insurers' First Substantive Omnibus Objection to Silica Personal Injury Claims and Objection to Motion of Certain Insurers for an Order Granting Relief From Local Rule 3007-1 to Enable the Certain Insurers to File Omnibus Objection to Silica Personal Injury Claims. Filed on October 14, 2005.

11. Docket No. 7517 - Motion of Debtors and Debtors in Possession to Strike (A) Certain Insurers' First Substantive Omnibus Objection to Silica Personal Injury Claims and (B) Related Motion of Certain Insurers for an Order Granting Relief From Local Rule 3007-1 to Enable the Certain Insurers to File Omnibus Objection to Silica Personal Injury Claims. Filed on October 14, 2005.

    12. Docket No. 7519 - Consolidated Response of Debtors and Debtors in Possession to (A) Certain Insurers' First Substantive Omnibus Objection to Silica Personal Injury Claims and (B) Motion of Certain Insurers for an Order Granting Relief From Local Rule 3007-1 to Enable the Certain Insurers to File Omnibus Objection to Silica Personal Injury Claims. Filed on October 14, 2005.

    13. Docket No. 7521 - Objection of Debtors and Debtors in Possession to Motion of Certain Insurers for More Definite Statement Under Bankruptcy Rules 3020, 7012(e) and 9014 With Respect to the Second Amended Joint Plan. Filed on October 14, 2005.

    14. Docket No. 7538 - Response to the Certain Insurers to the Debtors' Motion to Strike and Other Responses Relating to the Certain Insurers' First Substantive Omnibus Objection to Silica Personal Injury Claims. Filed on October 18, 2005.

    15. Docket No. 7617 - Notice of Filing by Debtors and Debtors in Possession Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates of Certain Exhibits to the Second Amended Joint Plan of Reorganization. Filed on October 28, 2005.

    16. Docket No. 7717 - Scheduling Order Related to Hearing on Confirmation of Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. Entered on November 15, 2005.

    17. Docket No. 7757 - Witness List of the Future Silica and CTPV Claimants' Representative with Respect to the Hearing to Consider Confirmation of the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. Filed on November 18, 2005.

    18. Docket No. 7765 - Notice of Service Fact Witness List of Debtors and Debtors in Possession and Certain of Their Debtor Affiliates in Connection with the Hearing to Consider Confirmation of Their Second Amended Joint Plan of Reorganization Filed by Kaiser Aluminum Corporation. Filed on November 18, 2005.

    19. Docket No. 7812 - Declaration of Kathleen M. Logan Certifying the Methodology for Tabulating Votes on, and the Results of Voting with Respect to, the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. Filed on November 29, 2005.

    20. Docket No. 7832 - Notice of Service Expert Witness List of Unsecured Creditors' Committee in Connection with the Hearing to Consider Confirmation of Their Second Amended Joint Plan of Reorganization. Filed on December 2, 2005.

    21. Docket No. 7964 - Notice of Service of Filing Third Modification to the Second Amended Joint Plan of Reorganization of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation and Certain of Their Debtor Affiliates. Filed on December 16, 2005.

RLF1-3034299-1

-4-

22. Not Docketed - Transcript of hearing held on January 10, 2006, before the Honorable Judith K. Fitzgerald.

23. Docket No. 8338 - Joint Response to Insurer Requests for De Novo Review of Findings of Fact and Conclusions of Law Regarding Confirmation of Second Amended Joint Plan of Reorganization, as Modified, and Request for Expedited Consideration of Confirmation Findings and Confirmation Order. Filed on February 24, 2006.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

Dated: July 5, 2006
       Wilmington, Delaware

Respectfully submitted,

*Lisa Beckerman w/p KDN*
———————————————
William P. Bowden (DE 2553)
Gregory A. Taylor (DE 4008)
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, Delaware 19899
Phone: (302) 654-1888
Fax: (302) 654-2067

   -and-

Lisa Beckerman
AKIN GUMP STRAUSS HAUER
& FELD LLP
590 Madison Avenue
New York, New York 10022
Phone: (212) 872-1000
Fax: (212) 872-1002

Brian A. Kilmer
AKIN GUMP STRAUSS HAUER
& FELD LLP
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201
Phone: (214) 969-2800
Fax: (214) 969-4343

