UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 14, 2006
**A-153**

<u>No. 06-2684</u>

In Re: Kaiser Aluminum Corp., Debtor

Duncan J. McNeil, III, Appellant

v.

Kaiser Aluminum Corporation
(D. Del. Misc No. 06-000041; Civil No. 06-00178)

Present:   McKEE, FISHER and COWEN, <u>Circuit Judges</u>

Motion by Appellees to Dismiss Appeal and Request for Expedited Consideration.

Clerk's Order of 7/21/06, attached.                    <u>/s/ Shannon L. Craven</u>
Answer due 8/21/06.                                    Case Manager (267)299-4959

───────────────────────── **O R D E R** ─────────────────────────

**The foregoing motion to dismiss appeal is granted.**

By the Court,

<u>/s/ D. Michael Fisher</u>
**Circuit Judge**

A True Copy:

Dated: September 13, 2006
SLC/cc: Mr. Duncan J. McNeil, III
        Gregory M. Gordon, Esq.
        Daniel P. Winikka, Esq.
        Daniel J. DeFranceschi, Esq.

Marcia M. Waldron, Clerk