UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
IN RE:
Kaiser Aluminum CORP.
Case: 06mc41

**AFFIDAVIT**

GENERAL

THIS SPACE IS FOR COURT USE ONLY

STATE OF
   DELAWARE       } ss.
  County of

FILED
OCT 1 7 2006
U.S. DISTRICT COURT
DISTRICT DELAWARE

BEING FIRST DULY SWORN, deposes and says:

I Vincent E. Rhynes Come Before The United States

District Court In The District Of Delaware To Testify Under Oath

That I Am Owner An Sole proprietorship Of "WAREHOUSE HOLDINGS

(546)" With A Defined Status Under Section 546(i)(1) Of The Bankruptcy

Code.

1# The Debtor(s)(Kaiser Alumiaum CORP) Has Failed To Deliver 12,000

Shares Of New Common Stock To "WAREHOUSE HOLDINGS #546"

After Being Place On Notice Of The Demand For Delivery ,Also A

"PROOF OF INTEREST" With Respect To Common Stock Shares Is On

File With The United States Bankruptcy Court For The District Of Delaware.

2# The Debtor(s) Received A "TRUE COPY" Of The Affidavit That Was Filed In

United States Bankruptcy Court , Yet Took The "OPTION" NOT TO ACT

"WITH RESPECT TO CORE/NON CORE ISSUES." WAREHOUSE-

HOLDINGS #546 NOW REQUEST BEFORE THE UNITED STATES

DISTRICT COURT OF DELAWARE THAT UNDER SECTION 546(i)(1)

Of THE BANKRUPTCY CODE, STATE'S A 'WAREHOUSEMAN's LIEN

MAY NOT BE AVOIDED ' The Debtor(s) Be Call To Deliver "THE NEW

COMMON STOCK SHARES." A Copy Of The Affidavit Filed In The

United States Bankruptcy Court Is Attach Hereto As Exhibit NC.

- RELIEF REQUESTED-
That Kaiser Aluminum Be Call To Account & Deliver 12,000 Shares
Of "NEW COMMON STOCK" TO WAREHOUSE HOLDINGS #546

-BASIS FOR RELIEF-
* AFFIRM:SECTION 105(a) & 1142(a)&(b) Of The Bankruptcy Code
* AFFIRM SECTION 501(a)&502(a) OF BANKRUPTCY CODE
WITH RESPECT TO WAREHOUSE HOLDINGS(546)

MARK HERMAN RHYNES
Commission # 1420605
Notary Public - California
Los Angeles County
My Comm. Expires May 27, 2007

WAREHOUSE HOLDINGS 546

*Vincent E. Rhynes*

Vincent E. Rhynes(Owner)
10-09-2006

EXHIBIT NC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re: KAISER ALUMINUM CORP
CN: 02-10429(JKF)
CH: 11

**AFFIDAVIT**

GENERAL

THIS SPACE IS FOR COURT USE ONLY

STATE OF Delaware

County of Wilmington

Being First Duly Sworn, deposes and says:

I Vincent E. Rhynes Testify Under Oath That

I Am The Owner & Sole Proprietorship Of

The Business Here In Known As "WAREHOUSE HOLDINGS 546"

As Defined Status Under Section 546(i)(1) Of The Bankruptcy Code.

1# On 06-23-2006 Warehouse Holdings 546 Filed A "PROOF OF INTEREST"

With The Bankruptcy Court In The District Of Delaware Showing An

Ownership Interest In The Debtor 's(KAISER ALUMINUM CORP)

"COMMON STOCK" Under A "WAREHOUSEMAN'S LIEN."

2# Kaiser Aluminum CORP (DEBTOR) Stand In Violation Of SECTION 546(i)(1) Of

THE BANKRUPTCY CODE.

3# Kaiser Aluminum Has Failed To "DISTRIBUTE" 12,000 SHARES OF THE NEW

COMMON STOCK" To Warehouse Holdings 546 In Violation With Respect To

It's "LIMITATIONS ON AVOIDING POWERS" As Defined Under SECTION 546

Of The Bankruptcy Code.

-RELIEF REQUESTED-

DISTRIBUTION OF 12,000 SHARES OF THE DEBTOR NEW COMMON
-STOCK IN FAVOR OF WAREHOUSE HOLDINGS(546).