ATTORNEYS FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS

*Kimberly D. Newmarch*
———————————————
Daniel J. DeFranceschi (DE 2732)
Kimberly D. Newmarch (DE 4340)
Jason M. Madron (DE 4431)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

   -and-

Gregory M. Gordon
Daniel P. Winikka
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

*Mark T. Hurford* w/p KDN
Marla R. Eskin (DE 2989)
Mark T. Hurford (DE 3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
Facsimile: (302) 426-9947

    -and-

Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

    -and-

Peter Van N. Lockwood
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

ATTORNEYS FOR OFFICIAL
COMMITTEE OF ASBESTOS
CLAIMANTS

*Sharon M. Zieg* w/p KDN
James L. Patton Jr. (DE 2202)
Edwin J. Harron (DE 3396)
Sharon M. Zieg (DE 4196)
YOUNG CONAWAY STARGATT &
TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Phone: (302) 571-6600
Facsimile: (302) 571-1253

COUNSEL TO MARTIN J. MURPHY,
THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS CLAIMANTS

*Steven A. Felsenthal* w/p KDN
Daniel K. Hogan (DE 2814)
THE HOGAN FIRM
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599

    -and-

Sander L. Esserman
Steven A. Felsenthal
Peter C. D'Apice
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999

COUNSEL FOR THE FUTURE SILICA
CLAIMANTS' REPRESENTATIVE

*Frederick D. Holden* w/p KDN
Laurie Schenker Polleck (No. 4300)
JASPAN SCHLESINGER HOFFMAN,
LLP
913 Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 351-8000
Facsimile: (302) 351-8010

    -and-

Frederick D. Holden, Jr. (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE
LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

COUNSEL TO THE OFFICIAL
COMMITTEE OF RETIRED SALARIED
EMPLOYEES

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| KAISER ALUMINUM CORP., et al., | : | Bankruptcy Case 02-10429 (JKF) |
| Debtors. | : | |
| IN RE: | : | |
| KAISER ALUMINUM CORP., et al., | : | Misc. Case No. 06-041 (JJF) |
| Debtors. | : | |

**CERTIFICATE OF SERVICE**
**CASE NO. 06-41(JJF)**

I hereby certify that on July 6, 2006, I electronically filed the **Joint Designation of Reorganizing Debtors and Their Principal Creditor Constituencies of Additional Items for Record in Connection with Insurer Confirmation Appeals** with the Clerk of Court using CM/ECF which will send notifications of such filing to the following:

Kimberly D. Newmarch
newmarch@rlf.com rbgroup@rlf.com

Daniel J. DeFranceschi
defranceschi@rlf.com
rbgroup@rlf.com

Jason Michael Madron
madron@rlf.com rbgroup@rlf.com

Daniel K. Hogan
dkhogan@dkhogan.com

Mark Thomas Hurford
mhurford@camlev.com

Sharon Matava Zieg
bank@ycst.com
szieg@ycst.com

Paul J. Dougherty, III
pdoug@gebsmith.com

Thomas Gerard Whalen, Jr
tgw@stevenslee.com

Carmella P. Keener
CKeener@rmgglaw.com;
jshipley@rmgglaw.com;
rmgg@rmgglaw.com

Richard William Riley
rwriley@duanemorris.com

Jennifer L. Scoliard
JScoliard@klehr.com

RLF1-3034094-1

I hereby certify that on July 6, 2006, I mailed via the United States Postal Service the document to the following non-registered participants:

Duncan J. McNeil
Spokane County Jail
MS. Jail CD# 293752
1100 W. Maloon
Spokane, WA 99260

William P. Bowden
Ashby & Geddes
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899

Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 North Market Street
12th Floor
Wilmington, DE 19801

Richard H. Cross, Jr.
Cross & Simon LLC
913 North Market Street
11th Floor
Wilmington, DE 19801

Michael G. Gallerizzo
Louis J. Ebert
9th Floor, The World Trade Center
401 East Pratt Street
Baltimore, MD 21202

David C. Christian, II
Sarah E. Lorber
Seyfarth Shaw LLP
55 East Monroe Street, Suite 4200
Chicago, IL 60603-5803

Kimberly D. Newmarch (DE 4340)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19810
302-651-7700
Newmarch@rlf.com