-BASIS FOR RELIEF-
SECTION 105(a) OF THE BANKRUPTCY CODE
SECTION 546(i)(1) OF THE BANKRUPTCY CODE
SECTION 1142(a)&(b) OF THE BANKRUPTCY CODE



FREDERICK L. PALM
COMM. # 1651337
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. MAR. 20, 2010

WAREHOUSE HOLDINGS 546
Vincent E. Rhynes (Owner)

State of California

County of  Los Angeles

2005 SEP 14  11:01

On 9-11-06      before me,  Frederick L. Palm  Notary Public
personally appeared Vincent Rhymer in care of Warehouse Holding proved to me on the basis
of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal



Signature of Notary Public

FREDERICK L. PALM
COMM. # 1651337
NOTARY PUBLIC-CALIFORNIA
Los Angeles County
My Comm. Exp. Mar. 26, 2010

NAME AND ADDRESS OF ATTORNEY:

**WAREHOUSE HOLDINGS (546)**
**1522 W. Manchester AVE**
**Los Angeles CALIF, 90047**

TELEPHONE NO.: (323)971-6063

FOR COURT USE ONLY

SEP 14 AM 11:04

ATTORNEY FOR:

**United States Bankruptcy Court**
**For The District Of Delaware**

PLAINTIFF(S)/PETITIONER(S): **Warehouse Holdings (546)**

DEFENDANT(S)/RESPONDENT(S): **Kaiser Aluminum CORP.**

## PROOF OF SERVICE BY MAIL

CASE NUMBER: **02-10429(JFK)**

Hearing:  Date  open/pending
Time
Dept. (JFK)

I am over the age of 18 and not a party to this action. I am a resident of or employed in the county where the mailing occurred. My residence or business address is: **8938 S. Vermont AVE Los Angeles CALIF. 90044**

I served a copy of the following documents (list documents): **General Affidavit**

by placing a true copy of each document in the United States mail, in a sealed envelope with postage fully prepaid, as follows:

a.  Date of deposit: **09-10-2006**

b.  Place of deposit (city and state): **Los Angeles    CALIF.**

c.  Addressed as follows:   **Richards, Layton & Finger, PA.**
**One Rodney Square**
**Wilmington, Delaware 19899**
**ATTN: Daniel J. Defranceschi (DE 2732)**
        **ATTN: Kaiser Aluminum CORP**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on (date) ___**09-10-2006**___, at (place) ___**Los Angeles**___, California.

**FRED BURTON**
_____
Type or Print Name

_____
Signature

ACIS Code
33208(02)

PROOF OF SERVICE BY MAIL



CITY OF LOS ANGELES
Office of Finance
P.O. Box 53200
Los Angeles CA 90053-0200

WAREHOUSE HOLDINGS (546)

1514   W MANCHESTER AVENUE SUITE #5
LOS ANGELES, CA 90047-5427

1522   W MANCHESTER AVENUE
LOS ANGELES, CA 90047-5424



THIS CERTIFICATE MUST BE POSTED AT PLACE OF BUSINESS

### CITY OF LOS ANGELES TAX REGISTRATION CERTIFICATE

THIS CERTIFICATE IS GOOD UNTIL SUSPENDED OR CANCELLED

BUSINESS  TAX                                ISSUED: 03/07/2006

| ACCOUNT NO. | FUND/CLASS | DESCRIPTION | STARTED | STATUS |
|---|---|---|---|---|
| 0002100219-0001-4 | L141 | "Storage, Freight Fwd" | 03/07/2006 | Active |

WAREHOUSE HOLDINGS (546)

1522   W MANCHESTER AVENUE
LOS ANGELES, CA 90047-5424
1514   W MANCHESTER AVENUE SUITE #5
LOS ANGELES, CA 90047-5427

ISSUED BY:

DIRECTOR OF FINANCE

# CALIFORNIA ALL-PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

State of _California_ )

County of _Los Angeles_ )

On _OCTOBER 9, 2006_ before me, _MARK HERMAN RHYNES_
(here insert name and title of the officer)

personally appeared _VINCENT E. Rhynes_ (warehouse Holdings 546)

(personally known to me) (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature of Notary Public

MARK HERMAN RHYNES
Commission # 1420605
Notary Public - California
Los Angeles County
My Comm. Expires May 27, 2007

(Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_General Affidavit_
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _1_  Document Date _10-9-06_

_Exhibit NC & Tax Certificate_
(Additional information)

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

  _____
  (Title)

- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

### INSTRUCTIONS FOR COMPLETING THIS FORM

*Any acknowledgment completed in California must contain verbiage exactly as appears above in the notary section or a separate acknowledgment form must be properly completed and attached to that document. The only exception is if a document is to be recorded outside of California. In such instances, any alternative acknowledgment verbiage as may be printed on such a document so long as the verbiage does not require the notary to do something that is illegal for a notary in California (i.e. certifying the authorized capacity of the signer). Please check the document carefully for proper notarial wording and attach this form if required.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they, is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document

CAPA v12.10.05 © by Association of Professional Notaries & CSA 800-873-9865 www.notaryclasses.com



V.~

1514 w. manchester Ave #5
Los Angeles CALIF 90047

United States District Court
For The District OF
Delaware 844 King Street
Lock Box #18
Wilmington Delaware 19801